

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



**RECEIVED**

JAN 08 2008 *aw*
Jan 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT CLARK

P. O BOX 089002-D1V-10-2D

CHICAGO, ILLINOIS 60608
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                    vs.

Sheriff Miceal Shiehan

Sheriff Tomas Dart

Executive Director
Godinez A. Salvardor

Executive Director
Kelly Baird

Superintendent Plaxico

Chief Moreci #76
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV158
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

___/___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name:   RObert Clark

B.    List all aliases: None

C.    Prisoner identification number:   20040096333

D.    Place of present confinement:   Cook County Jail

E.    Address:   P.O.BOX 089002 div-10-2D Chicago Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:   Shefiff Micheal Shiahan

Title:   Sheriff

Place of Employment:   Cook County Department of Corrections

B.    Defendant:   Sheriff Tomas Dart

Title:   Sheriff

Place of Employment:   Cook County Department or Corrections

C.    Defendant:   Executive Director Godinez A. Salvardor

Title:   Executive Director

Place of Employment:   Cook County Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

D.      Defendant: Manos
          Title: Sergeant of Division -10
          Place of employment:  Cook County Department of Corrections

E.      Defendant:  Pedro Castillo
          Title:  Correctional Officer of Division-10
          Place of employment:  Cook County Department of Corrections

F.      Defendant:  Wiley
          Title:  Nurse of Division-10
          Place of employment:  Cook County Department of Corrections

G.      Defendant: Scaife # 10
          Title:  Captain of Division
          Place of employment:  Cook County Department of Corrections

H.      Defendant:  D. Martinez
          Title:  Lieutenant of Division -10
          Place of employment:  Cook County Department of Corrections

I.      Defendant: Collins
          Title: Sergeant of Division- 10
          Place of employment:  Cook County Department of Corrections

J.      Defendant:  Carter
          Title: Correctional Officer of Division-10
          Place of employment:  Cook County Department of Corrections

K.      Defendant:  Kelly
          Title: Correctional Officer of Division-10
          Place of employment:  Cook County Department of Corrections

L.      Defendant: Name allegeable on ticket
          Title: Hearing board members of Division -10
          Place of employment:  Cook County Department of Corrections

2B

**M.**    Defendant:  Mareci #76
Title:  Chief of "division -10
Place of employment:  Cook County Department of Corrections

**N.**    Defendant: Full name unknown
Title:  Administrator if Cernacj
Place of employment:  Cook County Department of Corrections

**O.**    Defendant:  Dr, Mansour
Title:  Medical Doctor
Place of employment:  Cook County Department of Corrections

**P.**    Defendant:  Dr Dunlap
Title:  Medical Doctor
Place of employment:  Cook County Department of Corrections

**Q.**    Defendant:  Ms Tate qnd Maxi
Title: Nurses
Place of employment:  Cook County Department of Corrections

**R.**    Defendant:  George Barrero
Title: Head of mail room
Place of employment:  Cook County Department of Corrections

**S.**    Defendant:  Holly Demski and Muka Chatman
Title:  Aramark employees
Place of employment:  Cook County Department of Corrections

**T.**    Defendant:  Full name unknown
Title:  Present and C.E.O. of Aramark
Place of employment:  Cook County Department of Corrections

**U.**    Defendant:  Plaxico
Title: Correctional Officer of Division-10
Place of employment:  Cook County Department of Corrections

V.  **Defendant: Arce**
    **Title: Captain of Division- 10**
    **Place of employment: Cook County Department of Corrections**


W.  **Defendant: Castro**
    **Title: Sergeant of Division- 10**
    **Place of employment: Cook County Department of Corrections**


X.  **Defendant: Salazar**
    **Title: Superintendent of Division -10**
    **Place of employment: Cook County Department of Corrections**


Y.  **Defendant: Ms Gracy and Ms Bulter**
    **Title: Counselors of Division-10**
    **Place of employment: Cook County Department of Corrections**


Z.  **Defendant: Kelly Baird**
    **Title: Executive Director**
    **Place of employment: Cook County Department of Corrections**

### III.  Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.  Is there a grievance procedure available at your institution?

YES ( / )  NO ( )  If there is no grievance procedure, skip to F.

B.  Have you filed a grievance concerning the facts in this complaint?

YES ( / )  NO ( )

C.  If your answer is **YES**:

1.  What steps did you take?

AFTER VERBALLY COMPLAINING TO PROPER OFFICIALS FOLLOWING THIER

CHANGE OF COMMAND, I THEN FILED GRIEVANCES ON ALL LEVELS OF

ADMINISTRATION.

2.  What was the result?

THE BLAM OF GRIEVANCE MISHALDING WAS PAST, AND THE ISSUE WAS

CONSIDERED MOOT.


3.  If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

YES, ALL GRIEVANCE REMEDIES WAS EXHAUSTED. MOST GRIEVANES FILED

WENT UNANSWER AND THE REST WAS REDIRECTED TO OTHER DEPARTMENTS

WITH MIS-INTERPETEDED FACTS.

D.  If your answer is **NO**, explain why not:

-----N/A-----

-----N/A-----

-----N/A-----

3

E.    Is the grievance procedure now completed?  YES (/)  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (/)  NO ( )  -----N/A-----

G.    If your answer is **YES**:  -----N/A-----

    1.    What steps did you take?

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

    2.    What was the result?

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

H.    If your answer is **NO**, explain why not:

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

4

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: _____-----N/A----- _____
_____-----N/A----- _____

B.  Approximate date of filing lawsuit: _____-----N/A----- _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____-----N/A----- _____
_____-----N/A----- _____
_____-----N/A----- _____

D.  List all defendants: _____-----N/A----- _____
_____-----N/A----- _____
_____-----N/A----- _____
_____-----N/A----- _____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____-----N/A----- _____

F.  Name of judge to whom case was assigned:---N/A----- _____
_____-----N/A----- _____

G.  Basic claim made:_____-----N/A----- _____
_____-----N/A----- _____
_____-----N/A----- _____

H.  Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____-----N/A----- _____
_____-----N/A----- _____
_____-----N/A----- _____

I.  Approximate date of disposition: _____-----N/A----- _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff brings forth several complaints against officers and administrative personnel of the Cook County Department of Corrections.

When plaintiff filed grievances regarding each matter, defendants instead responded in complete disregard to the said grievances. This campaign of willful, malicious, torturous and deliberate lack of proper conditions and treatment included but not limited to:

1).Deliberate and intentional campaign of lack of proper living condition and treatment
2).Repeated disregard to the filing of grievances, concerning these matters.
3).Willful disregard to the response of some grievances by officers and staff.
4).Deliberate and torturous campaign of lack of proper medical care.

**COUNT 1; STAFF MISCONDUCT.**

On Dec.23, 2005 plaintiff got into an argurment with several guys on his tier 2D-division-10. Plaintiff was struck in the face several times by an detainee name Victor McGee. Plaintiff was knocked out for approximately ten seconds. When plaintiff came to Victor was in the enter-lock with officer Pedro Castilo. Plaintiff saw an detainee by the name of John Taylor at the enter-lock door trying to get officer Castillo to call a sergeant, it was at this time that plaintiff found out that John Taylor was stapped with an ink pen by another detainee. Plaintiff then went to the enter-lock also trying to get officer Castillo to call a sergeant but he refused to do so because Victor McGee was one of officer Castillos workers and he did not want to get him in trouble. Officer Castillo waited approximately an hour when he thought things had died down then he called chruch and it was at that time that plaintiff went out to chruch and told sergeant Manos and several other officers what had happen. Instead of them investigating the incident they tryed to put plaintiff in protective custody instead of disciplining the detainees that attacked plaintiff and John. After plaintiff refused to go to protective custody sergeant Manos made plaintiff sign a refusal form. Plaintiff was then taken to see Wiley the nurse who said plaintiff only had swelling around his left eye and that plaintiff will be all right. Plaintiff was then sent back to his tier with no further investigation done the next day plaintiff had two black eyes and swelling to the left side of his face. Plaintiff filed grievance but nothing was done concerning this matter. therefore defends **Sergeant Manos, Officer Pedro Castilo, and several other officars (Names Unknown)** can be expected to know of or participated in creating this situation.

I was found guilty on disciplinary charges on 4/28/06 for something I did not do. I was lied on by officer **(Carter#1169)** for **(110 Verbally or Physically Demonstrating Distress to a Staff Member, 202 Being in a Unauthorize Area, 208 Verbal Threat to Another Person** On 4/25/06 Plaintiff Robert Clark was the last person in line to see the nurse Plaintiff was also called to the enter lock by the counsler Ms. Gracy. There was one guy in front of me so I went to use the washroom. When I got finish the gut that was in front of me was finish seeing nurse Jefferson and was leaving the enter lock when I got to the enter lock door I had just cought the door and Ms. Jefferson as she was leaving out the other door. When I entered the enter lock to ask Ms Jefferson about my medication thats when officer Carter #1169 jest upped and snapped on me, telling me to get out of **" his enter lock"** I told him that I wanted to see the nurse and how was he jest going to deny me of seeing the nurse. At that time Ms. Jefferson asked me want I needed, I explained to her about not receiving my medication and she said that she would take care of it. All the time this was going on the counsler Ms. Gracy was standing there and another nurse that Ms. Jefferson was training. When Ms Jefferson started backing out of the enter lock to leave I turned around and officer carter said that I was going to get a ticket I asked him for what, I have not done anything. Officer Carter then stated well you will read about it. That was all said between Plaintiff and officer Carter. Counsler Gracy then started talking to me about a grevance I wrote about my diet trays. She gave me my reply then I left the enter lock. Later that day I was moved to another tier   the next day I talked to sergeant Collins and Chief Moreci #76 after talking with Chief Moreci #76 I was thrown in segragation for no reason at all and written another ticket for refusing recreation which was not true. I did not get a ticket from officer Carter until the next day after Chief Moreci told him to write me one. After seeing the disciplnary hearing board plaintiff was given 14 days in segragation because no one cared to investitate my ticket. Nusre Jefferson and another nusre was there and counsler Gracy was also there I asked the hearing board to notify them as witnesses but they refused to do so. I also appealed to Superintendent Plaxico he came to see me after my mother call him for me. He said that he was going to investigate my ticket and let me out of segragation but that never happened. Therefore defendents **Chief Moreci#76, Capt. Scaife#10, sgt. Collins, Lt. D. Martinez#97, Superintendent Plaxico, Officer Carter#1169, Officer Kelly#3199, and everyone on the hearing board (NAMES UNLEDGEABLE)on ticket.** can be expected to know of or participated in creating this situation.

## COUNT 3; DEFICIENT MEDICAL ATTENTION.

Plaintiff as been complaining to nurse Maxi and Ms. tate about having severe pain in his lower back and both of his legs for over a year. Everytime plaintiff turns in a medical form to Maxi or Ms. Tate they refuses to turn them in to the doctor, because they are the ones who determines who should see the doctor and who should not. The nurses are not doctors how can they determine if plaintiff is hurting or not. Finally when Dr. Mansour

did examine the ......... he ......... something only after repeated complaints and several visits to the health care was catscan ordered by Dr. Dunlap who plaintiff also has been complaining to. Plaintiff was then sent to cermack where catscan reports showed that plaintiff had a **(MISS LOCATED HERIATED DISK)** in his lower back that was pushed up against a nerve which caused the pain in plaintiffs lower back and legs. At that point no futher medical attention was administered to plaintiff by said center. At that point, plaintiff started a compaign of grievance reports in prayer of getting proper medical attention. Plaintiff as also compained to nurse Maxi and Ms.Tate about a severe tooth ache for over four months and plaintiff was told by both nurses that there is no longer a detist here in division-10 and that there is only one denist for the hold Cook County Department of Corrections. When plaintiff did finally get called for dental on approxiately May 18, 07 the denist did not show up forcing plaintiff to endure continious excruciating debilitating pain and suffering for approximately another month and a half. Plaintiff was not called back to dental until approximately July 8, 07 and the denist still did not show up until the next day. It was only then that plaintiff finally got his tooth pulled after suffering severe pain for over four months and I have another tooth thats has been bothering me since that date that I cant get pulled. also on August 14, 06 in a memo to all detainees the Cook County Department of Corrections took certain detainees gym shoes on August 21, 06 stating that they did it to improve the safety and security for all detainees housed at Cook County Department of Corrections so why didnt they take shoes in all divisions they only took shoes in division 1,9,10,and 11 and they only took half of those detainees shoes, and the ones that they did give shoes to they are tore up already. These County issued only last a month or two and it is hard for you to get another pair. Cook County Officails also did not take in the consideration of certain detainees medical conditions. A detainee might have flat feet and can not wear county issued shoes. Some detainees need shoes with an arch in them, some detainees also have other medical problems that prevent them from wearing such shoes. These shoes as caused swealing of some detainees feet, blisters, and arches to drop. I have a hip problem and a metal rod and plate in both of my legs. Some detainees have medical preciptions and court orders for our shoes but the Cook County Jail officails will not honor them. Detainees recreation as also been cut short because of these shoes. We are not able to no longer play basketball, jog, or lift weights. I dont see how this improves the safety or security for all detainees housed at Cook County Jail, first, they did not take all detainees shoes, second, detainees are stripped searched when they first come through recieving then are taken to thier asigned divisions where they are stripped seached again and then your shoes are taken from you, but at this point and after three strip searches if any detainees as any contraband on them it as already intered the Cook County Department of Corrections. Shoes has to be taken in recieving for these reasons given by Cook County Department of Corrections. The Illinois Department of Corrections take inmates shoes in recieving but also reconize the problem with such shoes as temperary shoes and gives inmates the option of

buying some more shoes from thier commissary. The Cook County Department of Corrections can also provide gym shoes on thier commissary where they know there is no contraband in them if this is thier only reason, we are not convicted felones we are only detainees . **Therefore, Doctor Mansour, Doctor Dunlap, Medical Administrator of Cermack, (Name Unknown), Ms. Tate, Maxine, and for the part concerning the shoes Sheriff Tomas Dart, Executive Director Salvador A. Godiney, Superentendent Andrews, Lt. Tucker** can be expected to know of or participated in creating this situation.

## Count 4, DEFICIENT COMMISSARY AND PRICE GOUGING.

Evert since plaintiff has been housed here at **(Cook County Department of Corrections), the commissary here has not been up to a normal** or professional standard. Every week there is something either missing out of detainees order or detainees are given items that they did not order. Plaintiff is not sopposed to sign the commissary pick ticket until he recieves and checks his order, but the Cook County Department of Corrections and Aramark Commissary personel makes plaintiff and other detainees sign the commissary pick ticket before they check thier order or plaintiff will not recieve his commissary. Once plaintiff has signed his pick ticket, commissary personel will not let plaintiff refuse order i something is missing or if it is not his order. Plaintiff is forced to take the order because he has signed the pick ticket. In either case if something is missing or if you are allowed to refuse an order it takes commissary presonel three to four weeks to put plaintiffs and other detainees money back in thier account. The commissary provided by the Cook County Department of Corrections through Aramark are also grossly over pricing commissary personal hygiene items and food items. They have raised prices dramatically after August 1, 2005 to make up for lost revenue from cigarette sales. They are also price gouging plaintiff is sold food items that are nonprofitable. Plaintiff and other detainees are cheated by the methods of **The Cook County Department of Corrections** and **Aramark.** Aramark is an unprofessional company plaintiff went through similar problems with his diet Plaintiff was told through detainees grievance response that this is a Cook County issue, not a commissary issue, Therefore this is a systemic situation so defendants; **Executive Director, Salvador A. Godenez, Sheriff Michael F. Sheahan, Superintedant Plaxico, Holly Demske, Meeka Chatmen, and President and C. E. O. of Aramark (NAMES UNKNOWN) who hold contacts** with the Cook County Department of Correction can be expected to know of or participated in creating this systemic situation.

## COUNT 5; DEPRIVATION OF CULTURAL READING MATERIAL.

PLaintiff was receiving **(BLACK AND LATINO)** magazines while housed here at Cook County Department of Corrections. On approximately May 21, 2006 there was a memo placed on all wings with 46 black and latino magazines listed on it stating that the magazines that were listed will **(NO)** longer be allowed at Cook County Department of Corrections due to nudity. These magazines, such as **(XXL, BLENDER, SOYRCE, VIBE, MAXIUM, STUFF, etc.)** do not have nudity in them. The contents of these magazines has nothing in them that plaintiff or anyother detainee does not see on everyday television or DVD which

is provided by the Cook County Department of Corrections. Plaintiff understands that he is not allowed magazines with nudity in them like (**PLAYBOY, BLACKTAILS, PENTHOUSE, etc.**). The Cook County Department of Corrections has banded all black and latino ethnic magazine available that represent plaintiff and other minority group hip-hop culture. This is a systemic situation, Therefore defendants (**Sheriff Michael Sheahan, Sheriff Tomas Dalt, Executive Director Kelly Baird, Executive Director Salvador A Godinez, Superintendent Plaxico and George Barrero head of mailroom,** can be expected to know of or participated in creating this situation.

## COUNT 6.; INADEQUATE BEDDING.

Plaintiff has slept on the floor for approximately three months since he has been housed here at Cook County Department of Corrections. There are thousands of detainees that comes through the Cook County Department of Corrections each week that are forced to sleep on the floor in cells, do to overcrowdness. Detainees are put in cells on the floor so when inspectors or tourist come through it looks like (**NO**) one is sleeping on the floor. The cells here in **Division-10** arenot big enoough for two inmates so its really hard to celly with three detainees in a cell you have to walk all over the third detainee thats on the floor. This is a systemic situation, Therefore defendants **Sheriff Michael Sheahan, Sheriff Tomus Dalt, Executive Director Kelly Baird Executive Director Salvador A Godinez,** and **Superintendent Plaxico,** can be expected to know of or participated in creating this systemic situation.

## Count 7; BASIC HUMAN NEEDS.

On March 1, 2007 there was a new policy enforced here at Cook County Department of Corrections by Executive Director Godinez A. Salvador, SHERIFF Tomas Dart, and Superintendent Plaxico. On each tier, we are allowed out of our cells, half the tier at a time, If the lowside comes out in the morning, the highside comes out in the evening and the following morning also. Whoever has the evenings out also comes out the following morning. At the close of each day the morning lock-up is at 1:30 p.m. and whichever side had the morning shift out, must be confined to a cell for the next 26 to 27 hoyrs, until 3:30 or 4:00 p.m. the following day after the day shift changes. If we have to lock-up while officers takes a lunch break we are only out of our cells a total of 3½ to 4 hours every 27 hours at a minimum because officers do not come back on time from thier lunch break. If plaintiff have mornings out, after plaintiff locks up al 1:30 he must go 27 hours without a shower, thats longer than plaintiff would go if he was on a disciplinary lock-down, which also seems to happen quite often here in division-10. If something happen on anoter tier, such as a fight instead of locking that tier down superintendent Plaxico and the director locks the hold building down but let certain tiers stay off lock down who he thinks should not

be on lock-down. On 7-26-07 there was a disturbance on 4D and the building went on lock-down a few days later acting superintendent Salazar let the second floor and 1B off of lock-down but left everyone else locked-up. If the second floor and 1B was let off lock-down because of thier non-involvement in the disturbance; then why not everyone that was not involved let out also, Plaintiffwas also denied his visits except for immediate family. On 8-16-06 there was a memoplace on all tiers by superintendent Plaxico stating that detainees will no longer be allow to have clothes lines in thier cells. Plaintiff and other detainees are also not allowed to hang thier clothes in the dayroom. This does not make sence because where is plaintiff suppose to hang his wet under clothes, and county issued clothes when Cook County department of correction does not change them for weeks. The cook county jail does not provide any means of washing and drying plaintiffs or any other detainees under-clothes. We are also not allowed cleaning supplies nor are we allowed to clean our cells which has been a problem since Plaxico has been Superintendent here in division 10. Also doing the lock down from 6/26/07 to 7/11/07 acting Superintendent Salazar, Captain Arce, and Sergeant Casdro lead an expedition to take all cothes lines , cleaning supplies, cleaning rags and towels. This new policy is also effecting sevices which ever side is locked up during the time of reliqiousservices are denied the privilege to worship and particiate in those services we are not allowed to go to the law library on a regular basis any more it takes weeks or even months before we get to the law library because of the lock down they think you are putting in a pass jest to get out of our cells. The Cook Conty Department of Corrections has stop serving fruit all togother we have not had any fruit for over a year and plaintiff only recieve three teaspoons of vegetables four to five times a week.

for all claims set forth and allegations made within this document, the claumed or alleged behavior of department employed at Cook County Departmnet of Corrections took place during the times indicated in claims.

11

For all claims set forth and allegations made within this document, the claimed or alleged behavior of department employed at Cook County Department of Corrections took place during the period                          up until this day in time...

Defendant manors was employed as the sergeant of division-10 at Cook County Department of Corrections during the time indicated and was the recipient of Complaint or grievance filed by the Plaintiff, and as such, knew that the incident alleged occurred because Plaintiff told him personally and Manos make plaintiff sign a protective custody refusal from, and is thus ultimately responsible for their occurrence.   Count –1 of Complaint.

Defendant Pedro Castillo was employed as an correctional officer of Division-10 at Cook County Department of Corrections during the time indicated and was directly responsible for Plaintiffs safety, but failed to call for help when Plaintiff asked him to, and is thus responsible for certain of the claimed events in count-1 of Complaint.

Defendant Wiley was employed as an nurse in Division-10 at Cook County Department of Corrections and is directly responsible for the inadequate medical care receive by the plaintiff. Defendant is thus responsible for certain of the claimed went in Count-1 of Complaint.

Defendant Scaife #10 was employed as the captain of Division –10 Cook County Department of Corrections and was present at the alleged events. Defendant Scaife #10 also approved of alleged events by signing ticket instead of investigating, therefore, defendant Scaife #10 is responsible for certain of the claimed events that occurred during the time indicated in count-2 of Complaint. Defendant Scaife is also responsible for certain events in count –6 of Complaint.

Defendant D. Martinez #97 was employed as the lieutenant of Division –10 – Cook County of Corrections and was present at alleged events. Defendant Martinez #97 also approved alleged events by signing ticket instead of investigating, there, Defendant Martinez #97 is responsible for certain of the claimed events that occurred during the time indicated in court –2 of Complaint.

Defendant Collins was employed as the Sergeant of Division 10 at Cook County Department of Corrections and was called to investigate the alleged events, and was the recipient of several Complaints made by plaintiff, as such Defendant Collin knew or should have known that these incidents occurred, and took no steps to stop these occurrences.  Defendant is thus responsible for the claimed acts in count -2 of Complaint.

Defendant Carter was employed as an correctional officer of Division-10 Cook County Department of Corrections during the time indicated and was the one behind writing plaintiff the first bogus ticket that trigger said events, therefore, Defendant Carter#1169 is thus directly responsible for the claimed act in count-2 of complaint.

Defendant Kelly #3199 was employed as an correctional officer at Cook County Department of corrections in division 10 during the time indicated and was the one who wrote plaintiff the second bogus ticket for refusing recreation when he new that this was not true, therefore, he is thus directly responsible for the claimed acts in court – 2 of complaint.

Defendants names unledgeable an ticket was employed as hearing board members in Division –10 at Cook County Department of Corrections during the time indicated was the ones responsible for plaintiff doing 14 days in Segregation by not investigating or calling witnesses, therefore defendants are directly responsible for the claimed acts in court –2 of complaint.

Defendant Morenci #76 was employed as the Chief of Division- 10 at Cook County Department of Corrections as such, defendant Morenci #76 was the recipient of several complaints or grievance filed by plaintiff and is directly responsible for certain of the claimed events that occurred during the time indicated in court-2 of complaint.

Defendant (full name unknown) was employed as the administration of Cermack at Cook County Department of Corrections during the time indicated.  Defendant was the supervisor of Cermack and, therefore knew or should have known through grievances of the improper medical care given to the plaintiff defendant is responsible for certain of the claimed events in count-3 of complaint.

Defendant Dr. Mansour and Dr. Dunlap was employed as doctors of Division-10 at Cook County Department of Corrections and is directly responsible for the inadequate medical care received by the plaintiff, defendant is thus responsible for certain of the claimed events that occurred during the time indicated in cournt-3 of complaint.

Defendant Ms Tate and Maki was employed as nurses of Division −10 at Cook county Department of Corrections and is directly responsible for the inadequate medical care received by the plaintiff, defendants is thus responsible for certain of the claimed events that occurred during the time indicated in count-3 of complaint.

Defendant Holly Demiksi and Meeka Chatman was employed by Aramark, and was the recipient of several complaints or grievances made by plaintiff regarding the incidents claimed in count-4 of complaint, as such defendants Holly Demski and Meeka Chatman knew or should have known that these incidents claimed here occurred, and took no steps to stop these occurrences. Defendants Holly Demski and Meeka Chatman is thus responsible for claimed acts in count-4 of complaint.

Defendants names unknown was president and C.E.O. of Aramark and in the capacity the overseer of the day to today operation of the facility and, is thus ultimately responsible for the claimed acts in count-4 of complaint.

Defendant Michael Sheadan and Tomas during some of the time periods indicated the sheriffs of Cook County Department of Corrections and in that capacity the overseer of the operations of that facility and, is thus ultimately responsible for the occurrence in count 4-5-6 of complaint.

Defendant Kelly Baird and Salvador A Godinez during some of the time periods indicated the executive director of Cook county Department of Corrections and that capacity the overseer of the operations of the facility and, is thus ultimately responsible for the occurrence in count4-5-6 of complaint.

Defendant Plaxico during all or the majority of the time period indicated the superintendent of division 10. As such defendant Plaxico was the recipient of several
Complaints or grievances filed by the plaintiff and, therefore know or should have know that these incidents alleged were occurring he is thus one of the individuals responsible for the occurrence of said events in all count complaint.

Defendant George Barreor was employed as head of mailroom at Cook County Department of Corrections, and is directly responsible for the deprivation of cultural reading material, and was the recipient of several complaints or grievances made by the plaintiff defendant is thus responsible for certain of the claimed events that occurred during the time indicated in count-4 of complaint.

defendant. Acre was employed as the captain of division 10 at Cook County Department of Corrections during the time indicated and lead the events doing lockdown in count-6 of complaint and, is thus responsible for certain of the claimed events in part of count-6 complaint.

Defendant Castro was employed as the Sergeant of Division –10 at Cook County Department of Corrections during the time indicated and lead the events doing lock down in count –6 of compliant, and is thus responsible for certain of the claimed events in part of count-6 of complaint.

Defendant Salazar during the time indicated was the Superintendent of division –1 as such defendant Salazar was the recipient of several complaints or grievance filed by the plaintiff, defendant Salazar was acting superintendent for division-10 during the time indicated, and personally had the said event s in part of count –6 of complaint he is thus the one responsible for the occurrence of said events.

Defendants Ms. Gracy and Ms Butler was employed as caseworkers or counselors in division- 10 at Cook County Department of Corrections during the time indicated and was the recipient of several complaints and grievances made by the plaintiff regarding the incidents claimed here.  As such defendants Ms Gracy and Ms butler knew or should have know that these incidents occurred, and took no step to stoop these occurrences, there defendants is thus responsible for  the claimed acts in all counts of complaint.

The acts claimed and went alleged each individually and together collectively cased violations of plaintiffs civil rights arising under and protected by the constitution of the United States, as described below.

15

Plaintiff is claiming:

1) Violation of his rights arising under the eight and fourteenth amendment of the Constitution of the United States, in that:

A) The actions of the defendants inflicted upon the plaintiff a        and unusual punishment.

B) The sections of the defendants constituted a deliberate indifference to the plaintiff serious medical needs, and treatment while housed at Cook County Department of Corrections.

C) The actions of the defendants inflicted torture upon the plaintiff by knowingly forcing plaintiff to endure excruciating and debilitating pain and suffering needlessly.

D) The action of the defendants deliberate and intentional campagn of lack of proper living condition, treatment, and serious medical needs deprived the plaintiff of his right to protection from torture, ad quarantined by tenets of international law to which the United States of America is a signatory.

2) Violation of his right, under the first amendment to the constitution of the United States, in that:

A) The action of the defendants to greatly circumscribe cultural and published reading material violates plaintiffs first amendment right.

The defendants were individual and collectively in their personal and official capacities, responsible for the above listed violations of the plaintiffs rights in the manner enumerated above.

16

**VI.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

Claimant is claiming that respondent violated his eight and fourteenth amendment

right to be free from cruel and unusual punishment and knowingly forcing claimant

to endure bad treatment and excruciating and debilitating pain and suffering do to

Plaintiffs serious medical needs. Claimant is also claiming that respondents,

violated his first amendment right by depriving him of cultural and published

reading marterial, therefore, claimant is asking for compensatory damages and prays

this court enter that judgement against the respondents in this sum of $100.000

collectively divided as the court seems fit claimant is also seeking punitive

damages.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may
be subject to sanctions by the Court.

Signed this ___15___ day of _12_____, 20_07____

*Robert clark*

(Signature of plaintiff or plaintiffs)

ROBERT CLARK

(Print name)

20040096333

(I.D. Number)

P.O. box  089002 Chicago Il. 60608

~~Chicag~~

(Address)

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _Clark_    First Name: _Robert_

ID#: _____-__9__33_ Div: _10_ Tier/LivingUnit: _2D_

Date of Request: _4/18/07_    Date C.R.W. Received Request: _5/1/07_

This Request has been processed by: _V. Butler_ C.R.W.

**Summary of Request:**

_Detainee request assistance with Living Conditions. Detainee is requesting to be allowed to clean his cell._

**Response and/or Action Taken:**

_Be Advised that the Sergeant of your Area can Assist you with getting Necessary cleaning supplies and provide Authorization for the officer to allow additional time to clean your cell._

_Supt. G. Plaxico #M_    _Signed C. Plax_    Date: _05/02/07_ Div./Dept: _X_
(Print name of individual responding)    (Signature of individual responding)

Part-A / Control #: _____ X _____

Referred To: Div 10 Supt.

~~X~~ Processed as a request.



# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Clark                    First Name: Robert

ID #: 2004-0096333 Div.: 10   Living Unit: 3D   Date: 10/1/07

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 10 / 11 / 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)




# C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **Clark**          First Name: **Robert**

ID#: **2004-0096333** Div: **10** Tier/LivingUnit: **3D**

Date of Request: **10 /04 /07**     Date C.R.W. Received Request: **10 /11 /07**

This request has been processed by: _____ C.R.W.

**Summary of Request:**

Detainee is requesting a tier change due to disparate treatment by said officer.

**Response and/or Action Taken:**

All matters for this resolved by the notify

L5/Engl C. Peter _____ _____ Date: _10 / 11 / 07_ Div./Dept. _____
(Print- name of individual responding)    (Signature of individual responding)

Part-A / Control #: _____ X _____

Referred To: DIV 10/ SUPt.

☑ Processed as a request.



# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Robert Clark**    First Name: **Robert**

ID #: **2004 0096833**   Div.: **10**   Living Unit: **3D**   Date: **10 / 11 / 07**

BRIEF SUMMARY OF THE COMPLAINT: **Everysince 3d has been changed to an over 40 tier**
**and we where moved up here we have had problems out of officer Marteie she comes in in the**
**morning  purposely starting choas she starts the by sceaming and hollering sometimes calling us**
**old mother fucker, threating us with tickets and treating us like we arechildren for no**
**reason at all we do not give her any problems or reasons ao treat us in such a fashion.**
**she nick-picks with us all day long just finding little things to try to right people up**
**then after she ran out of personal issues to right us up she came in one morning and told**
**us to take everything out of our windows and we applied. She came back the next day telling**
**us to take pictures offtthe walls and we applied with that. then the next day she came in**
**telling us to take down chothes lines and we applies with that also. then the next day she**
**came in seaching through cells for milk cartons and styrofoam trays when a sergeant is**
**suppose to be assigned to oversee all tier seaches to assure compliance of the seach**
**procedures. And then to top everything off she came one day and told us that we had to empty**
**our trash bags. she did all of this with the treat of no T.V. phone or a ticket. My point is**
**that she could havbetold us thisthis in one day instead of one day at a time and she does it**
**all through the day 4 to 5 times just to aggravate us then tells us to bond out or cop out if**
**we dont like it. Officer Marterie as personal problems and issues that she takes out on us**
**and shesvery unprofessional in her job. We hope this matter will be looked into Thank You!**

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

**We would appreiate if this matter can be looked into and taken seriously . (Thanks You!)**

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: **10 / 11 / 07**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)



## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Clark   **First Name:** Robert

**ID#:** 2004-0096333   **Div:** 10   **Tier/LivingUnit:** 3D

**Date of Request:** 10/05/07   **Date C.R.W. Received Request:** 10/12/07

**This request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

Detainee alleges unprofessional conduct.

**Response and/or Action Taken:**

R/C has Access c/o went into Tier dis Msg
& Commun with the inmate, All matters resolve

_____ - _____ **Date:** 11/12/07 **Div./Dept.** 10
(Print- name of individual responding)   (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

Part-A / Control #: _____X_____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE REQUEST

Detainee Last Name: __BCLARK__    First Name: __ROBERT__

ID #: __2004__ - __0096333__    Div.: __10__    Living Unit: __2D__    Date: __11__ / __15__ / __06__

BRIEF SUMMARY OF THE COMPLAINT: ON AUGUST 14, 06 IN A MEMO TO ALL DETAINEES THE COOK COUNTY DEPARTMENT OF CORRECTION TOOK CERTAIN DETAINEES GYM SHOES ON AUGUST 21, 06 STATING THAT THEY DID IT TO IMPROVE THE SAFETY AND SECURITY FOR ALL DETAINEES HOUSED AT (CCDOC). COOC COUNTY OFFICAILS DID NOT TAKE DETAINES SHOES IN NO DIVISION BUT 1,9,10,11, AND THEY ONLY TOOK HALF OF THOSE DETAINEES SHOES, AND THE ONES THAT THEY DID GIVE SHOES TO THEY ARE T TORE UP ALREADY. THESE COUNTY ISSUED SHOES ONLY LAST A MONTH OR TWO AND SUPERINTENDENT PLAXICO WILL NOT ISSUE DETAINEES ANOTHER PAIR. COOK COUNTY OFFICAILS ALSO DID NOT TAKE THE CONSIDERATION OF CERTAIN DETAINEES MEDICAL CONDITIONS. A DETAINEES MIGHT HAVE FLAT FEET AND CAN NOT WEAR COUNTY ISSUED SHOES. SOME DETAINEES NEED SHOES WITH AN ARCH IN THEM, SOME DETAINEES ALSO HAVE OTHER MEDICAL PROBLEMS THAT PREVENT THEM FROM WEARING SUCH SHOES. THESE SHOES AS CAUSED SWEALING OF SOME DETAINEES FEET, BLISTERS, AND ARCHS TO DROP. I HAVE A SERVERE MEDICAL PROBLEM THAT PREVENTS ME FROM WEARING COUNTY ISSUED SHOES. I HAVE A HIP PROBLEM AND A METAL ROD AND PLATE IN BOTH OF MY LEGS. SOME DETAINEES HAVE MEDICAL PRESCIPTIONS FOR OUR SHOES BUT NOW COUNTY OFFICAILS WILL NOT HONOR THEM NOW WE ARE TOLD WE NEED A COURT ORDER. DETAINEES RECREATION AS ALSO BEEN CUT SHORT, WE ARE NOT ABLE TO NO LONGER PLAY BASKETBALL, JOG, OR LIFT WEIGHTS. I DONT SEE HOW THIS IMPROVES THE SAFETY OR SECURITY FOR ALL DETAINEES HOUSED AT (CCDOC). DETAINEES ARE STRIPPED SEARCHED WHEN THEY FIRST COME THROUGH RECIEVING THEN ARE TAKEN TO THIER ASIGNED DIVISIONS WHERE THEY ARE STRIPPED SEARCHED AGAIN AND THEN YOUR SHOES ARE TAKEN FROM YOU BUT AT THIS POINT AND AFTER THREE STRIP SEARCHS IF ANY DETAINEES AS ANY CONTRABAND ON THEM IT AS ALREADY INTERED THE (CCDOC)SHOES HAS TO BE TAKEN IN RECIEVING FOR THESE REASONS. THE (IDOC) TAKE INMATS SHOES IN RECIEVING BUT ALSO RECONIZE THE PROBLEM WITH SUCH SHOES AS TEMPERARYSHOES AND GIVES INMATESTHE OPTION OF BUYING SOME MORE SHOES FROM THIER COMMISSARY. THE (CCDOC) CAN ALSO PROVIDE GYM SHOES ON CIMMISSARY WHERE THEY KNOW THERE IS KNOW CO CONTRABAND IN THEM IF THIS IS THIER ONLY REASON WE ARE NOT CONVICTED FELONES WE ARE JUST DETAINEES.
    (SALVADOR A. GODINEZ, DIRECTOR, PLAXICO SUPERINTENDENT, AND ALL CCDOC OFFICALL)

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

WE WOULD LIKE TO BE ABLE TO KEEP OUR GYM SHOES OR BUY A PAIR FROM COMMISSARY WHERE (CCDOC)

ACTION THAT YOU ARE REQUESTING:

KNOW THERE IS NO CONTRABAND IN THEM. THE (CCDOC) DID NOT TAKE DETAINEES SHOES FOR OUR SAFETY AND SECURITY THEY TOOK THEM TO CRIPPLE DETAINEES AND FOR THIER OWN SELFISH REASONS.

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: __11 / 27 / 06__

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Referred To: _Div 10 / Supt._

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _____    First Name: _____

ID #: _____ - _____ Div.: _10_    Living Unit: _____    Date: ___ / ___ / ___

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _10_ / _11_ / _07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: Clark    First Name: Robert

ID#: 2004-0096333 Div: 10 Tier/LivingUnit: 3D

Date of Request: 10/07/07    Date C.R.W. Received Request: 10/10/07

This request has been processed by: _____ C.R.W.

**Summary of Request:**

Detainee is requesting his pictures that were taken from his property box. He claims that the pictures were from magizides that were recicled by ccdoc mail.

**Response and/or Action Taken:**

Are matter is being ___ by mail dept

_____    _____    Date: 10/12/07 Div./Dept. _____
(Print- name of individual responding)    (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _____ First Name: _____

ID#: _____ Div: 10 Tier/Living Unit: 2D

Date of Request: 11 / 15 / 06    Date C.R.W. Received Request: 11 / 27 / 06

This Request has been processed by: _____ C.R.W.

**Summary of Request:**

_____

_____

_____

**Response and/or Action Taken:**

Be Advised that those inmates with valid medical
documentation have been re-issued their shoes.
Also there are now new shoes to be issued
to other detainees. Gym shoes will not be
placed on commissary

Supt. C. Plaxico #/ _____ Date: 11 / 29 / 06 Div./Dept. X
(Print- name of individual responding)    (Signature of individual responding)

**PART – C**

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** _Clark_    **First Name:** _Robert_

**ID#:** _2004-0046333_  **Div:** _10_  **Tier/LivingUnit:** _2D_

**Date of Request:** _3 / 21 / 07_    **Date C.R.W. Received Request:** _3 / 22 / 07_

**This Request has been processed by:** _V Butler_ **C.R.W.**

**Summary of Request:**

_Detainee request that officer treat them (high side)_
_fairly._

**Response and/or Action Taken:**

_Please address your concern's with the Sergeant_
_of your Area, if that Sergeant can't_
_address your concerns then the shift commander_
_or myself will conduct follow up._

_Supt. C. Plexico #14_   _Supt. C. Plox_  **Date:** _03/23/07_  **Div./Dept.** _X_
**(Print- name of individual responding)**   **(Signature of individual responding)**

Part – B / Control # 2007 X 0483

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: __Clark__    First Name: __Robert__    ID#: __344-1096333__

Is This Grievance An **Emergency?**    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: __Detainee alleges he has been denied__
__his skin medication.__

C.R.W. Referred Griev. To: __Cermak__    Date Referred: __3/14/07__

Response Statement: __Referred to Divisional Physician + Patient Care Services__

__C. Smith__ / __Smith__    Date: __3/15/07__  Div./Dept. __CHS__
(**print**- name of individual responding to this griev.) / (signature of individual responding to this griev.)

__Supt. C. Plaxico #14__ / __Supt. C. Plaxico__    Date: __03/16/07__  Div./Dept. __10__
(**print** - name of Supt. / Designee / Dept. Admin.) / (signature of Supt. / Designee / Dept. Admin.)

__L. Whitlow__ / (signature)    Date: __3/15/07__
(**print** - name of Prog. Serv. Admin./ Asst. Admin.) / (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: __3/14/07__  Detainee Signature: __Robert Clark__

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___  Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # 2007 X 0218

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Clark    **First Name:** Robert    **ID#:** 2004-1090

**Is This Grievance An Emergency?**    YES ☐    NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lack of medical attention

**C.R.W. Referred Griev. To:** Cermak    **Date Referred:** 02 06 07

**Response Statement:** Referred to Patient Care Services & Medical Services

| | | | |
|---|---|---|---|
| C Smith | C JI (signature) | **Date:** 2 8 07 | **Div./Dept** CHS |
| **(print- name of individual responding to this griev.)** | **(signature of individual responding to this griev.)** | | |
| Supt C Plaxico #14 | Supt C Plaxico (signature) | **Date:** 02 09 07 | **Div./Dept** X |
| **(print - name of Supt. / Designee / Dept. Admin.)** | **(signature of Supt. / Designee / Dept. Admin.)** | | |
| | | **Date:** 2 13 07 | |
| **(print - name of Prog. Serv. Admin./ Asst. Admin.)** | **(signature of Prog. Serv. Admin./ Asst. Admin.)** | | |

**Date Detainee Received Response:** ___/___/ 7    **Detainee Signature:** Robert Clark

## REQUEST FOR AN APPEAL

*APPEALS MUST BE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___/___/___

**Detainee's Basis For An Appeal:** _____

**Appeal Board's Acceptance Of Detainee's Request:**    YES ☐    NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:** _____

**Appeal Board's Signatures / Dates:** _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___    **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY  C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _____ X1201

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____     **First Name:** Robert     **ID#:** _____

**Is This Grievance An Emergency?**     YES ☐          NO ☒

**C.R.W.'S Summary Of The Complaint:** _____
_____

**C.R.W. Referred Griev. To:** _____     **Date Referred:** __ / __ / __

**Response Statement:** _____
_____
_____
_____

**Date:** __ / __ / __     **Div./Dept.** _____

(print- name of individual responding to this griev.)     (signature of individual responding to this griev.)

Supt. C. Maxie #14  — Supt. C. Maxie  **Date** 10/30/06 **Div./Dept.** X

(print - name of Supt. / Designee / Dept. Admin.)     (signature of Supt. / Designee / Dept. Admin.)

J. Mudd  — J. Mudd  **Date** 10/27/06

(print - name of Prog. Serv. Admin./ Asst. Admin.)     (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** __ / __ / __     **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** __ / __ / __

**Detainee's Basis For An Appeal:** _____
_____

**Appeal Board's Acceptance Of Detainee's Request:**     YES ☐          NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
_____
_____

**Appeal Board's Signatures / Dates:**
_____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** __ / __ / __ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)     (YELLOW COPY – C.R.W.)     (PINK COPY – DETAINEE)     (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____  **First Name:** _____  **ID#:** _____

**Is This Grievance An Emergency?**    YES ☐    NO ☑

**C.R.W.'S Summary Of The Complaint:** _____

_____

**C.R.W. Referred Griev. To:** _____  **Date Referred:** ___ / ___ / ___

**Response Statement:** _____

Referred to Dental Section

_____

_____

_____        _____  **Date:** 4/1/0  **Div./Dept.** CH5
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____        _____  **Date:** 4/ / / ___  **Div./Dept.** ___
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____        _____  **Date:** 4 / 5 / 07
(print - name of Prog. Serv. Admin / Asst. Admin.)    (signature of Prog. Serv. Admin / Asst. Admin.)

**Date Detainee Received Response:** 4 / 5 / 07  **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___ / ___ / ___

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**    YES ☐    NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

_____

**Appeal Board's Signatures / Dates:**

_____    _____    _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___ / ___ / ___  **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _____

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____    **First Name:** _____    **ID#:** _____ - _____

**Is This Grievance An Emergency?**    YES ☐    NO ☒

**C.R.W.'S Summary Of The Complaint:** _____

_____

**C.R.W. Referred Griev. To:** _____    **Date Referred:** ____ / ____ / ____

**Response Statement:** _____

Refers to Medical Services

_____

_____

C. Smith _____    _____    **Date:** 3/29/07  **Div./Dept.** CH
**(print**- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____    _____    **Date:** ___/___/___  **Div./Dept.** /
**(print** - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____    _____    **Date:** 3/29/07
**(print** - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** ___/___/___   **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ____ / ____ / ____

*Detainee's Basis For An Appeal:* _____

_____

_____

*Appeal Board's Acceptance Of Detainee's Request:*    YES ☐    NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

_____

_____

*Appeal Board's Signatures / Dates:*

_____    _____    _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

**PART – C**

*Express mail*
*is next day mail*
*not Priority mail*

*2.20.07*
*Envelopes*
*Returned.*

## GRIEVANCE PROCESSED AS A REQUEST

*...ocessed as a request, PART – B is not applicable. *

K _____ **First Name:** Robert

91333 **Div:** 10 **Tier/LivingUnit:** 2D

**Date C.R.W. Received Request:** 2/15/17

**This Request has been processed by:** V. Butler **C.R.W.**

**Summary of Request:**

Detainee request to receive his priority mail once it reaches the Jail.

**Response and/or Action Taken:**

Mailroom receives & delivers mail on the daily basis. Priority Mail does not come in next day only Express mail does. Mailroom Delivers mail to all the Divisions on This daily basis and has no control over The Time or manner the mail is distributed. A package (priority) received 2.20.07 was sent back to sender (Envelopes inside)

George Barren - _____ **Date:** 3/6/07 **Div./Dept.** 6
(Print- name of individual responding)    (Signature of individual responding)

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** Clark    **First Name:** ROBERT

**ID#:** 2004-0096333    **Div:** 10    **Tier/LivingUnit:** 2D

**Date of Request:** 11 / 7 / 06    **Date C.R.W. Received Request:** 11 / 14 / 06

**This Request has been processed by:** S. Allen    **C.R.W.**

**Summary of Request:**

Detainee would like to have an explanation regarding detainees not receiving ethnic magazines.

**Response and/or Action Taken:**

Unfortunately the Magazines Mailroom processes have a high content of Sexual Advertising, Nudity, pictures of Drugs or Guns or Gang Signs. these items violates CCDOC Regulation. Any Magazines containing these irregularities will be returned to Sender.

George Spooro    **Date:** 11 / 28 / 06    **Div./Dept.** 6
(Print- name of individual responding)    (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

Detainee's Last Name: CLARK          First Name: ROBERT

ID#: 2004 - 0096333   Div: 10   Tier/LivingUnit: 2D

Date of Request: 11 / 7 / 06        Date C.R.W. Received Request: 11 / 14 / 06

This Request has been processed by: S. Allen          C.R.W.

**Summary of Request:**

Detainee requests who is to know who is responsible for commissary for ccdoc and why detainees can no longer buy a toothbrush.

**Response and/or Action Taken:**

Per CCDOC inmates are not allow to purchase tooth brushes from commissary. CCDOC supplies the inmates with this

Micha Chalmers      — Rc...   Date: 11 /16/06 Div./Dept. Zun
(Print- name of individual responding)   (Signature of individual responding)

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: C/ark   First Name: _____

ID#: _____ - _____ Div: 10 Tier/LivingUnit: 1A

Date of Request: __/__/__   Date C.R.W. Received Request: __/__/__

This Request has been processed by: _____ C.R.W.

**Summary of Request:**

Detainee request for tier conditions, Detainee complaint that air conditioner in Tier 1A is not working.

**Response and/or Action Taken:**

Be Advised that on Aug 2,2007, Div. 10 Engineer went Tier to Tier and checked Air Unit and Adjusted the climate. To my Knowledge this matter has been properly Addressed.

Dept. C. R Carco #14   Dept.C. ___   Date: 02/03/07  Div./Dept. 17
(Print name of individual responding)   (Signature of individual responding)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Clark_    First Name: _Robert_    ID#: _____

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _____

C.R.W. Referred Griev. To: _____    Date Referred: _____

Response Statement: _____

_____    Date: _____ Div./Dept. _____
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_CHIEF D. MORECI_    _____    Date: _04/03/0_ Div./Dept. _10_
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_V. Alexander_    _____    Date: _4/12/07_
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _4/14/07_ Detainee Signature: _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _4/14/07_

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: _____

Appeal Board's Signatures / Dates: _____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Bibart **First Name:** Clark

**ID#:** 204-0096333 **Div:** 10 **Tier/LivingUnit:** 2D

**Date of Request:** 3 / 13 / 07 **Date C.R.W. Received Request:** 3 / 14 / 07

**This Request has been processed by:** V. Butler **C.R.W.**

***Summary of Request:***

Detainee request to go to the Law Library more often

***Response and/or Action Taken:***

[illegible] Clark [illegible] law library [illegible] March 13, 2007 [illegible] are scheduled [illegible] and court date.

[illegible] - [illegible] **Date:** __ / 5 / __ **Div./Dept.** [illegible]

(Print- name of individual responding) (Signature of individual responding)

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Clark    **First Name:** _____    **ID#:** _____

**Is This Grievance An Emergency?**    YES ☐    NO ☒

**C.R.W.'S Summary Of The Complaint:** _Detainee alleges lack of access to_
_the law library._

**C.R.W. Referred Griev. To:** _____    **Date Referred:** 6 / 19 / 07

**Response Statement:** _____

_____

_____

_____

_____

_____

(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)    **Date** _____ **Div./Dept.** _____

(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)    **Date** _____ **Div./Dept.** _____

(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)    **Date** 7/31/07

**Date Detainee Received Response:** ___ / ___ / 07    **Detainee Signature:** _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___ / ___ / 07

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**    YES ☐    NO ☒

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
_Original Response to Stand - CRW Docket_
_all pertinent documentation per program services_

**Appeal Board's Signatures / Dates:**
_____ 7-10-7    _____ 7/11/__    _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___ / ___ / ___    **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY - DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)



REQUEST

Part-A / Control #: _____ X _____

Referred To: COMMISSARY

11-21-06
cr

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE ~~GRIEVANCE~~ REQUEST

Detainee Last Name: CLARK          First Name: Robert

ID #: 2004 - 0096333  Div.: 10  Living Unit: 20  Date: 11/17/06

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

Since August 1, 2005 _____

Sales. _____

_____

through _____ missing

_____

_____

back it takes three to four weeks _____

_____

with my dept. _____

that _____ county issue Or commissary

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: S. Allen          DATE C.R.W. RECEIVED: 11/14/06

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X

Referred To: _MAILROOM_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE REQUEST

Detainee Last Name: CLARK _____ First Name: RobERT

ID #: 2004 - 0096533 Div.: 10 Living Unit: 2D Date: 11 / 7 / 06

BRIEF SUMMARY OF THE COMPLAINT: _On thursday - May 1 2006_ _____

_____ _was a no period on the wings with_
_the books and little magazines that (CCDOC)_
_Stop ____ in. (CCDOC) gave no Reason_
_____ ___ coming in the_
_books and The magazines That ___ isn't_
_____ stopped ____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_I would like to found out who who retired Stopping these_

ACTION THAT YOU ARE REQUESTING:

_magazines and why and when to be ___ ___ ___._

**DETAINEE SIGNATURE:** _R. ___ Clark_

C.R.W.'S SIGNATURE: _S Allen_ DATE C.R.W. RECEIVED: _11 / 14 / 06_

**Please note:** *Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY   C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _Remick_

Referred To: _Mailroom Supervisor_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _CLARK_    First Name: _Robert_

ID #: _2004-0070833_ Div.: _10_    Living Unit: _20_    Date: _2/14/07_

BRIEF SUMMARY OF THE COMPLAINT: _My mother sends me priority mail, but I never get my mail until weeks later. The United States Postal Service guarantees that if you are sent priority mail you get it over night. George Burrero who runs the mail room does not take the time to make sure detainees that are sent priority mail gets it the next day. All George Burrero has to do is seperate regular mail from priority mail then make sure detainees that is sent priority mail get it the next day._

_All Detainee and staff_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_I would like to get my priority mail over night_

ACTION THAT YOU ARE REQUESTING:

_like its suppose to be. Thank You._

### DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V Butler_    DATE C.R.W. RECEIVED: _2/15/07_

_Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent._

(WHITE COPY   PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2007X 0649_

Referred To: _CERMAK_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# **DETAINEE GRIEVANCE**

Detainee Last Name: _CLARK_          First Name: _Robert_

ID #: _2004-0096333_   Div.: _10_   Living Unit: _2D_   Date: _3/29/07_

BRIEF SUMMARY OF THE COMPLAINT: _I had a tooth pulled over a month ago I had two bad teeth at the time but the dentist only pulled one of them. She told me that she would call me over back over to see her for a check-up in two weeks and that she would pull the other tooth then that as been about two months now my cellie has been to see the dentist four time in the last month Just for a check-up for a tooth he got pulled two months ago. I have a bad tooth that hurts real bad it needs to be pulled I had officer Zaleski to call over there for me eight time in the last month and I would told each time that I was scheuled for the next week but never was called on 3-24-07 I was told that I was scheuled for_____ there is no longer a dentist _____ officer Zaleski_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_I need my tooth pulled it hurts real bad_

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** _Robert Clark_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _4/2/07_

_Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form._
_All appeals must be made in writing and directly submitted to the Superintendent._

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY   DETAINEE)   (GOLDENROD COPY   DIVISION/SUPT. OFFICE)

Part-A / Control #: _2607X 0473_

Referred To: _Olympik_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _CLARK_          First Name: _Robert Hu_

ID #: _2004-0096333_  Div.: _10_   Living Unit: _20_   Date: _3/31-07_

BRIEF SUMMARY OF THE COMPLAINT: _I have been complaining about not getting my skin medication for a year now this in my forth grievance ms tate and maxine refuses to order them for me. I see several detainee here on my wing that gets the same skin creams and have not have a problem with getting theirs. All you have to do is check my medical cart and you will see I have not been getting my skin medications I am tired of writing grievances I wish someone do something about ms tate and maxine and ordering my skin medications. Check my cart for the last time._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_I would like for another nurse to give me my_

ACTION THAT YOU ARE REQUESTING:
_medication I have been going through this with ms tate and maxine for a year_

### DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V. Billa_          DATE C.R.W. RECEIVED: _3/4/07_

_Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent._

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 217 X C218

Referred To: Cermak

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: CLARK          First Name: Robert

ID #: Z004-0016333 Div.: 10   Living Unit: 20   Date: 02/2/07

BRIEF SUMMARY OF THE COMPLAINT: Everytime I turn in a
medical form to this fate or maxine to
see the doctor They never turn it in They turn in
the ones They Think who should see the Doctor I do
not put in medical form for no reason my leg has
been hurting for over Seven month. I was told
by the doctor that needs ping to send me to
a bone Specialist but I still have not
seen one yet. I think I have a blood Clot in
my left leg I need it Scanned to see if
I have a blood Clot in it, it hurt real bad
Sometimes I can't walk

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Robert Clark

C.R.W.'S SIGNATURE: Vivian Britte   DATE C.R.W. RECEIVED: 02/06/17

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _7601X C062_

Referred To: _Cermak_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Clark_    First Name: _Robert_

ID #: _2004-0076833_  Div.: _10_  Living Unit: _20_  Date: _3/23/07_

BRIEF SUMMARY OF THE COMPLAINT: _I have a severe pain in my left leg running down my thigh, hip and down to my calf. I have been complaining about this pain for over a year and I even wrote ten grievance and still I have not got any medical attention for my left leg and no way in the world I suppose to be in this much pain for over a year all you have to do is look at my medical need to see how long I been been complaining all I have been receiving for my condition is all types of pain medication. I think I need a blood clog in it I've told the doctor this twice._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Doctor nurses_

ACTION THAT YOU ARE REQUESTING:
_I wish someone tell me whats wrong with my leg_

## DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V. Buller_    DATE C.R.W. RECEIVED: _3/27/07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY   PROG. SERV.)   (YELLOW COPY   C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2007 X Cull4_

Referred To: _Supt / Taxci_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Robert_          First Name: _Clark #14_

ID #: _2004-0076353_  Div.: _10_  Living Unit: _20_  Date: _3 /13 /07_

BRIEF SUMMARY OF THE COMPLAINT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____
_____

## DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V Butler_          DATE C.R.W. RECEIVED: _3/14/07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY   PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY   DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _REX11651_

Referred To: _Supt Div 10_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Clark_     First Name: _Robert_

ID #: _2004_-_0094333_ Div.: _10_ Living Unit: _20_ Date: _4/25/07_

BRIEF SUMMARY OF THE COMPLAINT: _We are not allow to clean_
_our cells I have had this problem since I_
_have been here at the cook Co Jail. Also_
_since they build Div 10 its very not hel-_
_thy its really not safe to clean our cells_
_nor safe to clean im months before we try_
_to do it by hand on our hand and knees._
_They have stoped putting there paint in Div Cells_
_the air has no ventilation they are dirty_
_dusty and not with lint everywhere._

_Division 10 and lives detainee in 20_
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_That we are yllow to clean our cells and we_
ACTION THAT YOU ARE REQUESTING:
_need ventalation_

## DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V. Butler_     DATE C.R.W. RECEIVED: _5-1-07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Plent Clerk_ ____ First Name: _____

ID #: _9004 SC9 C223_ Div.: _10_ Living Unit: _H_ Date: _7/19/2007._

BRIEF SUMMARY OF THE COMPLAINT: _Mr. Hill is a disabled individual with a colostomy. He was also born without a supreme infirity, with out a vertibration. He is in need of the C side for a health at. He requests a dentist who its got to be the litigation in plaintiff's cell. Plaintiff has talked to Sgt. melno and several others pros and omissions, because it the engineers can be able to tell about this problem. plaintiff has also informed Sgt. melno that he has high blood pressure._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

### DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: _____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

Part-A / Control #: 2007X 04164

Referred To: Supt Plaxico

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Clark                    First Name: Robert

ID #: 2004-0096353    Div.: 10    Living Unit: 20    Date: 3 / 18 / 07

BRIEF SUMMARY OF THE COMPLAINT: _On march 1, 07 there was a_
_man polling a ___ ___ ___ ___ ___ jail._
_On week, his ___ ___ only allowed out ___ ___ day the_
_for ___ ___ ___ the housing ___ ___ in the E_
_two ___ ___ that ___ and th. showers ___ ____
_lockup at 11:30 pm and ___ in Twin cell 26 to 27 a_
_18 - 1C - 2A and do not have to lock up ___ ___ ___ ____
_to Shower or a new 40 ___ ___ Shower ___ ___ ___ ____
_I ___ it is unfair to the ___ ___ ___ a policy_
____ ___ ___ I ___ Should be ___ ___ ___ ___ ____
____ ___ ___. Be ___ ___ ___ ___ ___ ___ to_
_who ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

## DETAINEE SIGNATURE:

C.R.W.'S SIGNATURE: _V Butler_                DATE C.R.W. RECEIVED: 3 / 19 / 07

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _REQUEST_

Referred To: _Supt_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE _do not treat as request_

Detainee Last Name: _Clark_          First Name: _Robert_

ID #: _2004-_____ Div.: _6_   Living Unit: _3D_   Date: _3/21/07_

BRIEF SUMMARY OF THE COMPLAINT: _Worry since the cook ___ county jail_
_____
_____
_Vazquez #8441 _____
_____ St._
_____
_____
_____
_____
_____ on days _____
_____
_____ Vazquez _____
_____ 3-21-07 it was_
_____
_____
_____
_____
_____
_____
_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____

## DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V Butler_          DATE C.R.W. RECEIVED: _3/22/07_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __E Clark__          First Name: __Robert__

ID #: __2004-0096333__  Div.: __10__  Living Unit: __20__  Date: __3 / 27 / 07__

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: __V. Buller__          DATE C.R.W. RECEIVED: __3 / 27 / 07__

**Please note:** *Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2007 X 1237_

Referred To: _Program Service_

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

---

Detainee Last Name: _Clark_          First Name: _Brooklyn_

ID #: _2004_ - _0096333_ Div.: _10_   Living Unit: _2D_   Date: _6 / 11 / 07_

BRIEF SUMMARY OF THE COMPLAINT: _I have been putting in forms to go to the law library every other ▆ day but Ms. Camada refuses to call me to the law library but I see the same guys on my wing going ▆ every week. Ever since I wrote her up the first time she has been purposely denying me access to the law library. She also wrote up a bogus attendance card to justify my first grievance and when she do call me to the law library she purposely gives me copies of cases that I did not request I truly hope Someone will look into this matter every time I put in a grievance there's nothing ever coming the ▆_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_I would like to go to the library and ▆ Ms. Camada_

ACTION THAT YOU ARE REQUESTING:
_▆ a bad attitude she should not be working ▆_

### DETAINEE SIGNATURE: _Brooklyn Clark_

C.R.W.'S SIGNATURE: _V Butler_          DATE C.R.W. RECEIVED: _6 / 19 / 7_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: REQUEST

Referred To: Law Library

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Robert                First Name: Clark

ID #: _____-_____  Div.: ____  Living Unit: ____  Date: ___/___/___

BRIEF SUMMARY OF THE COMPLAINT:                                    #14

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE:

C.R.W.'S SIGNATURE: _____V. Butler_____    DATE C.R.W. RECEIVED: ___/___/___

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: CLARK    First Name: Robert

ID #: 2004-0096333 Div.: 10    Living Unit: 2D    Date: 5 /22/06

BRIEF SUMMARY OF THE COMPLAINT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 5/25/06

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY - DETAINEE)    (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

*REQUEST* *X*

Referred To: SUPERINTENDENT

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE ~~GRIEVANCE~~ REQUEST

Detainee Last Name: ROBERT CLARK          First Name: CLARK

ID #: 2004 - 0096333    Div.: 10    Living Unit: 2D    Date: 10 / 10 / 06

BRIEF SUMMARY OF THE COMPLAINT: ON 8/16/06 THERE WAS A MEMO PLACED ON ALL WING BY SUPERINTENDENT PLAXICO STATING THAT DETAINEES WILL NOT BE ALOUD TO HAVE CLOTHES LINES IN THIER CELLS ANYMORE AND DETAINEES ALSO ARE NOT ALOUD TO HANG THIER CLOTHES IN THE DAYROOM. EVERY MORNING DETAINEES ARE INFORMED THIS BY THE C/O THAT IS ASIGNED TO OUR WING. THIS DOES NOT MAKE ANY SENCE BECAUSE WERE WHERE WE SUSPOSE TO HANG OUR WET UNDERWEAR, T-SHIRTS, AND SOCK WHEN WE WASH THEM. THE COUNTY JAIL DOES NOT PROVIDE ANY MEANS OF WASHING AND DRYING DETAINEES UNDERCLOTHES. WE ARE ALSO NOT ALOUD TO BRING PAPER BAGS, PALES ECT. OUT OF OUR CELLS DETAINEES USED TO BRING THIER BAGS OR PALES OUT TO CARRY THIER PERSONAL HYGIENE ITEMS TO THE SHOWER ITEMS LIKE SOAP, DEODORANT, LOTION, TOOTH PASE AND TOOTH BRUSH, TOWEL FACE TOWEL., CLEAN UNDERCLOTHES. HOW ARE WE SUSPOSE TO CARRY ALL OUR STUFF TO THE SHOWER WE ARE LOCKED OUT OF OUR CELLS ALL DAY. WHEN. I ASKED PLAXICO ABOUT THESE ISSUED HE TOLD US THAT WE CAN PUT OUR STUFF ON THE FLOOR, AND WE CAN TAKE CARE OF OUR PERSONAL HYGIENES IN OUR CELLS.
ALL ADMINASTRATIVE PERSONEL ANDDDETAINEES HOUSED IN DIV-10.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
DETAINEES WOULD LIKE TO BE ABLE TO HANG THIER CLOTHES SOME WHERE WITHOUT BEING HARRASSED

ACTION THAT YOU ARE REQUESTING:
OR THE COUNTY TO PROVIDE MEANS OF WASHING AND DRYING DETAINEES CLOTHES. WE WOULD ALSO LIKE TO BE ABLE TO CARRY OUR PERSONAL HYGIENE STUFF TO THE SHOWER IN A BAG OR PALE OR A LAUNDRY BAG PROVIDE BY THE COOK COUNTY JAIL OR ON COMMISSARRY THANK YOU.

## DETAINEE SIGNATURE:

C.R.W.'S SIGNATURE:          DATE C.R.W. RECEIVED: 10 / 19 / 06

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part 2 of 3    Control # 60 of 80    Arrest (

Referred To: _Supervisor_A_

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Clark_        First Name: _Robert_

ID #: _2004_-_0096333_    Div.: _10_    Living Unit: _2-D_    Date: _5-17-06_

BRIEF SUMMARY OF THE COMPLAINT: _I was thrown in seg for no_
_reason and every since I have been out of seg my_
_wing as been shook down 4 times in one week my personal_
_belonging as been thrown all on the floor I have personal_
_items missing we are told that we can not have brown_
_paper bags or clothes lines so when the officer shake down_
_our cells they take our garbage bags off if we have something in_
_a bag they take our personal belonging or throw them on the floor_
_and if we have a line up in our cell to hang up wet clothes_
_on they take it down and so throw our clean clothes on the_
_floor so they are dirty all over again they don't want us to hang_
_clothes in the dayroom so where are we suppose to hang our wet clothes._
_They are not shaking down cell tim in 2 on D. things around_
_St. and everyone in 2-D. St. Ialeson_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Referred To:_____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Clark                First Name: Robert

ID #: 2004-0096333    Div.: 10    Living Unit: 2-D    Date: 5/17/06

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: Robert Clark

C.R.W.'S SIGNATURE:_____    DATE C.R.W. RECEIVED: ____/____/____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part A / Control #: _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **CLARK**          First Name: **Robert**

ID #: **2004-0096333**   Div.: **10**   Living Unit: **30**   Date: **4/26/06**

BRIEF SUMMARY OF THE COMPLAINT: ON 4-25-06 I WAS MOVED
FROM 2D the OVER 40 wing At 10.0 clock pm. For
KNOW REASON At All. I WAS IN THE LINE to SEE the NURSE
when it WAS my turn I went INTO thE ENTER lock oFfICER
Cat CArter Told me to get out his ENTER lock For NO
REASON I told him I wanted to SEE the NURSE AFTER I
spoke to the NURSE OFF. see CArter SAid he WAS going
to write me up AFter I left the ENTER lock I had
A few words with An inmAte NAme John tabor he went
into the ENTE lock talk to oFFicer ClIfton Sgt Cullen
cqme to talk Ask me did I have A problem with John I Say
no Sgt Cullen SAid he left And that ... thAt on tht
next SHft At 10 clock I WAS moved For know reason I was talk
... The NURSE on thAt SHft Sgt Cullen the inmAte on the ...

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
I would like to know why I WAS movE And I would like

ACTION THAT YOU ARE REQUESTING:
To be plAced bAck in 2D over 40 wing in CEll 14 Im the
VERY ClEAn PERSon I clEAnd thAt CEll FROm Top to bottom.

### DETAINEE SIGNATURE: Robert Clark

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: ___/___/___

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part A/ Contract # 20060 X 1209

Referred To: _CERMAK_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **CLARK**          First Name: **ROBERT**

ID #: **2004** - **0096333**    Div.: **10**    Living Unit: **2D**    Date: **10** / **11** / **06**

BRIEF SUMMARY OF THE COMPLAINT:

**ON SEVERAL ACCASION I ASKED MS. TATE TO ORDER MY SKIN MEDICATION, AND SHE ALWAYS SEEMS TO GET A ATTITUDE ABOUT IT, AND TELLS ME WHEN THEY SEND IT I WILL GET IT, BUT I NEVER RECIEVE MY SKIN MEDICATION. I WAS TOLD BY THE DOCTOR HERE IN DIV-10 AND THE DERMOTOLIGIST AT CERMAK AND SEVERAL OTHER NURSES THAT THESE SKIN CREAMS AS TO BE ORDERED BY THE NURSE AS NEEDED. I ALSO ASKED MS. JEFFERSON, AND THE TWO MALE NURSES BUT I STILL HAVE NOT GOT MY SKIN CREAMS EVERYONE KEEP TELLING TO TELL MY ASIGN NURSE MS. TATE BUT SHE REFUSES TO ORDER THEM. SHE ALSO REFUSES TO TURN IN MY MEDICAL FORMS I HAVE TURNED IN THREE FORMS IN TH THE LAST MONTH AND I STILL HAVE NOT SEEN THE DOCTOR. I HAVE BEEB GOING THROUGH THIS WITH MS. TATE FOR OVER A YEAR.**

**THE DOCTOR, MS. JEFFERSON. THE TWO MALE NURSES NAMES UNKNOWN, AND THE DERMOTOLIGIST. I WOULD LIKE TO RECIEVE MY SKIN CREAMS ON TIME. THANK YOU. I TOLD ALL OF THEM ABOUT THIS.**

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

**I WOULD LIKE TO RECIEVE MY SKIN CREAMS ON TIME AND I WOULD LIKE FOR MS. TATE TO ORDER**

ACTION THAT YOU ARE REQUESTING:

**THEM ON TIME. THANK YOU.**

DETAINEE SIGNATURE: _R___

C.R.W. 'S SIGNATURE: _Allen_          DATE C.R.W. RECEIVED: _10_ / _19_ / _06_  20

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

Detainee's Last Name: CLARK    First Name: ROBERT

ID#: 2004 - 0096333    Div: 10    Tier/LivingUnit: 2D

Date of Request: 10 / 10 / 06    Date C.R.W. Received Request: 10 / 19 / 06

This Request has been processed by: S. Allen    C.R.W.

**Summary of Request:**

Detainee requests a way of hanging clean clothes to dry and be able to carry personal hygiene products to shower.

**Response and/or Action Taken:**

Be Advised that Al Supt. instructed detainees that they could have wet clothing on their bunk or the shower wall. No clothing can be hung or used in the dayroom or clothlines that block the glass view in the cell. Detainees are permitted to have hygiene and to shower in their love.

Supt. C. Player #Al Dept. C. Player    Date: 10/20/06  Div./Dept. X

(Print- name of individual responding)    (Signature of individual responding)

**PART – C**

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** _____    **First Name:** _____

**ID#:** _____  **Div:** _____  **Tier/LivingUnit:** _____

**Date of Request:** _____    **Date C.R.W. Received Request:** ____/____/____

**This Request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

_____

_____

_____

**Response and/or Action Taken:**

_____

_____

_____

_____

_____

_____ – _____ **Date:** ___/___/___ **Div./Dept.** _____
(Print- name of individual responding)        (Signature of individual responding)

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** _____    **First Name:** _____

**ID#:** _____ **Div:** _____ **Tier/LivingUnit:** _____

**Date of Request:** _____    **Date C.R.W. Received Request:** _____

**This Request has been processed by:** _____    **C.R.W.**

**Summary of Request:**

_____

_____

_____

**Response and/or Action Taken:**

During searches, officers are instructed to place any and all items on detainee's bunk and go through said items. Clothes lines are not allowed in cells and are to be removed by officers, however any clothes are also to be placed on detainee's bunk. A Sgt is assigned to oversee all tier searches to assure compliance of the search procedure.

CAPT. ARCE _____ - _____ **Date:** 6 / 1 / 06 **Div./Dept.** 10
(Print- name of individual responding)    (Signature of individual responding)

Superintendent

Dear Superintendent

I am appealing my disciplinary charges 110 verbally
or physically demonstrating distress to a staff member.
202 Being in a unauthorized area. 203 Disobedient to
another person. I was found guilty on 4-28-06 for
something I did not do I was lied on by one of your
staff members an officer carter #1169. I tryed to explain
to Sgt. Collins, Sgt. Helms and Capt. "Scolf" #10 on the Second shift
and Chief Morri #76 but no one seemed to look into my
situation or investigate my charges. on 4-25-06 I was
the last one in line to see the nurse I was also called
to the inter lock by counsler gray there was one guy
in front of me as I went to use the washroom when I
got finish the guy in front of me was finished seeing the
nurse Jefferson and left out when I got to this inter
lock I had just caught nurse Jefferson as she was
leaving out the other door. I open the inner door to ask
her about my medication and thats when officer carter #1169
just snapped on me telling me to get out of "his" inter-
lock I told him that I want to see the nurse and how
was he just going to deny me of seeing the nurse at that
time nurse Jefferson asked me want I wanted I explain
to her about my medication and she said she would take
care of it. all the time this was going on counsler gray
was standing there and another nurse I guess

nurse jefferson was training her. as nurse jefferson walked out to leave I turned around and officer carter said that I was going to get a ticket I ask him for what that I haven't done anything, then officer carter stated well you will read about it, that was all I said between officer carter and me. counsler gray then started talking to me about a grievance I wrote about my diet tray. she gave me my reply and after that I left. I was thinking to myself why officer carter snapped on me like that, until another inmate told me that John Taylor another inmate and officer carters friend and a worker was out in the inter lock with carter scrleys talking about me John taylor told officer carter that I was the one talking about him and calling him names when we was a lock-down that morning 4-24-06. I guess that's why officer carter had a attitude with me officer carter never acted that way with me until that day nor have I ever been disrespectful to officer carter or any other staff member since I've been here outside by all rules an regulations you can ask any officer that I've come in contact with since I've been here and that's just about all of them. after I found out what John had told officer carter thats when I confronted John taylor and just told him to keep my name out of his mouth I went back to playing cards while John went back into the inter lock to talk to officer carter, at lunch lock-up I went into my cell and went to sleep I did not come back I dont even

come out of my cell in the morning and officer carter knows that the only reason I come out of my cell that day was to see the nurse. Sgt. collins come to see me he never said anything to me about verbally disrespecting officer carter all he ask me about is that did I have a problem with john taylor I said no and collins said O.K. if he and carter wasn't home was he going to have a problem out of me and john I told collins that I did not have a problem with john ask long as he did not have a problem with me. Sgt. collins said o.k. and left. I went back to sleep and left it at that. when shift changed carter when down stairs since collins did find any reason to walk me to the hole and talk to the chief and Sgt. helms and capt saigh. at around 10. o.clock p.m. that night I was told by officer martin to pack my stuff that I was going to the holding cage I asked him for what and he said he did not know. I went down stair thinking that I was going to the hole. but officer anderson told me that I was going to 30 I ask her why I had to go to 30 because I haven't done anything. I started to go to the hole that night but I said I would wait and talk to collins in the morning. when Sgt. collins came up on 30 he saw me and said so they move anyway I ask him why I was moved he said he did not know why I was moved but he would check it out I asked him can he move me back and he said that the only one that can move

COOK COUNTY DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information                                                                                      04POPA01DS

| SECTION I    DISCIPLINE REPORT | | Division: 10 | Date of Infraction: 4/25/06 |
|---|---|---|---|
| Detainee's Name: BLANK Robert G | ID# 2006-0633 | | Date of Birth: 11/30/1962 |
| Detainee's Living Unit: 2D | Place of Incident: SAFETY CAGE | | Time: 09:30 AMHRS |
| ☐ Category I | ☑ Category II | ☑ Category III | ☐ Category IV | ☐ Category V | ☐ Category VI |

Description of Charge(s) & Code(s): 110 Verbal/or physically Demonstrating disress to A Staff Member, 202 Being in unauthorized Area 204 Verbal Threat to Another Person.

| Detainee Injuries: ☐ Yes ☑ No | Medical Attention: ☐ Yes ☐ No | Name(s): N/A |
|---|---|---|
| Staff Injuries: ☐ Yes ☐ No | Medical Attention: ☐ Yes ☐ No | Name(s): N/A |
| Victim Report: ☐ Yes ☐ No | | Reported to Internal Investigations: ☐ Yes ☑ No |

Material Confiscated /Evidence Bag # (attach photocopy of evidence):     NONE

Description of Incident:    Inmate Robert Clek was directed by R/O Carter Not to come into the interlock because there was already one Inmate seeing the Nurse. However he pushed by R/O Carter AND said Fuck you I need to see the Nurse. AND became Verbally Assaultive to Inmate John Taylor For No Reason. His it was Fuck And's By Carter. So R/O reported This Action.

| Disciplinary Report Delivered to Detainee By (Name and Star #): | Date and Time Delivered: |
|---|---|
| | 4/25/2006  17:45 HRS |
| Detainee's Signature: | |

Reporting Employee (signature & Star #): MC____ #1164

Personnel Who Witnessed Infraction:

| Reviewing Supervisor (Signature & Star #): #76 | Name and Star (printed): CHIEF J. MORECI #76 |
|---|---|
| Superintendent or designee's Signature: #76 | Name and Star (printed): CHIEF J. MORECI #76 |

| SECTION II    DISPOSITION BY DISCIPLINARY HEARING BOARD | | Date of Hearing: 4/28/06 |
|---|---|---|
| Detainee Requested Witnesses ☐ Yes ☐ No | Waive 24 Hr. Notice ☐ Yes ☐ No | Representative/Interpreter ☐ Yes ☐ No |
| Detainee Witness: | Living Unit: | Detainee Witness: | Living Unit: |
| Detainee's Plea to Charge  ☐ Guilty As Charged  ☐ Not Guilty | Detainee Status While Awaiting Hearing: SEG |

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)

Testimony of Witnesses: (Use Continuation Sheet If Necessary)    DETAINEE SIGNATURE:

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:    ("X" APPLICABLE BOX)

| ☑ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ INVALID REPORT | ☐ 72 HOURS EXPIRED | ☐ 7 DAY EXPIRED |
|---|---|---|---|---|

Disciplinary Hearing Board's Finding is Based On The Following Information:
☑ DETAINEE REPLY/DISCIPLINARY REPORT    ☐ OTHER

Disciplinary Hearing Board Recommends/The Following Action:

| Start Date of Action  4/25/06 | | End Date  4/29/06 |
|---|---|---|
| Disciplinary Hearing Board Member Signature/Title/Date  4/28/06 | Disciplinary Hearing Board Member Signature/Title/Date  4-28-06 | Disciplinary Hearing Board Member Signature/Title/Date  04/28/06 |

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy
Pink - Detainee's Copy After Hearing

Yellow - Superintendent/Divisional File Copy
Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

COOK COUNTY DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT AND PROCEEDINGS

04POPA01DS

**Please Print Information**

**SECTION I     DISCIPLINE REPORT** | **Division:** 10 | **Date of Infraction:** _____

**Detainee's Name:** CLARK RUBERT G | **ID#** 2004 00 0233 | **Date of Birth:** _____

**Detainee's Living Unit:** | **Place of Incident:** DAYROOM | **Time:** _____ **HRS**

☐ Category I  ☑ Category II  ☐ Category III  ☐ Category IV  ☐ Category V  ☐ Category VI

**Description of Charge(s) & Code(s):** 205 DISOBEYING VERBAL ORDER FROM STAFF _____ 27 BEING IN UNAUTHORIZED AREA

**Detainee Injuries:** ☐ Yes  ☑ No | **Medical Attention:** ☐ Yes  ☑ No | **Name(s):**
**Staff Injuries:** ☐ Yes  ☑ No | **Medical Attention:** ☐ Yes  ☑ No | **Name(s):**
**Victim Report:** ☐ Yes  ☑ No | **Reported to Internal Investigations:** ☐ Yes  ☑ No
**Material Confiscated /Evidence Bag # (attach photocopy of evidence):** NONE

**Description of Incident:**
_____ SECURITY was TOLD DETAINEE RUBERT _____ REFUSED AN ORDER IN _____ REGULATION. YES HELMS NOTIFIED _____ DETAINEE CLARK WAS TRANSFERRED TO TIER IA _____ PENDING HEARING BOARD FINDINGS.

**Disciplinary Report Delivered to Detainee By (Name and Star #):** | **Date and Time Delivered:** __/__/__ __:__ **HRS**
**Detainee's Signature:**

**Reporting Employee / Signature & Star #:** _____ #_____ | **CCDOC Personnel Who Witnessed Infraction:** Mc P Adams #8236
**Reviewing Supervisor / Signature & Star #** #97 | **Name and Star (printed):** LT D. MARTINEZ #97
**Superintendent or designee's Signature:** #10 | **Name and Star (printed):** S. AIR #10

**SECTION II     DISPOSITION BY DISCIPLINARY HEARING BOARD** | **Date of Hearing:** _____
**Detainee Requested Witnesses** ☐ Yes  ☑ No | **Waive 24 Hr. Notice** ☐ Yes  ☑ No | **Representative/Interpreter** ☐ Yes  ☑ No
**Detainee Witness:** | **Living Unit:** | **Detainee Witness:** | **Living Unit:**

**Detainee's Plea to Charge** ☑ Guilty As Charged  ☐ Not Guilty | **Detainee Status While Awaiting Hearing:**
**Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)**

**RETAINEE SIGNATURE**

**Testimony of Witnesses: (Use Continuation Sheet If Necessary)**

**IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT: ("X" APPLICABLE BOX)**
☑ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ INVALID REPORT | ☐ 72 HOURS EXPIRED | ☐ 7 DAY EXPIRED
**Disciplinary Hearing Board's Finding is Based On The Following Information:**
☑ DETAINEE REPLY/DISCIPLINARY REPORT | ☐ OTHER
**Disciplinary Hearing Board Recommends The Following Action:**

**Start Date of Action** | **End Date**
**Disciplinary Hearing Board Member Signature/Title/Date** | **Disciplinary Hearing Board Member Signature/Title/Date** 4-03-06 | **Disciplinary Hearing Board Member Signature/Title/Date** 01/28/06

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy | Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing | Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

# Cook County Department Of Corrections
## Notice of Mail Return

Detainee's Name: _____  Date: _____

Detainee Identification Number: _____

Mail Returned To: _____

_____

_____

The Cook County Department of Corrections will not accept the following item(s) from detainee family members, detainee visitors or any other outside source.

| | |
|---|---|
| ____ Underwear | ____ Socks |
| ____ Gym Shoes | ____ Stamped Envelopes |
| ____ Jewelry | ____ Towels |
| ____ Clothing | ____ Cosmetics |
| ____ Aerosol Cans | ____ Postage Stamps |
| ____ Bar Soap | ____ Envelopes |
| ____ Candy | ____ Food |
| ____ Posters | ____ Leather Cover Books |
| ____ Adhesive | ____ Nail File or Clippers |
| ____ Weapons | ____ Pictures showing weapons, money or gang signs |
| ____ Batteries | ____ Marking Pens |
| ____ Credit cards | ____ Identification Cards |
| ____ Paint brushes or Solvents | ____ Pencils, pens or sharpeners |
| ____ Cigarettes or cigars | ____ Cigarette lighter or matches |
| ____ Playing Cards or Puzzles | ____ Radios, tape player or television sets |
| ____ Stickers, decals or patches | ____ Foreign or illegal Substances |
| ____ Dental floss, paste, or powder | ____ Medicine or medical supplies |

____ Personal checks or cash

____ Money Orders in access of $100.00 will not be accepted

____ Money Orders that are not properly filled in or have been altered will not be accepted

____ Plastic sentiment, musical cards or very large cards

____ Polaroid instant pictures with double backing

____ Hairbrushes, combs or picks

____ Rollers, boobie pins, clips or plastic bags

____ Glass, wood or metal objects

____ Twine, wire or any other binding material

____ Paperback books, magazines, newspapers limit of three (3) per mailing

____ Correspondences from inmates from other correctional institutes without prior approval from both institutions

____ any magazines or pictures showing drugs, weapons, nudity both male and female, or contain sexually explicit materials or actions. These types of items will be returned to you.

____ Other: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS

RESIDENT'S NAME _____

ID NUMBER _____ DATE _____

MAIL RETURNED TO _____

_____

_____

WE ARE RETURNING THE ENCLOSED MAIL FOR THE FOLLOWING REASON.
"NOT PERMITTED PER INSTITUTIONAL REGULATIONS" SEE ITEM CHECK BELOW:

____ ADHESIVE TAPE
____ AEROSOL CANS
____ BAR SOAP
____ BATTERIES
____ CANDY
____ CIGARETTES OR CIGAR
____ CIGARETTE LIGHTER OR MATCHES
____ COSMETICS
____ CREDIT CARDS
____ DENTAL FLOSS, PASTE OR POWDER
____ FOOD
____ FOREIGN OR ILLEGAL SUBSTANCE ENCLOSED
____ GLASS, WOOD OR METAL OBJECTS
____ GLUE
____ HAIR BRUSH, COMB OR PICK
____ IDENTIFICATION CARDS
____ JEWELRY
____ KEYS
____ MAPS
____ MARKING PEN
____ MEDICINE OR MEDICAL SUPPLIES
____ NAIL FILE OR CLIPPERS
____ PAINT, BRUSHES OR SOLVENT
____ PENCILS, PEN OR SHRPENER
____ PICTURES SHOWING WEAPON, MONEY OR GANG SIGN
____ PLAYING CARDS OR PUZZLES
____ PLASTIC SENTIMENT, MUSICAL CARDS OR VERY LARGE CARDS
____ POLOROID INSTANT PICTURES WITH DOUBLE BACKING
____ POSTERS
____ RADIOS, TAPE PLAYER OR TELEVISION SETS
____ STICKERS, DECALS OR PATCHES
____ ROLLERS, BOBBIE PINS, CLIPS OR PLASTIC CAPS
____ TWINE, WIRE OR OTHER BINDING MATERIALS
____ INMATE ARE NOT PERMITTED TO CORRESPOND WITH OTHER INMATES OF OTHER CORRECTIONAL INSTITUTIONS WITHOUT THE PRIOR APPROVAL FROM BOTH WARDENS
____ PERSONAL CHECK OR CASH
____ MONEY ORDER IN EXCESS OF $100.00 WILL NOT BE ACCEPTED
____ MONEY ORDER NOT PROPERLY FILLED IN OR ALTER MONEY ORDER WILL NOT BE ACCEPTED
____ CLOTHING FOR JURY TRIAL ONLY. MUST BE POSTMARKED MORE THE 50 MILES OUTSIDE OF COOK COUNTY.
____ PAPERBACK BOOK, MAGAZINES, ████████ LIMIT OF 3 PER MAILING
____ OTHER

| | |
|---|---|
| PLAYboy ✓ | PLAYGIRL ✓ |
| MAXIM ✓ | Stun ✓ |
| FEDS ✓ | MAD |
| FHM ✓ | Murder Do ✓ |
| Don Diva ✓ | BLACKMAN |
| Swinsuit ✓ | SMOOTH ✓ |
| BLACKTAIL ✓ | BLACK Bu: |
| Complex ✓ | High Rider |
| BLACK Gold ✓ | StUFF ✓ |
| Penthouse ✓ | Blender ✓ |
| H. ✓ | Loft ✓ |
| Curves ✓ | SOURCE ✓ |
| Vibe ✓ | XXL ✓ |
| Lyric ✓ | King ✓ |

MR-w-1004

3

# Cook County Department of Corrections
## Notice of Mail Return

Detainee's Name: Robert Clark                    Date: 2. 07

Detainee Identification Number: 2004. 0076 333          10.20

Mail Returned To: Mildred Burt

424 W 119 St.  Chgo Il. 60628

The Cook County Department of Corrections will not accept the following item(s) from detainee family members, detainee visitors or any other outside source.

| | |
|---|---|
| ____ Underwear | ____ Socks |
| ____ Gym Shoes | ____ Stamped Envelopes |
| ____ Jewelry | ____ Towels |
| ____ Clothing | ____ Cosmetics |
| ____ Aerosol Cans | ____ Postage Stamps |
| Bar Soap | X Envelopes |
| Candy | Food |
| Posters | Leather Cover Books |
| Adhesive | Nail File or Clippers |
| Weapons | Pictures showing weapons, money or gang signs |
| Batteries | Marking Pens |
| Credit Cards | Identification Cards |
| Paint Brushes or Solvents | Pencils, pens or sharpeners |
| Cigarettes or Cigars | Cigarette lighter or matches |
| Playing Cards or Puzzles | Radios, Tape player or Television sets |
| Stickers, Decal's or Patches | Foreign or Illegal Substances |
| Dental floss, paste, or power | Medicine or Medical Supplies |

Personal checks or cash
Money Orders in access of $100.00 will not be accepted
Money Orders that are not properly filled in or have been altered will not be accepted
Plastic sentiment cards, musical cards or very large cards
Polaroid instant pictures with double backing
Hairbrush, combs or picks
Rollers, bobbie pins, clips or plastic bags
Twine, wire or any other binding material
Paperback books, magazines, newspapers limit of three (3) per mailing
Correspondences from inmates from other correctional institutes without prior
approval from both institutions
    Any magazines or pictures showing drugs, weapons, nudity both male and female, or
contain sexually explicit materials or actions. These types of items will be returned to you.
    Other

| | | | | |
|---|---|---|---|---|
| Playboy | Hu | Blender | Swim Suit | Conozca MA |
| Play Girl | Murder Dog | XXL | Black Tail | Slam |
| Maxim | Lyric | Don Diva | Black Gold | Fox |
| Stun | King | Curves | Smooth | Cheri |
| Feds | Source | Loft | High Rider | Sex Life |
| FHM | Complex | Vibe | Blackman | Vixen |
| MAD | Stuff | Pent House | Men's Health | As Is |

ONE-CUP SERVING  ONE-CUP SERVING  ONE-CUP

Sanka

**Maxwell House** INSTANT COFFEE

CHERRY
DRINK MIX
63046A

*rich & smooth*
**COFFEE
CREAMER**



**NOT FOR INDIVIDUAL SALE**

*Non-Dairy Creamer*

INGREDIENTS: CORN SYRUP SOLIDS, PARTIALLY HYDROGENATED SOYBEAN OIL, SODIUM CASEINATE (A MILK DERIVATIVE), DIPOTASSIUM PHOSPHATE, SODIUM SILICOALUMINATE, ARTIFICIAL COLOR, MONO-AND DIGLYCERIDES, SOY LECITHIN, ARTIFICIAL FLAVOR.

**Distributed by**
**VISTAR₅₅ Corporation**
**Centennial, CO 80112**

CAUTION: LIKE ALL POWDERED PRODUCTS THIS PRODUCT SHOULD NOT BE STORED OR USED NEAR AN OPEN FLAME OR HIGH HEAT SOURCE.



*Sugar*
Net Wt 0.1 oz (3g)
Distributed by VISTAR Corporation
Centennial, CO 80112

ORANGE     BREAKFAST
DRINK      27805

*Cool Off!*
**Lemonade**
Flavor Drink Mix
**WITH VITAMIN C**

**SUGAR-FREE**

NET WT (52g)

# ARAMARK

COOK COUNTY          SPENDING LIMIT $100.00 PER WEEK

## INMATE NUMBER

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |

LAST NAME _____    FIRST NAME _____    MI ____

UNIT _____

I Authorize The Sheriff To Charge My Account: _____

(ORDER MUST BE SIGNED)

Prices are subject to change without notice. Substitutions will not be made.
Orders will be adjusted if there is not enough money available in account.
Fill in quantity column only.
Prices include tax

### MARKING INSTRUCTIONS
- Make dark marks that fill the oval completely.
- Make no stray marks.

WRONG ⊗ ⊘ ⊙          RIGHT ⬤

## HEALTH & BEAUTY — PRICE

| Code | Item | Price |
|---|---|---|
| 1001 | Conditioner - Balsam  14 oz | $1.46 |
| 1002 | Conditioner - Balsam  4 oz | $0.80 |
| 1003 | Shampoo - Balsam 14 oz | $1.46 |
| 1004 | Shampoo - Balsam  4 oz | $0.80 |
| 1005 | Shampoo VO5 | $2.20 |
| 1006 | Shampoo - Dandruff 11 oz | $2.02 |
| 1009 | Hair Relaxer/Perm | $7.26 |
| 1010 | Hair Food | $2.05 |
| 1011 | Coconut Oil Conditioner | $2.55 |
| 1012 | Pomade | $2.45 |
| 1014 | Deodorant - Generic Men's | $1.85 |
| 1015 | Deodorant - Generic Ladies | $1.85 |
| 1016 | Deodorant - Ladies (Mennen) | $2.45 |
| 1017 | Deodorant - Men's (Mennen) | $2.45 |
| 1018 | Deodorant - Roll On  1.5 oz | $0.80 |
| 1019 | Baby Powder | $1.70 |
| 1020 | Lotion - Cocoa Butter | $1.85 |
| 1022 | Lotion - Hand / Body | $1.85 |
| 1023 | Medicated Skin Cream | $1.95 |
| 1024 | Anti-Fungal Cream | $2.25 |
| 1025 | Lip Balm Conditioner | $0.97 |
| 1026 | Magic Cream Shave Depilatory | $3.00 |
| 1027 | After Shave  4 oz | $1.50 |
| 1028 | Soap - Irish Spring | $0.90 |
| 1030 | Soap - Tone | $1.00 |
| 1031 | Soap - Jergens | $0.90 |
| 1032 | Soap - Like Dial | $0.90 |
| 1033 | Soap Dish | $0.60 |
| 1034 | Mouthwash - Mint | $1.50 |
| 1065 | Toothpaste - Freshmint 4.6oz | $1.50 |
| 1036 | Toothpaste - Colgate 2.7oz | $1.87 |
| 1037 | Toothbrush - medium | $0.97 |
| 1038 | Efferdent Denture Cleanser 40 Ct | $2.75 |
| 1039 | Effergrip  2.5 oz | $3.75 |
| 1040 | Acetaminophen  2 pk | $0.45 |
| 1041 | Ibuprofen  2pk | $0.45 |
| 1042 | Rolaids (Original) | $0.90 |
| 1043 | Halls Cough Drops | $0.97 |
| 1044 | Daily Vitamin with Iron | $2.95 |
| 1045 | Saline Solution | $2.15 |
| 1046 | Douche - Sweet n Fresh | $1.50 |
| 1047 | Super Maxi Pad | $1.53 |
| 1048 | Foot Powder | $1.75 |
| 1049 | Comb 9" - Dress | $0.40 |
| 1050 | Palm Brush | $0.45 |
| 1051 | Shower Cap | $0.27 |
| 1068 | Metamucil 2 pk Sugar Free | $1.25 |
| 1069 | Vaseline 5gm packet | $0.17 |
| 1070 | Hydrocortisone Ointment | $3.00 |
| 1060 | Reading Glasses +1.0 | $6.00 |
| 1061 | Reading Glasses +1.25 | $6.00 |
| 1053 | Reading Glasses +1.5 | $6.00 |
| 1054 | Reading Glasses +1.75 | $6.00 |
| 1055 | Reading Glasses +2.00 | $6.00 |
| 1056 | Reading Glasses +2.25 | $6.00 |
| 1057 | Reading Glasses +2.50 | $6.00 |
| 1058 | Reading Glasses +2.75 | $6.00 |
| 1059 | Reading Glasses +3.00 | $6.00 |
| 1062 | Reading Glasses +3.25 | $6.00 |
| 1063 | Reading Glasses +3.5 | $6.00 |

## HEALTH & BEAUTY — PRICE

### CHIPS

| Code | Item | Price |
|---|---|---|
| 3050 | Chips - Regular - 1.5 oz | $0.78 |
| 3051 | Chips - BBQ (spicy) - 1.5 oz | $0.78 |
| 3055 | Corn Chips - Chili Cheese - 2 oz | $0.78 |
| 3056 | Doritos - Nacho - 1.75 oz | $0.78 |
| 3058 | Cheese Popcorn - 1 oz | $0.78 |
| 3059 | Cheetos - Crunchy - 2 oz | $0.78 |
| 3060 | Cheetos - Hot - 2 oz | $0.78 |
| 3063 | Baconettes - 1 oz | $0.78 |
| 3064 | Flamin' Hot Trail Mix - 2 oz | $0.78 |
| 3023 | Doritos - Fiery Habanero | $0.78 |
| 3016 | Peanuts - Salted - 1 oz | $0.45 |
| 3017 | Saltines - 16 oz | $1.90 |
| 3019 | Snack Crackers - 2 oz | $2.30 |
| 3021 | Sunflower Kernels | $0.60 |

### DRINKS

| Code | Item | Price |
|---|---|---|
| 5001 | Coffee - Decaf -10 pk | $2.75 |
| 5002 | Coffee - Regular -10 pk | $2.50 |
| 5003 | Sugar - 10 pk | $0.40 |
| 5004 | Creamer - 10 pk | $0.40 |
| 5005 | Sugar Substitute - 10 pk | $0.17 |
| 5007 | Lemon Drink - Sugar Free 10 pk | $2.20 |
| 5008 | BL Cherry Drink - Sugar Free 10 pk | $2.20 |
| 5010 | Orange Breakfast Drink 6oz packet | $1.40 |
| 5011 | Lemonade 6oz packet | $1.40 |
| 5012 | Fruit Punch 6oz packet | $1.40 |
| 5013 | Cherry Drink 6oz packet | $1.40 |
| 5015 | Hot Chocolate - 10Ct box | $2.30 |
| 5019 | Tea - 100 ct | $2.50 |

### GENERAL MERCHANDISE

| Code | Item | Price |
|---|---|---|
| 6001 | Envelopes #10 White | $0.03 |
| 6002 | Legal Pad - White | $0.75 |
| 6003 | Writing Pen | $0.28 |
| 6004 | Greeting Card - Birthday | $1.00 |
| 6005 | Greeting Card - Juvenile BDay | $1.00 |
| 6006 | Greeting Card - Get Well | $1.00 |
| 6007 | Greeting Card - Friendship | $1.00 |
| 6008 | Greeting Card - Anniversary | $1.00 |
| 6009 | Greeting Card - Thank You | $1.00 |
| 6010 | Greeting Card - Holiday | $1.00 |
| 6011 | Greeting Card - Birthday (Spanish) | $1.00 |
| 6016 | Greeting Card - Love | $1.00 |
| 6013 | Tumbler - Plastic w/Lid | $0.50 |
| 6014 | Envelopes - 9 X 12 | $0.15 |
| 6015 | Laundry Detergent | $0.60 |
| 6012 | Playing Cards | $1.30 |

## PASTRIES

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 4 5 10 15 20 | 7002 | Cinnamon Roll - Texas - 4.25 oz | $0.85 |
| 1 2 3 4 5 10 15 20 | 7003 | Peanut Butter Bars - Box - 12 oz | $1.65 |
| 1 2 3 4 5 10 15 20 | 7004 | Oatmeal Sandwich Cakes - Box - 9.25 oz | $1.65 |
| 1 2 3 4 5 10 15 20 | 7005 | Dunking Sticks - Box - 10 oz | $1.65 |
| 1 2 3 4 5 10 15 20 | 7006 | Swiss Rolls - Box - 12 oz | $1.75 |
| 1 2 3 4 5 10 15 20 | 7008 | Cupcake - 4 oz | $1.00 |
| 1 2 3 4 5 10 15 20 | 7009 | Honey Buns - 6 oz | $1.00 |

## FOOD

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 4 5 10 15 20 | 7102 | Jalapeno Cheese Spread - 8 oz | $2.00 |
| 1 2 3 4 5 10 15 20 | 7105 | Sliced Jalapeno Peppers - .7 oz | $0.45 |
| 1 2 3 4 5 10 15 20 | 7106 | Hot Sauce - 6 oz | $1.25 |
| 1 2 3 4 5 10 15 20 | 7107 | BBQ Sauce - 18 oz | $2.40 |
| 1 2 3 4 5 10 15 20 | 7108 | Squeeze Ketchup - 24 oz | $1.50 |
| 1 2 3 4 5 10 15 20 | 7109 | Mayonnaise - 11.5 oz | $2.20 |
| 1 2 3 4 5 10 15 20 | 7110 | 6 Gun Beef Stick - 1.125 oz | $0.60 |
| 1 2 3 4 5 10 15 20 | 7112 | Sliced Pepperoni - 3 oz | $2.25 |
| 1 2 3 4 5 10 15 20 | 7113 | Summer Sausage - Beef - 5 oz | $2.25 |
| 1 2 3 4 5 10 15 20 | 7114 | Summer Sausage - Hot Beef - 5 oz | $2.25 |
| 1 2 3 4 5 10 15 20 | 7115 | Tuna - 3 oz | $1.50 |
| 1 2 3 4 5 10 15 20 | 7116 | Dill Pickle - 1 oz | $1.00 |
| 1 2 3 4 5 10 15 20 | 7117 | Tortillas - 6 pk | $0.95 |
| 1 2 3 4 5 10 15 20 | 7118 | Peanut Butter - Single - 1.12 oz | $0.43 |
| 1 2 3 4 5 10 15 20 | 7120 | Strawberry Jelly - 12 oz | $2.20 |
| 1 2 3 4 5 10 15 20 | 7121 | Grape Jelly - 12 oz | $2.20 |
| 1 2 3 4 5 10 15 20 | 7122 | Honey - 8 oz | $1.95 |
| 1 2 3 4 5 10 15 20 | 7123 | Granola Bar - Ch Chip - 1.3 oz | $0.40 |
| 1 2 3 4 5 10 15 20 | 7124 | Strawberry Cereal Bar 1.3 oz | $0.50 |
| 1 2 3 4 5 10 15 20 | 7131 | Sardines - 3.53 oz | $1.74 |
| 1 2 3 4 5 10 15 20 | 7137 | Salsa Medium - 4 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 7135 | Refried Beans - 4 oz | $1.99 |
| 1 2 3 4 5 10 15 20 | 7136 | Spicy Refried Beans/Precooked Rice - 4.4 oz | $2.15 |
| 1 2 3 4 5 10 15 20 | 7140 | Spicy Meat and Cheese Snack - 1.125 oz | $0.65 |
| 1 2 3 4 5 10 15 20 | 7145 | Pizza Combos | $1.19 |
| 1 2 3 4 5 10 15 20 | 7146 | Corn Nuts | $0.89 |
| 1 2 3 4 5 10 15 20 | 7147 | Hot Pickle | $1.00 |
| 1 2 3 4 5 10 15 20 | 7148 | Red Hot Sausage | $0.59 |
| 1 2 3 4 5 10 15 20 | 7149 | Sweet and Hot Snack Mix | $0.91 |

## CANDY

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 4 5 10 15 20 | 8001 | Butterscotch Buttons - Bag - 4.5 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8002 | Jolly Rancher - Assorted Bag - 4 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8004 | Starlight Mints - Bag - 4.5 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8005 | Atomic Fire Balls - Bag - 4 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8006 | Sugar Free Wild Fruit - Bag - 2 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8007 | M&M Peanuts - 1.74 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8008 | Baby Ruth - 2.1 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8009 | Snickers - 2.07 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8012 | Reese Peanut Butter Cup - 1.5 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8013 | Skittles - 2.17 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8020 | Cherry Sours | $1.99 |
| 1 2 3 4 5 10 15 20 | 8021 | Orange Slices | $1.99 |

## COOKIES

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 4 5 10 15 20 | 9005 | Strawberry Crème - 8 oz | $1.58 |
| 1 2 3 4 5 10 15 20 | 9006 | Chocolate Chip - 7.5 oz | $1.58 |
| 1 2 3 4 5 10 15 20 | 9007 | Butterfinger - 7.5 oz | $1.58 |
| 1 2 3 4 5 10 15 20 | 9011 | Peanut Butter - 2.75 oz | $0.60 |
| 1 2 3 4 5 10 15 20 | 9015 | Chocolate Pecan | $1.58 |
| 1 2 3 4 5 10 15 20 | 9016 | Chocolate and Creme | $1.58 |

## STAMPS

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 | 9201 | Book of Stamps - 10 | $4.10 |
| 1 2 3 4 5 10 15 20 | 9203 | Stamped Envelope w/paper | $0.60 |

## CLOTHING

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 | 9100 | Men's Briefs - Small | $2.75 |
| 1 2 3 | 9101 | Men's Briefs - Medium | $2.75 |
| 1 2 3 | 9102 | Men's Briefs - Large | $2.75 |
| 1 2 3 | 9103 | Men's Briefs - XL | $2.75 |
| 1 2 3 | 9104 | Men's Briefs - 2XL | $3.75 |

## CLOTHING

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 | 9105 | Men's Briefs - 3XL | $3.75 |
| 1 2 3 | 9106 | Men's Briefs - 4XL | $4.65 |
| 1 2 3 | 9107 | Men's Briefs - 5XL | $4.65 |
| 1 2 3 | 9108 | Women's Panties - Small | $2.75 |
| 1 2 3 | 9109 | Women's Panties - Medium | $2.75 |
| 1 2 3 | 9110 | Women's Panties - Large | $2.75 |
| 1 2 3 | 9111 | Women's Panties - XL | $2.75 |
| 1 2 3 | 9112 | Women's Panties - 2XL | $2.75 |
| 1 2 3 | 9113 | Women's Panties - 3XL | $2.75 |
| 1 2 3 | 9114 | Women's Panties - 4 XL | $3.75 |
| 1 2 3 | 9115 | Sports Bra (34 A, 34B, 34C) | $10.00 |
| 1 2 3 | 9116 | Sports Bra (36B, 36C) | $10.00 |
| 1 2 3 | 9117 | Sports Bra (38B, 38C) | $10.00 |
| 1 2 3 | 9119 | Sports Bra (40C. 42C) | $12.50 |
| 1 2 3 | 9121 | Sports Bra (44 D) | $12.50 |
| 1 2 3 | 9122 | Socks - One Size | $1.25 |

### Unisex Canvas Shoes (Women's 2 sizes down)

| | Item | Description | PRICE |
|---|---|---|---|
| 1 2 3 | 9281 | Unisex Canvas Shoes (Sz 4) | $16.00 |
| 1 2 3 | 9282 | Unisex Canvas Shoes (Sz 5) | $16.00 |
| 1 2 3 | 9283 | Unisex Canvas Shoes (Sz 6) | $16.00 |
| 1 2 3 | 9284 | Unisex Canvas Shoes (Sz 7) | $16.00 |
| 1 2 3 | 9285 | Unisex Canvas Shoes (Sz 8) | $16.00 |
| 1 2 3 | 9286 | Unisex Canvas Shoes (Sz 9) | $16.00 |
| 1 2 3 | 9287 | Unisex Canvas Shoes (Sz 10) | $16.00 |
| 1 2 3 | 9288 | Unisex Canvas Shoes (Sz 11) | $16.00 |
| 1 2 3 | 9289 | Unisex Canvas Shoes (Sz 12) | $16.00 |
| 1 2 3 | 9290 | Unisex Canvas Shoes (Sz 13) | $18.00 |
| 1 2 3 | 9191 | Unisex Canvas Shoes (Sz 14) | $16.00 |
| 1 2 3 | 9123 | Shower Shoes - Cross Small | $1.00 |
| 1 2 3 | 9124 | Shower Shoes - Cross Medium | $1.00 |
| 1 2 3 | 9125 | Shower Shoes - Cross Large | $1.00 |
| 1 2 3 | 9126 | Shower Shoes - Deluxe Medium | $3.25 |
| 1 2 3 | 9127 | Shower Shoes - Deluxe Large | $3.25 |
| 1 2 3 | 9128 | Shower Shoes - Deluxe XL | $3.25 |
| 1 2 3 | 9129 | Wash Cloth | $1.65 |
| 1 2 3 | 9130 | Bath Towel | $6.00 |
| 1 2 3 | 9131 | Boxers - Small | $3.50 |
| 1 2 3 | 9132 | Boxers - Medium | $3.50 |
| 1 2 3 | 9133 | Boxers - Large | $3.50 |
| 1 2 3 | 9134 | Boxers - XL | $3.50 |
| 1 2 3 | 9135 | Boxers - 2XL | $4.85 |
| 1 2 3 | 9136 | Boxers - 3XL | $6.25 |
| 1 2 3 | 9137 | Boxers- 4XL | $6.25 |
| 1 2 3 | 9138 | Boxers - 5 XL | $6.25 |
| 1 2 3 | 9139 | Boxers - 6XL | $6.25 |
| 1 2 3 | 9140 | Thermal Pants - Small | $5.95 |
| 1 2 3 | 9141 | Thermal Pants - Medium | $5.95 |
| 1 2 3 | 9142 | Thermal Pants - Large | $5.95 |
| 1 2 3 | 9143 | Thermal Pants - XL | $5.95 |
| 1 2 3 | 9144 | Thermal Pants - 2XL | $5.95 |
| 1 2 3 | 9145 | Thermal Pants - 3XL | $5.95 |
| 1 2 3 | 9146 | Thermal Pants - 4 XL | $5.95 |
| 1 2 3 | 9147 | Thermal Top - Small | $5.95 |
| 1 2 3 | 9148 | Thermal Top - Medium | $5.95 |
| 1 2 3 | 9149 | Thermal Top - Large | $5.95 |
| 1 2 3 | 9150 | Thermal Top - XL | $5.95 |
| 1 2 3 | 9151 | Thermal Top - 2XL | $5.95 |
| 1 2 3 | 9152 | Thermal Top - 3XL | $6.80 |
| 1 2 3 | 9153 | Thermal Top - 4 XL | $6.80 |
| 1 2 3 | 9154 | T-Shirt - Small | $3.00 |
| 1 2 3 | 9155 | T-Shirt - Medium | $3.00 |
| 1 2 3 | 9156 | T-Shirt - Large | $3.00 |
| 1 2 3 | 9157 | T-Shirt - XL | $3.08 |
| 1 2 3 | 9158 | T-Shirt - 2XL | $3.48 |
| 1 2 3 | 9159 | T-Shirt - 3XL | $3.73 |
| 1 2 3 | 9160 | T-Shirt - 4XL | $3.98 |
| 1 2 3 | 9161 | T-Shirt - 6XL | $4.63 |

## SPECIALS

| | Item | Description |
|---|---|---|
| 1 2 3 4 5 10 15 20 | 4025 | Special 1 |
| 1 2 3 4 5 10 15 20 | 4026 | Special 2 |
| 1 2 3 4 5 10 15 20 | 4027 | Special 3 |
| 1 2 3 4 5 10 15 20 | 4028 | Special 4 |
| 1 2 3 4 5 10 15 20 | 4029 | Special 5 |
| 1 2 3 4 5 10 15 20 | 4030 | Special 6 |
| 1 2 3 4 5 10 15 20 | 4031 | Special 7 |
| 1 2 3 4 5 10 15 20 | 4032 | Special 8 |
| 1 2 3 4 5 10 15 20 | 4033 | Special 9 |
| 1 2 3 4 5 10 15 20 | 4034 | Special 10 |



2D

## MEMORANDUM

(To: Superintendent Staff)         (From:  Holly  Demske)

Subject: **Thanksgiving Schedule**         Date:   November 14, 2006

For the upcoming Thanksgiving holiday, the delivery process will be changing.

# SCAN FORMS WILL BE DISPERSED ON SATURDAY, NOVEMBER 18, 2006.

# SCAN FORMS WILL BE PICKED UP ON TUESDAY MORNING, NOVEMBER 21, 2006 AT 8AM.

### The delivery schedule for the holiday week is as follows:

Tuesday, November 21 - 3:30pm:          Division 11
Wednesday, November 22 – 3:30pm:     Divisions 5, 10 and 9
Thursday, November 23:                         NO DELIVERY
Friday, November 24 – 9:30am:             Divisions 3, 4, 8, 14, 17
Friday, November 24 – 3:00pm:             Division 1, 2, 6
Saturday, November 25 – 8am:              Reroutes

**Please post the following approved memo to the detainee population.**

If you have any questions or concerns, please contact the commissary office at 869-5217 or 847-0297.

Thank you,

Holly Demske
Cook County Commissary





**COOK COUNTY DEPARTMENT OF CORRECTIONS**

## RESTRICTED DIET ORDER FORM

Date Diet Begins:_____    Cancellation Date: 9/26/5

Detainee's Name: Clarki Robert    ID# 2 KC -- 2.9633 3

Housing Unit: X - 2 D    DOB: 11/20/62

### DIET ORDER (CHECK ONLY ONE DIET AT A TIME PLEASE)
*All DIETS ARE PORK FREE*

**Diet Code:**    **Type of Diet:**

____Q    **CHOLESTEROL/FAT RESTRICTED/LOW SALT BLAND (30% FAT, 4 GM NA,)**

____S    **DENTAL/ MECHANICAL (FOR DENTAL PROBLEMS)**

____H    **NUTRITION SUPPORT DIET WITH H.S. SNACK ( + 400 CALORIES )**

____7    **NO CONCENTRATED SWEETS WITH H.S. SNACK ( TYPE II DIABETES/Wt Control)**

____K    **2400 ADA WITH H.S. SNACK**

____M    **2800 ADA WITH H.S. SNACK**

____N    **3200 ADA WITH H.S. SNACK**

____P    **PREGNANCY WITH H.S. SNACK**

____1    **Long Term/High Protein Full Liquid  (Broken jaw diet; 6 weeks only)**

____2    **Pureed Diet  (No teeth or Dysphagic )**

____F    **Full Liquid ( 3 Days Only )**

____C    **Clear Diet  ( 2 Days Only)**

____R    **Renal Diet (Impaired Renal Function Approx. 95 gms Protein)**

____L    **No Milk Diet ( Intolerance for milk as a beverage)**

____3    **Low Fiber/Low Residue (Acute Gastroenteritis/post GI surgery)**

____4    **Acute Hepatitis/Cirrhosis (Non Acute Encephalopathy)**

_____    _____
Physician's Signature    Date entered in CMIS    Entered By:

To contact the food service department or Aramark Site Dietitian, please call 523-X385  Fax -523-2565
*White Copy- Patient Chart     Yellow copy: Retain 30 days.*



**ARAMARK** ™

Detainee Request  Response

ID#:        2004-009-633
Living Area: Division 10 2D
Date:       2-26-06

Concern:  My diet was discontinued on September 9. 2005. I continue to receive this diet.  I would like to be taken off the diet.
Response: Your name still is listed on the current special diet order roster.  You may want to follow up with your medical provider to request that this order be discontinued and properly entered into the facility computer system.

Thank you for making us aware of your concerns