UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 0 8 2008
Jan 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) ROBERT CLARK )
 )
v. )
 ) Case Number: _____
 )
Defendant(s) SUPERINTENDENT, PLAXICO
 SRERIFF, TOMAS DALT
 DIRECTOR, SALVADOR A.
 GODENEZ.

08CV158
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, ROBERT CLARK, declare that I am the (check appropriate box)
   [✓] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Robert Clark_
Movant's Signature

P. O. BOX 089002
Street Address

CHICAGO, IL. 60608
City/State/Zip

Date: 12/15/07