UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
JAN 28 2008

Plaintiff: Robert Clark )
) Case No: 08C 158
v. )
)
Defendant: Sheriff Micheal Shiehan, et al.) Judge: Samuel Der-Yeghiayan
)

## MOTION TO RECONSIDER
## IN FORMA PAUPERIS APPLICATION

NOW COMES, ROBERT CLARK, PLAINTIFF IN THE ABOVE TITLED CAUSE AND MOTION THIS COURT TO RECONSIDER IN FORMA PAUPERIS APLICATION. IN SUPPORT THEREOF, PLAINTIFF STATES THE FOLLOWING:

1). ON 1/11/08 I RECEIVED THE COURTS ORDER, INSTRUCTING ME THAT MY IN FORMA PAUPERIS MOTION WAS DENIED FOR FAILING TO INCLUDE MONEY THAT PLAINTIFF HAD RECEIVED INTO HIS ACCOUNT OVER A NINE MONTH PERIOD.

2). PLAINTIFF WAS UNWARE THAT HE WAS SUPPOSE TO INCLUDE MONEY THAT HE RECEIVED THROUGH MONEY ORDERS.

3). PLAINTIFF MIS-UNDERSTOOD QUESTION #3 WHICH STATED APART FROM YOUR INCOME STATED IN QUESTION #2 IN THE PAST TWELVE MONTHS HAVE YOU OR ANYONEELSE LIVING AT THE SAME ADDRESS RECEIVED MORE THEN $200 FROM ANY OF THE FOLLOWING SOURCES? PLAINTIFF TOOK THIS TO MEAN THAT THE APPLICATION WAS NO LONGER REFERRING TO THE COOK COUNTY JAIL, BECAUSE IT STATES HAVE YOU OR ANYONE ELSE AT THE SAME ADDRESS RECEIVED MORE THEN $200 THAT OVER 3/4 OF THE COOK COUNTY JAIL IF THE APPLICATION IS TALKING ABOUT WHERE I AM NOW AND IF ITS TALKING ABOUT AN OUTSIDE ADDRESS PLAINTIFF DOES NOT HAVE ONE. PLAINTIFF HAS BEEN HERE FOR OVER THREE YEARS, AND WHEN THE APPLICATION SAYS SOURCES PLAINTIFF INTERPRET IT TO MEAN SOURCES IN WHICH PLAINTIFF RECEIVED WAGES OR PAYMENTS FOR SERVICES RENDERED AND/OR PERFORMED BY PLAINTIFF, PLAINTIFF DID NOT KNOW THAT THE APPLICATION WAS REFERRING TO MONEY ORDERS SENT BY FAMILY MEMBERS.

4). PLAINTIFF HAS THUS CORRECTED THE MISTAKES AND NOW INCLUDES A CORRECTED IN FORMA PAUPERIS MOTION/APPLICATION AND IS ASKING THE COURT TO RECONSIDER ITS EARLIER DECISION.

5). PLAINTIFF ALSO IS INCLUDING AN ACCURRATE AND UP TO DATE INMATE TRUST-FUND ACCOUNT LEDGER FOR THE PREVIOUS SIX-MONTH, AS REQUESTED.

6(). PLAINTIFF IS INDIGENT AND HAS NO STEADY SOURCE OF INCOME, AND ONLY RECEIVES MONEY FROM FAMILY MEMBERS TO PURCHASE COMMISSARY AT RANDOM.

7). IN THE ALTERNATIVE, PLAINTIFF IS REQUESTING AN ADDITIONAL 30 DAY FROM THE TIME GIVEN BY THE COURT 2/12/08 TO ATTEMPT TO GET FAMILY MEMBERS TO PAY THE FILING FEES.

Robert Clark
RESPECTFULLY SUBMITTED