7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JAN 28 2008

Robert Clark
Plaintiff

v.

Sheriff Micheal Shiehan
Defendant(s)

CASE NUMBER  08C 158

JUDGE Samuel Der-Yeghiayan

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Robert Clark, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
    I.D. # 20040096333    Name of prison or jail: Cook County Jail
    Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: _____

2.  Are you currently employed?    ☐Yes    ☒No
    Monthly salary or wages: None
    Name and address of employer: None

    a.  If the answer is "No":
        Date of last employment: None
        Monthly salary or wages: None
        Name and address of last employer: None

    b.  Are you married?    ☐Yes    ☒No
        Spouse's monthly salary or wages: None
        Name and address of employer: None

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

    a.  Salary or wages                                          ☐Yes    ☒No
        Amount  None           Received by  N/A

b. ☐ Business, ☐ profession or ☐ other self-employment                    ☐Yes      ☑No
   Amount _____NONE_____ Received by _____NONE_____

c. ☐ Rent payments, ☐ interest or ☐ dividends                              ☐Yes      ☑No
   Amount _____NONE_____ Received by _____NONE_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                            ☐Yes      ☑No
   Amount _____NONE_____ Received by _____NONE_____

e. ☐ Gifts or ☐ inheritances                                                ☐Yes      ☑No
   Amount _____NONE_____ Received by _____NONE_____

f. ☐ Any other sources (state source: __Money order__)                      ☑Yes      ☐No
   Amount $55.00 A Month  Received by __Mother Mildred Burt__

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐Yes  ☑No  Total amount: __NONE__
   In whose name held: __NONE__  Relationship to you: __NONE__

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☑No
   Property: __NONE__  Current Value: __NONE__
   In whose name held: __NONE__  Relationship to you: __NONE__

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☑No
   Address of property: __NONE__
   Type of property: __NONE__  Current value: __NONE__
   In whose name held: __NONE__  Relationship to you: __NONE__
   Amount of monthly mortgage or loan payments: __NONE__
   Name of person making payments: __NONE__

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                            ☐Yes      ☑No
   Property: __NONE__
   Current value: __NONE__
   In whose name held: __NONE__  Relationship to you: __NONE__

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-23-08

_____
Signature of Applicant

RobeRT ClaRK
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, RobeRT ClaRK, I.D.# 200496933, has the sum of $ .75¢ on account to his/her credit at (name of institution) CCDOC. I further certify that the applicant has the following securities to his/her credit: 75¢. I further certify that during the past six months the applicant's average monthly deposit was $ 55.00. (Add all deposits from all sources and then divide by number of months).

1-23-08
DATE

CRW Bowers
SIGNATURE OF AUTHORIZED OFFICER CRW

CRW Bowers
(Print name)

rev. 10/10/2007

-3-



**TRANSACTION REPORT**  
Print Date: 01/22/2008

Inmate Name: CLARK, ROBERT G.            Balance:   $0.75  
Inmate Number: 20040096333  
Inmate DOB: 11/20/1962

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 01/16/2008 | ORDER DEBIT | -24.36 | 0.75 |
| 01/14/2008 | CREDIT | 25.00 | 25.11 |
| 01/09/2008 | ORDER DEBIT | -5.40 | 0.11 |
| 01/07/2008 | RETURN CREDIT | 2.50 | 5.51 |
| 01/02/2008 | ORDER DEBIT | -24.80 | 3.01 |
| 12/24/2007 | ORDER DEBIT | -9.00 | 27.81 |
| 12/24/2007 | CREDIT | 25.00 | 36.81 |
| 12/19/2007 | ORDER DEBIT | -38.32 | 11.81 |
| 12/17/2007 | CREDIT | 50.00 | 50.13 |
| 12/11/2007 | ORDER DEBIT | -0.17 | 0.13 |
| 11/27/2007 | ORDER DEBIT | -29.76 | 0.30 |
| 11/19/2007 | CREDIT | 30.00 | 30.06 |
| 11/07/2007 | ORDER DEBIT | -24.95 | 0.06 |
| 11/05/2007 | CREDIT | 25.00 | 25.01 |
| 10/31/2007 | ORDER DEBIT | -3.33 | 0.01 |
| 10/24/2007 | ORDER DEBIT | -31.67 | 3.34 |
| 10/22/2007 | CREDIT | 35.00 | 35.01 |
| 10/10/2007 | ORDER DEBIT | -0.17 | 0.01 |
| 09/26/2007 | ORDER DEBIT | -25.43 | 0.18 |
| 09/24/2007 | CREDIT | 25.00 | 25.61 |
| 09/19/2007 | ORDER DEBIT | -19.84 | 0.61 |
| 09/12/2007 | ORDER DEBIT | -24.86 | 20.45 |
| 09/11/2007 | CREDIT | 20.00 | 45.31 |
| 09/05/2007 | CREDIT | 25.00 | 25.31 |
| 08/29/2007 | ORDER DEBIT | -39.70 | 0.31 |
| 08/27/2007 | CREDIT | 40.00 | 40.01 |
| 08/08/2007 | ORDER DEBIT | -50.10 | 0.01 |
| 08/06/2007 | CREDIT | 50.00 | 50.11 |
| 07/31/2007 | ORDER DEBIT | -0.34 | 0.11 |
| 07/18/2007 | ORDER DEBIT | -29.08 | 0.45 |
| 07/16/2007 | CREDIT | 25.00 | 29.53 |
| 07/14/2007 | RETURN CREDIT | 0.17 | 4.53 |
| 07/11/2007 | ORDER DEBIT | -70.66 | 4.36 |
| 07/03/2007 | CREDIT | 75.00 | 75.02 |
| 06/20/2007 | ORDER DEBIT | -25.04 | 0.02 |
| 06/20/2007 | CREDIT | 25.00 | 25.06 |
| 06/13/2007 | ORDER DEBIT | -6.47 | 0.06 |