

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

JAN 08 2008 *new*
Jan 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**

SMM

**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT CLARK

P. O BOX 089002-D1V-10-2D

CHICAGO, ILLINOIS 60608
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV158
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

Sheriff Miceal Shiehan

Sheriff Tomas Dart

Executive Director
Codinez A. Salvardor

Executive Director
Kelly Baird

Superintendent Plaxico

Chief Moreci #76
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ / _____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name:    RObert Clark

B.    List all aliases:  None

C.    Prisoner identification number:  20040096333

D.    Place of present confinement:  Cook County Jail

E.    Address:  P.O.BOX 089002 div-10-2D Chicago Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:  Shefiff Micheal Shiahan

      Title:  Sheriff

      Place of Employment:  Cook County Department of Corrections

B.    Defendant:  Sheriff Tomas Dart

      Title:  Sheriff

      Place of Employment:  Cook County Department or Corrections

C.    Defendant:  Executive Director Godinez A. Salvardor

      Title:  Executive Director

      Place of Employment:  Cook County Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

D.    Defendant: Manos
      Title: Sergeant of Division -10
      Place of employment:  Cook County Department of Corrections


E.    Defendant:  Pedro Castillo
      Title:  Correctional Officer of Division-10
      Place of employment:  Cook County Department of Corrections


F.    Defendant:  Wiley
      Title:  Nurse of Division-10
      Place of employment:  Cook County Department of Corrections


G.    Defendant: Scaife # 10
      Title:  Captain of Division
      Place of employment:  Cook County Department of Corrections


H.    Defendant:  D. Martinez
      Title:  Lieutenant of Division -10
      Place of employment:  Cook County Department of Corrections


I.    Defendant: Collins
      Title: Sergeant of Division- 10
      Place of employment:  Cook County Department of Corrections


J.    Defendant:  Carter
      Title: Correctional Officer of Division-10
      Place of employment:  Cook County Department of Corrections


K.    Defendant:  Kelly
      Title: Correctional Officer of Division-10
      Place of employment:  Cook County Department of Corrections


L.    Defendant: Name allegeable on ticket
      Title: Hearing board members of Division -10
      Place of employment:  Cook County Department of Corrections


2B

**M.**    Defendant:  Mareci #76
Title:  Chief of "division -10
Place of employment:  Cook County Department of Corrections

**N.**    Defendant: Full name unknown
Title:  Administrator if Cernacj
Place of employment:  Cook County Department of Corrections

**O.**    Defendant:  Dr, Mansour
Title:  Medical Doctor
Place of employment:  Cook County Department of Corrections

**P.**    Defendant:  Dr Dunlap
Title:  Medical Doctor
Place of employment:  Cook County Department of Corrections

**Q.**    Defendant:  Ms Tate qnd Maxi
Title: Nurses
Place of employment:  Cook County Department of Corrections

**R.**    Defendant:  George Barrero
Title: Head of mail room
Place of employment:  Cook County Department of Corrections

**S.**    Defendant:  Holly Demski and Muka Chatman
Title:  Aramark employees
Place of employment:  Cook County Department of Corrections

**T.**    Defendant:  Full name unknown
Title:  Present and C.E.O. of Aramark
Place of employment:  Cook County Department of Corrections

**U.**    Defendant:  Plaxico
Title: Correctional Officer of Division-10
Place of employment:  Cook County Department of Corrections

V.      Defendant: Arce
        Title: Captain of Division- 10
        Place of employment:  Cook County Department of Corrections


W.      Defendant:  Castro
        Title: Sergeant of Division- 10
        Place of employment:  Cook County Department of Corrections


X.      Defendant:  Salazar
        Title: Superintendent of Division -10
        Place of employment:  Cook County Department of Corrections


Y.      Defendant:  Ms Gracy and Ms Bulter
        Title: Counselors of Division-10
        Place of employment:  Cook County Department of Corrections


Z.      Defendant:  Kelly Baird
        Title: Executive Director
        Place of employment:  Cook County Department of Corrections

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( / )  NO (  )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( / )  NO (  )

C.    If your answer is **YES**:

1.    What steps did you take?

AFTER VERBALLY COMPLAINING TO PROPER OFFICIALS FOLLOWING THIER

CHANGE OF COMMAND, I THEN FILED GRIEVANCES ON ALL LEVELS OF

ADMINISTRATION.

2.    What was the result?

THE BLAM OF GRIEVANCE MISHALDING WAS PAST, AND THE ISSUE WAS

CONSIDERED MOOT.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

YES, ALL GRIEVANCE REMEDIES WAS EXHAUSTED. MOST GRIEVANES FILED

WENT UNANSWER AND THE REST WAS REDIRECTED TO OTHER DEPARTMENTS

WITH MIS-INTERPETEDED FACTS.

D.    If your answer is **NO**, explain why not:

-----N/A-----

-----N/A-----

-----N/A-----

3

E.    Is the grievance procedure now completed?  YES (/)  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (/)  NO ( )  -----N/A-----

G.    If your answer is **YES**:  -----N/A-----

    1.    What steps did you take?

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

    2.    What was the result?

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

H.    If your answer is **NO**, explain why not:

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

_____-----N/A-----_____

4

**IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.    Name of case and docket number: _____-----N/A-----_____
_____-----N/A-----_____

B.    Approximate date of filing lawsuit: _____-----N/A-----_____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____-----N/A-----_____
_____-----N/A-----_____
_____-----N/A-----_____

D.    List all defendants: _____-----N/A-----_____
_____-----N/A-----_____
_____-----N/A-----_____
_____-----N/A-----_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____-----N/A-----_____

F.    Name of judge to whom case was assigned: ----N/A-----_____
_____-----N/A-----_____

G.    Basic claim made: _____-----N/A-----_____
_____-----N/A-----_____
_____-----N/A-----_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____-----N/A-----_____
_____-----N/A-----_____
_____-----N/A-----_____

I.    Approximate date of disposition: _____-----N/A-----_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.   CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Plaintiff brings forth several complaints against officers and administrative personnel of the Cook County Department of Corrections.

When plaintiff filed grievances regarding each matter, defendants instead responded in complete disregard to the said grievances. This campaign of willful, malicious, torturous and deliberate lack of proper conditions and treatment included but not limited to:

1).Deliberate and intentional campaign of lack of proper living condition and treatment

2).Repeated disregard to the filing of grievances, concerning these matters.

3).Willful disregard to the response of some grievances by officers and staff.

4).Deliberate and torturous campaign of lack of proper medical care.

## COUNT 1; STAFF MISCONDUCT.

On Dec.23, 2005 plaintiff got into an argument with several guys on his tier 2D-division-10. Plaintiff was struck in the face several times by an detainee name Victor McGee. Plaintiff was knocked out for approximately ten seconds. When plaintiff came to Victor was in the enter-lock with officer Pedro Castillo. Plaintiff saw an detainee by the name of John Taylor at the enter-lock door trying to get officer Castillo to call a sergeant, it was at this time that plaintiff found out that John Taylor was stapped with an ink pen by another detainee. Plaintiff then went to the enter-lock    also trying to get officer Castillo to call a sergeant but he refused to do so because Victor McGee was one of officer Castillos workers and he did not want to get him in trouble. Officer Castillo waited approximately an hour when he thought things had died down then he called chruch and it was at that time that plaintiff went out to chruch and told sergeant Manos and several other officers what had happen. Instead of them investigating the incident they tryed to put plaintiff in protective custody instead of disciplining the detainees that attacked plaintiff and John. After plaintiff refused to go to protective custody sergeant Manos made plaintiff sign a refusal form. Plaintiff was then taken to see Wiley the nurse who said plaintiff only had swelling around his left eye and that plaintiff will be all right. Plaintiff was then sent back to his tier with no further investigation done the next day plaintiff had two black eyes and swelling to the left side of his face. Plaintiff filed grievance but nothing was done concerning this matter. therefore defends **Sergeant Manos, Officer Pedro Castillo, and several other officers (Names Unknown)** can be expected to know of or participated in creating this situation.

6

I was found guilty on disciplinary charges on 4/28/06 for something I did not do. I was lied on by officer (Carter#1169) for (110 Verbally or Physically Demonstrating Distress to a Staff Member, 202 Being in a Unauthorize Area, 208 Verbal Threat to Another Person On 4/25/06 Plaintiff Robert Clark was the last person in line to see the nurse Plaintiff was also called to the enter lock by the counsler Ms. Gracy. There was one guy in front of me so I went to use the washroom. When I got finish the gut that was in front of me was finish seeing nurse Jefferson and was leaving the enter lock when I got to the enter lock door I had just cought the door and Ms. Jefferson as she was leaving out the other door. When I entered the enter lock to ask Ms Jefferson about my medication thats when officer Carter #1169 jest upped and snapped on me, telling me to get out of " **his enter lock**" I told him that I wanted to see the nurse and how was he jest going to deny me of seeing the nurse. At that time Ms. Jefferson asked me want I needed, I explained to her about not receiving my medication and she said that she would take care of it. All the time this was going on  the counsler Ms. Gracy was standing there and another nurse that Ms. Jefferson was training. When Ms Jefferson started backing out of the enter lock to leave I turned around and officer carter said that I was going to get a ticket I asked him for what, I have not done anything. Officer Carter then stated well you will read about it. That was all said between Plaintiff and officer Carter. Counsler Gracy then started talking to me about a grevance I wrote about my diet trays. She gave me my reply then I left the enter lock. Later that day I was moved to another tier    the next day I talked to sergeant Collins and Chief Moreci #76 after talking with Chief Moreci #76 I was thrown in segragation for no reason at all and written another ticket for refusing recreation which was not true. I did not get a ticket from officer Carter until the next day after Chief Moreci told him to write me one. After seeing the disciplnary hearing board plaintiff was given 14 days in segragation because no one cared to investitate my ticket. Nusre Jefferson and another nusre was there and counsler Gracy was also there I asked the hearing board to notify them as witnesses but they refused to do so. I also appealed to Superintendent Plaxico he came to see me after my mother call him for me. He said that he was going to investigate my ticket and let me out of segragation but that never happened. Therefore defendents **Chief Moreci#76, Capt. Scaife#10, sgt. Collins, Lt. D. Martinez#97, Superintendent Plaxico, Officer Carter#1169, Officer Kelly#3199, and everyone on the hearing board (NAMES UNLEDGEABLE)on ticket.** can be expected to know of or participated in creating this situation.

## COUNT 3; DEFICIENT MEDICAL ATTENTION.

Plaintiff as been complaining to nurse Maxi and Ms. tate about having severe pain in his lower back and both of his legs for over a year. Everytime plaintiff turns in a medical form to Maxi or Ms. Tate they refuses to turn them in to the doctor, because they are the ones who determines who should see the doctor and who should not. The nurses are not doctors how can they determine if plaintiff is hurting or not. Finally when Dr. Mansour

did examine the affected ares with out x-rays he concluded on doing nething only after repeated complaints and several visits to the health care was catscan ordered by Dr. Dunlap who plaintiff also has been complaining to. Plaintiff was then sent to cermack where catscan reports showed that plaintiff had a **(MISS LOCATED HERIATED DISK)** in his lower back that was pushed up agaisnt a nerve which caused the pain in plaintiffs lower back and legs. At that point no futher medical attention was administered to plaintiff by said center. At that point, plaintiff started a compaign of grievance reports in prayer of getting proper medical attention. Plaintiff as also compained to nurse Maxi and Ms.Tate about a severe tooth ache for over four months and plaintiff was told by both nurses that there is no longer a detist here in division-10 and that there is only one denist for the hold Cook County Department of Corrections. When plaintiff did finally get called for dental on approxiately May 18, 07 the denist did not show up forcing plaintiff to endure continious excruciating debilitating pain and suffering for approximately another month and a half. Plaintiff was not called back to dental until approximately July 8, 07 and the denist still did not show up until the next day. It was only then that plaintiff finally got his tooth pulled after suffering severe pain for over four months and I have another tooth thats has been bothering me since that date that I cant get pulled. also on August 14, 06 in a memo to all detainees the Cook County Department of Corrections took certain detainees gym shoes on August 21, 06 stating that they did it to improve the safety and security for all detainees housed at Cook County Department of Corrections so why didnt they take shoes in all divisions they only took shoes in division 1,9,10,and 11 and they only took half of those detainees shoes, and the ones that they did give shoes to they are tore up already. These County issued only last a month or two and it is hard for you to get another pair. Cook County Officails also did not take in the consideration of certain detainees medical conditions. A detainee might have flat feet and can not wear county issued shoes. Some detainees need shoes with an arch in them, some detainees also have other medical problems that prevent them from wearing such shoes. These shoes as caused swealing of some detainees feet, blisters, and arches to drop. I have a hip problem and a metal rod and plate in both of my legs. Some detainees have medical preciptions and court orders for our shoes but the Cook County Jail officails will not honor them. Detainees recreation as also been cut short because of these shoes. We are not able to no longer play basketball, jog, or lift weights. I dont see how this improves the safety or security for all detainees housed at Cook County Jail, first, they did not take all detainees shoes, second, detainees are stripped searched when they first come through recieving then are taken to thier asigned divisions where they are stripped seached again and then your shoes are taken from you, but at this point and after three strip searches if any detainees as any contraband on them it as already intered the Cook County Department of Corrections. Shoes has to be taken in recieving for these reasons given by Cook County Department of Corrections. The Illinois Department of Corrections take inmates shoes in recieving but also reconize the problem with such shoes as temperary shoes and gives inmates the option of

buying some more shoes from thier commissary. The Cook County Department of Corrections can also provide gym shoes on thier commissary where they know there is no contraband in them if this is thier only reason, we are not convicted felones we are only detainees . **Therefore, Doctor Mansour, Doctor Dunlap, Medical Administrator of Cermack, (Name Unknown), Ms. Tate, Maxine, and for the part concerning the shoes Sheriff Tomas Dart, Executive Director Salvador A. Godiney, Superentendent Andrews, Lt. Tucker** can be expected to know of or participated in creating this situation.

## Count 4, DEFICIENT COMMISSARY AND PRICE GOUGING.

Evert since plaintiff has been housed here at **(Cook County Department of Corrections), the commissary here has not been up to a normal** or professional standard. Every week there is something either missing out of detainees order or detainees are given items that they did not order. Plaintiff is not sopposed to sign the commissary pick ticket until he recieves and checks his order, but the Cook County Department of Corrections and Aramark Commissary personel makes plaintiff and other detainees sign the commissary pick ticket before they check thier order or plaintiff will not recieve his commissary. Once plaintiff has signed his pick ticket, commissary personel will not let plaintiff refuse order i something is missing or if it is not his order. Plaintiff is forced to take the order because he has signed the pick ticket. In either case if something is missing or if you are allowed to refuse an order it takes commissary presonel three to four weeks to put plaintiffs and other detainees money back in thier account. The commissary provided by the Cook County Department of Corrections through Aramark are also grossly over pricing commissary personal hygiene items and food items. They have raised prices dramatically after August 1, 2005 to make up for lost revenue from cigarette sales. They are also price gouging plaintiff is sold food items that are nonprofitable. Plaintiff and other detainees are cheated by the methods of **The Cook County Department of Corrections and Aramark.** Aramark is an unprofessional company plaintiff went through similar problems with his diet Plaintiff was told through detainees grievance response that this is a Cook County issue, not a commissary issue, Therefore this is a systemic situation so defendants; **Executive Director, Salvador A. Godenez, Sheriff Michael F. Sheahan, Superintedant Plaxico, Holly Demske, Meeka Chatmen, and President and C. E. O. of Aramark (NAMES UNKNOWN) who hold** contacts with the Cook County Department of Correction can be expected to know of or participated in creating this systemic situation.

## COUNT 5; DEPRIVATION OF CULTURAL READING MATERIAL.

PLaintiff was receiving **(BLACK AND LATINO)** magazines while housed here at Cook County Department of Corrections. On approximately May 21, 2006 there was a memo placed on all wings with 46 black and latino magazines listed on it stating that the magazines that were listed will **(NO)** longer be allowed at Cook County Department of Corrections due to nudity. These magazines, such as **(XXL, BLENDER, SOYRCE, VIBE, MAXIUM, STUFF,** etc.) do not have nudity in them. The contents of these magazines has nothing in them that plaintiff or anyother detainee does not see on everyday television or DVD which

is provided by the Cook County Department of Corrections. Plaintiff understands that he is not allowed magazines with nudity in them like **(PLAYBOY, BLACKTAILS, PENTHOUSE, etc.)**. The Cook County Department of Corrections has banded all black and latino ethnic magazine available that represent plaintiff and other minority group hip-hop culture. This is a systemic situation, Therefore defendants **(Sheriff Michael Sheahan, Sheriff Tomas Dalt, Executive Director Kelly Baird, Executive Director Salvador A Godinez, Superintendent Plaxico and George Barrero head of mailroom,** can be expected to know of or participated in creating this situation.

## COUNT 6.; INADEQUATE BEDDING.

Plaintiff has slept on the floor for approximately three months since he has been housed here at Cook County Department of Corrections. There are thousands of detainees that comes through the Cook County Department of Corrections each week that are forced to sleep on the floor in cells, do to overcrowdness. Detainees are put in cells on the floor so when inspectors or tourist come through it looks like **(NO)** one is sleeping on the floor. The cells here in **Division-10** arenot big enoough for two inmates so its really hard to celly with three detainees in a cell you have to walk all over the third detainee thats on the floor. This is a systemic situation, Therefore defendants **Sheriff Michael Sheahan, Sheriff Tomus Dalt, Executive Director Kelly Baird Executive Director Salvador A Godinez,** and **Superintendent Plaxico,** can be expected to know of or participated in creating this systemic situation.

## Count 7; BASIC HUMAM NEEDS.

On March 1, 2007 there was a new policy enforced here at Cook County Department of Corrections by Executive Director Godinez A. Salvador, SHERIFF Tomas Dart, and Superintendent Plaxico. On each tier, we are allowed out of our cells, half the tier at a time, If the lowside comes out in the morning, the highside comes out in the evening and the following morning also. Whoever has the evenings out also comes out the following morning. At the close of each day the morning lock-up is at 1:30 p.m. and whichever side had the morning shift out, must be confined to a cell for the next 26 to 27 hoyrs, until 3:30 or 4:00 p.m. the following day after the day shift changes. If we

have to lock-up while officers takes a lunch break we are only out of our cells a total of 3½ to 4 hours every 27 hours at a minimum because officers do not come back on time from thier lunch break. If plaintiff have mornings out, after plaintiff locks up al 1:30 he must go 27 hours without a shower, thats longer than plaintiff would go if he was on a disciplinary lock-down, which also seems to happen quite often here in division-10. If something happen on anoter tier, such as a fight instead of locking that tier down superintendent Plaxico and the director locks the hold building down but let certain tiers stay off lock down who he thinks should not

be on lock-down. On 7-26-07 there was a disturbance on 4D and the building went on lock-down a few days later acting superintendent Salazar let the second floor and 1B off of lock-down but left everyone else locked-up. If the second floor and 1B was let off lock-down because of thier non-involvement in the disturbance; then why not everyone that was not involved let out also, Plaintiffwas also denied his visits except for immediate family. On 8-16-06 there was a memoplace on all tiers by superintendent Plaxico stating that detainees will no longer be allow to have clothes lines in thier cells. Plaintiff and other detainees are also not allowed to hang thier clothes in the dayroom. This does not make sence because where is plaintiff suppose to hang his wet under clothes, and county issued clothes when Cook County department of correction does not change them for weeks. The cook county jail does not provide any means of washing and drying plaintiffs or any other detainees under-clothes. We are also not allowed cleaning supplies nor are we allowed to clean our cells which has been a problem since Plaxico has been Superintendent here in division 10. Also doing the lock down from 6/26/07 to 7/11/07 acting Superintendent Salazar, Captain Arce, and Sergeant Casdro lead an expedition to take all cothes lines , cleaning supplies, cleaning rags and towels. This new policy is also effecting sevices which ever side is locked up during the time of reliqiousservices are denied the privilege to worship and particiate in those services we are not allowed to go to the law library on a regular basis any more it takes weeks or even months before we get to the law library because of the lock down they think you are putting in a pass jest to get out of our cells. The Cook Conty Department of Corrections has stop serving fruit all togother we have not had any fruit for over a year and plaintiff only recieve three teaspoons of vegetables four to five times a week.

for all claims set forth and allegations made within this document, the claumed or alleged behavior of department employed at Cook County Departmnet of Corrections took place during the times indicated in claims.

For all claims set forth and allegations made within this document, the claimed or alleged behavior of department employed at Cook County Department of Corrections took place during the period ¦                    · up until this day in time…

Defendant manors was employed as the sergeant of division-10 at Cook County Department of Corrections during the time indicated and was the recipient of Complaint or grievance filed by the Plaintiff, and as such, knew that the incident alleged occurred because Plaintiff told him personally and Manos make plaintiff sign a protective custody refusal from, and is thus ultimately responsible for their occurrence.   Count –1 of Complaint.

Defendant Pedro Castillo was employed as an correctional officer of Division-10 at Cook County Department of Corrections during the time indicated and was directly responsible for Plaintiffs safety, but failed to call for help when Plaintiff asked him to, and is thus responsible for certain of the claimed events in count-1 of Complaint.

Defendant Wiley was employed as an nurse in Division-10 at Cook County Department of Corrections and is directly responsible for the inadequate medical care receive by the plaintiff. Defendant is thus responsible for certain of the claimed went in Count-1 of Complaint.

Defendant Scaife #10 was employed as the captain of Division –10 Cook County Department of Corrections and was present at the alleged events. Defendant Scaife #10 also approved of alleged events by signing ticket instead of investigating, therefore, defendant Scaife #10 is responsible for certain of the claimed events that occurred during the time indicated in count-2 of Complaint.  Defendant Scaife is also responsible for certain events in count –6 of Complaint.

Defendant D. Martinez #97 was employed as the lieutenant of Division –10 – Cook County of Corrections and was present at alleged events.  Defendant Martinez #97 also approved alleged events by signing ticket instead of investigating, there, Defendant Martinez #97 is responsible for certain of the claimed events that occurred during the time indicated in court –2 of Complaint.

Defendant Collins was employed as the Sergeant of Division 10 at Cook County Department of Corrections and was called to investigate the alleged events, and was the recipient of several Complaints made by plaintiff, as such Defendant Collin knew or should have known that these incidents occurred, and took no steps to stop these occurrences. Defendant is thus responsible for the claimed acts in count -2 of Complaint.

Defendant Carter was employed as an correctional officer of Division-10 Cook County Department of Corrections during the time indicated and was the one behind writing plaintiff the first bogus ticket that trigger said events, therefore, Defendant Carter#1169 is thus directly responsible for the claimed act in count-2 of complaint.

Defendant Kelly #3199 was employed as an correctional officer at Cook County Department of corrections in division 10 during the time indicated and was the one who wrote plaintiff the second bogus ticket for refusing recreation when he new that this was not true, therefore, he is thus directly responsible for the claimed acts in court – 2 of complaint.

Defendants names unledgeable an ticket was employed as hearing board members in Division –10 at Cook County Department of Corrections during the time indicated was the ones responsible for plaintiff doing 14 days in Segregation by not investigating or calling witnesses, therefore defendants are directly responsible for the claimed acts in court –2 of complaint.

Defendant Morenci #76 was employed as the Chief of Division- 10 at Cook County Department of Corrections as such, defendant Morenci #76 was the recipient of several complaints or grievance filed by plaintiff and is directly responsible for certain of the claimed events that occurred during the time indicated in court-2 of complaint.

Defendant (full name unknown) was employed as the administration of Cermack at Cook County Department of Corrections during the time indicated. Defendant was the supervisor of Cermack and, therefore knew or should have known through grievances of the improper medical care given to the plaintiff defendant is responsible for certain of the claimed events in count-3 of complaint.

Defendant Dr. Mansour and Dr. Dunlap was employed as doctors of Division-10 at Cook County Department of Corrections and is directly responsible for the inadequate medical care received by the plaintiff, defendant is thus responsible for certain of the claimed events that occurred during the time indicated in cournt-3 of complaint.

Defendant Ms Tate and Maki was employed as nurses of Division −10 at Cook county Department of Corrections and is directly responsible for the inadequate medical care received by the plaintiff, defendants is thus responsible for certain of the claimed events that occurred during the time indicated in count-3 of complaint.

Defendant Holly Demiksi and Meeka Chatman was employed by Aramark, and was the recipient of several complaints or grievances made by plaintiff regarding the incidents claimed in count-4 of complaint, as such defendants Holly Demski and Meeka Chatman knew or should have known that these incidents claimed here occurred, and took no steps to stop these occurrences.  Defendants Holly Demski and Meeka Chatman is thus responsible for claimed acts in count-4 of complaint.

Defendants names unknown was president and C.E.O. of Aramark and in the capacity the overseer of the day to today operation of the facility and, is thus ultimately responsible for the claimed acts in count-4 of complaint.

Defendant Michael Sheadan and Tomas during some of the time periods indicated the sheriffs of Cook County Department of Corrections and in that capacity the overseer of the operations of that facility and, is thus ultimately responsible for the occurrence in count 4-5-6 of complaint.

Defendant Kelly Baird and Salvador A Godinez during some of the time periods indicated the executive director of Cook county Department of Corrections and that capacity the overseer of the operations of the facility and, is thus ultimately responsible for the occurrence in count4-5-6 of complaint.

Defendant Plaxico during all or the majority of the time period indicated the superintendent of division 10.  As such defendant Plaxico was the recipient of several
Complaints or grievances filed by the plaintiff and, therefore know or should know that these incidents alleged were occurring he is thus one of the individuals responsible for the occurrence of said events in all count complaint.

14

Defendant George Barreor was employed as head of mailroom at Cook County Department of Corrections, and is directly responsible for the deprivation of cultural reading material, and was the recipient of several complaints or grievances made by the plaintiff defendant is thus responsible for certain of the claimed events that occurred during the time indicated in count-4 of complaint.

defendant. Acre was employed as the captain of division 10 at Cook County Department of Corrections during the time indicated and lead the events doing lockdown in count-6 of complaint and, is thus responsible for certain of the claimed events in part of count-6 complaint.

Defendant Castro was employed as the Sergeant of Division –10 at Cook County Department of Corrections during the time indicated and lead the events doing lock down in count –6 of compliant, and is thus responsible for certain of the claimed events in part of count-6 of complaint.

Defendant Salazar during the time indicated was the Superintendent of division –1 as such defendant Salazar was the recipient of several complaints or grievance filed by the plaintiff, defendant Salazar was acting superintendent for division-10 during the time indicated, and personally had the said event s in part of count –6 of complaint he is thus the one responsible for the occurrence of said events.

Defendants Ms. Gracy and Ms Butler was employed as caseworkers or counselors in division- 10 at Cook County Department of Corrections during the time indicated and was the recipient of several complaints and grievances made by the plaintiff regarding the incidents claimed here. As such defendants Ms Gracy and Ms butler knew or should have know that these incidents occurred, and took no step to stoop these occurrences, there defendants is thus responsible for the claimed acts in all counts of complaint.

The acts claimed and went alleged each individually and together collectively cased violations of plaintiffs civil rights arising under and protected by the constitution of the United States, as described below.

**Plaintiff is claiming:**

1) Violation of his rights arising under the eight and fourteenth amendment of the Constitution of the United States, in that:

A) The actions of the defendants inflicted upon the plaintiff a        and unusual punishment.

B) The sections of the defendants constituted a deliberate indifference to the plaintiff serious medical needs, and treatment while housed at Cook County Department of Corrections.

C) The actions of the defendants inflicted torture upon the plaintiff by knowingly forcing plaintiff to endure excruciating and debilitating pain and suffering needlessly.

D) The action of the defendants deliberate and intentional campagn of lack of proper living condition, treatment, and serious medical needs deprived the plaintiff of his right to protection from torture, ad quarantined by tenets of international law to which the United States of America is a signatory.

2) Violation of his right, under the first amendment to the constitution of the United States, in that:

A) The action of the defendants to greatly circumscribe cultural and published reading material violates plaintiffs first amendment right.

The defendants were individual and collectively in their personal and official capacities, responsible for the above listed violations of the plaintiffs rights in the manner enumerated above.

**VI.**    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Claimant is claiming that respondent violated his eight and fourteenth amendment right to be free from cruel and unusual punishment and knowingly forcing claimant to endure bad treatment and excruciating and debilitating pain and suffering do to Plaintiffs serious medical needs. Claimant is also claiming that respondents, violated his first amendment right by depriving him of cultural and published reading marterial, therefore, claimant is asking for compensatory damages and prays this court enter that judgement against the respondents in this sum of $100.000 collectively divided as the court seems fit claimant is also seeking punitive damages.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __15__ day of _12____ , 20_07__

_Robert clark_
(Signature of plaintiff or plaintiffs)

___ROBERT CLARK_____
(Print name)

___20040096333_____
(I.D. Number)

___P.O. box  089002 Chicago Il. 60608____

___Chicag-___
(Address)

17

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _Clark_    First Name: _Robert_

ID#: _____-0690833_  Div: _10_  Tier/LivingUnit: _2D_

Date of Request: _4 /30/07_    Date C.R.W. Received Request: _5 /1 /07_

This Request has been processed by: _____V. Butler_____ C.R.W.

**Summary of Request:**

_Detainee request assistance with Living Conditions._
_Detainee is requesting to be allowed to clean his cell._

**Response and/or Action Taken:**

_Be Advised that the Sergeant of your area_
_can Assist you with getting necessary cleaning_
_supplies and provide Authorization for the_
_officer to allow additional time to clean your_
_cell._

_Supt. C. Plaxico #M_  _Sgt. C. Pla_  Date: _05/10/07_  Div./Dept. _X_

<small>(Print name of individual responding)</small>      <small>(Signature of individual responding)</small>



Part-A / Control #: _____ X _____

Referred To: D1/10/Supt.

X Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Clark    First Name: Robert

ID #: 2004-0096333 Div.: 10    Living Unit: 3D   Date: 10/1/07

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 10 / 11 / 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C



## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Clark     **First Name:** Robert

**ID#:** 2004-0096333 **Div:** 10 **Tier/Living Unit:** 3D

**Date of Request:** 10 /04 /07     **Date C.R.W. Received Request:** 10 / 11 / 07

**This request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

Detainee is requesting a tier change due to disparate treatment by said officer.

**Response and/or Action Taken:**

All matters grievances resolved. By the No7g.

LT/Egil F Welngi _____ Date: 10 / 11 / 07 **Div./Dept.** _____
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )



Part-A / Control #: _____ X _____

Referred To: DIV 10/ SUPt.

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Robert Clark**          First Name: **Robert**

ID #: **2004   0096333**   Div.: **10**   Living Unit: **3D**   Date: **10 / 13 / 07**

BRIEF SUMMARY OF THE COMPLAINT: **Everysince 3d has been changed to an over 40 tier and we where moved up here we have had problems out of officer Martaie she comes in in the morning  purposely starting choas she starts the by sceaming and hollering sometimes calling us old mother fucker, threating us with tickets and treating us like we arechildren for no reason at all we do not give her any problems or reasons ao treat us in such a fashion. she nick-picks with us all day long just finding little things to try to right people up then after she ran out of personal issues to right us up she came in one morning and told us to take everything out of our windows and we applied. She came back the next day telling us to take pictures offtthe walls and we applied with that. then the next day she came in telling us to take down chothes lines and we applies with that also. then the next day she came in seaching through cells for milk cartons and styrofoam trays when a sergeant is suppose to be assigned to oversee all tier seaches to assure compliance of the seach procedures. And then to top everything off she came one day and told us that we had to empty our trash bags. she did all of this with the treat of no T.V. phone or a ticket. My point is that she could havhetold us thisthis in one day instead of one day at a time and she does it all through the day 4 to 5 times just to aggravate us then tells us to bond out or cop out if we dont like it. Officer Martaie as personai problems and issues that she takes out on us and she very unprofessional in her job. We hope this matter will be looked into Thank You!**

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

**We would appreiate if this matter can be looked into and taken seriously . (Thanks You!)**

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: **10 / 11 / 07**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

PART – C



## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **Clark**          First Name: **Robert**

ID#: **2004 - 0096333** Div: **10** Tier/LivingUnit: **3D**

Date of Request: **10 /05/ 07**    Date C.R.W. Received Request: **10 / 12 / 07**

This request has been processed by: _____ C.R.W.

**Summary of Request:**

Detainee alleges unprofessional conduct.

**Response and/or Action Taken:**

R/Cy will Advises c/o went into Tier dise Mtr
& Communic with me Inmate, All matters Resolves

_____ - _____    Date: **11 / 12 / 07**  Div./Dept. **10**
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Part-A / Control #: _____X_____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE REQUEST

Detainee Last Name: **BCLARK**          First Name: **ROBERT**

ID #: **2004** - **0096333**    Div.: **10**    Living Unit: **2D**    Date: **11** / **15** / **06**

BRIEF SUMMARY OF THE COMPLAINT: ON AUGUST 14, 06 IN A MEMO TO ALL DETAINEES THE COOK
COUNTY DEPARTMENT OF CORRECTION TOOK CERTAIN DETAINEES GYM SHOES ON AUGUST 21, 06 STATING
THAT THEY DID IT TO IMPROVE THE SAFTY AND SECURITY FOR ALL DETAINEES HOUSED AT (CCDOC).
COOC COUNTY OFFICIALS DID NOT TAKE DETAINEES SHOES IN NO DIVISION BUT 1,9,10,11, AND THEY
ONLY TOOK HALF OF THOSE DETAINEES SHOES, AND THE ONES THAT THEY DID GIVE SHOES TO THEY ARE T
TORE UP ALREADY. THESE COUNTY ISSUED SHOES ONLY LAST A MONTH OR TWO AND SUPERINTENDENT
PLAXICO WILL NOT ISSUE DETAINEES ANOTHER PAIR. COOK COUNTY OFFICIALS ALSO DID NOT TAKE THE
CONSIDERATION OF CERTAIN DETAINEES MEDICAL CONDITIONS. A DETAINEES MIGHT HAVE FLAT FEET AND
CAN NOT WEAR COUNTY ISSUED SHOES. SOME DETAINEES NEED SHOES WITH AN ARCH IN THEM, SOME
DETAINEES ALSO HAVE OTHER MEDICAL PROBLEMS THAT PREVENT THEM FROM WEARING SUCH SHOES. THESE
SHOES AS CAUSED SWEALING OF SOME DETAINEES FEET, BLISTERS, AND ARCHS TO DROP. I HAVE A SERVERE
MEDICAL PROBLEM THAT PREVENTS ME FROM WEARING COUNTY ISSUED SHOES. I HAVE A HIP PROBLEM AND
A METAL ROD AND PLATE IN BOTH OF MY LEGS. SOME DETAINEES HAVE MEDICAL PRESCIPTIONS FOR OUR
SHOES BUT NOW COUNTY OFFICIALS WILL NOT HONOR THEM NOW WE ARE TOLD WE NEED A COURT ORDER.
DETAINEES RECREATION AS ALSO BEEN CUT SHORT, WE ARE NOT ABLE TO NO LONGER PLAY BASKETBALL,
JOG, OR LIFT WEIGHTS. I DONT SEE HOW THIS IMPROVES THE SAFETY OR SECURITY FOR ALL DETAINEES
HOUSED AT (CCDOC). DETAINEES ARE STRIPPED SEARCHED WHEN THEY FIRST COME THROUGH RECIEVING
THEN ARE TAKEN TO THIER ASIGNED DIVISIONS WHERE THEY ARE STRIPPED SEARCHED AGAIN AND THEN YOUR
SHOES ARE TAKEN FROM YOU BUT AT THIS POINT AND AFTER THREE STRIP SEARCHE IF ANY DETAINEES AS ANY
CONTRABAND ON THEM IT AS ALREADY INTERED THE (CCDOC) SHOES HAS TO BE TAKEN IN RECIEVING FOR
THESE REASONS. THE (IDOC) TAKE INMATS SHOES IN RECIEVING BUT ALSO RECONIZE THE PROBLEM WITH
SUCH SHOES AS TEMPERARYSHOES AND GIVES INMATESTHE OPTION OF BUYING SOME MORE SHOES FROM THIER
COMMISSARY. THE (CCDOC) CAN ALSO PROVIDE GYM SHOES ON CIMMISSARY WHERE THEY KNOW THERE IS KNOW CO
CONTRABAND IN THEM IF THIS IS THIER ONLY REASON WE ARE NOT CONVICTED FELONES WE ARE JUST
DETAINEES.
        (SALVADOR A. GODINEZ, DIRECTOR, PLAXICO SUPERINTENDENT, AND ALL CCDOC OFFICAIL)
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

WE WOULD LIKE TO BE ABLE TO KEEP OUR GYM SHOES OR BUY A PAIR FROM COMMISSARY WHERE (CCDOC)
ACTION THAT YOU ARE REQUESTING:
KNOW THERE IS NO CONTRABAND IN THEM. THE (CCDOC) DID NOT TAKE DETAINEES SHOES FOR OUR SAFETY
AND SECURITY THEY TOOK THEM TO CRIPPLE DETAINEES AND FOR THIER OWN SELFISH REASONS.

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: 11 / 17 / 06

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____

Referred To: Div 10/Supt.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____ - _____ _____ Div.: 10 Living Unit: ___ Date: ___/___/___

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: 10/11/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Clark          **First Name:** Robert

**ID#:** 2004 - 0096333 **Div:** 10 **Tier/LivingUnit:** 3D

**Date of Request:** 10 / 07 / 07          **Date C.R.W. Received Request:** 10 / 10 / 07

**This request has been processed by:** _____ **C.R.W.**

*Summary of Request:*

Detainee is requesting his pictures that were taken from his property box. He claims that the pictures were from magizides that were recieved by ccdoc mail.

*Response and/or Action Taken:*

Are _____ _____ by the _____

_____        _____     **Date:** 10/12/07  **Div./Dept.** _____
(Print- name of individual responding)       (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** Clark          **First Name:** Kent

**ID#:** 2001-00[ ] 2   **Div:** 10   **Tier/LivingUnit:** 2D

**Date of Request:** 11 / 15 / 06          **Date C.R.W. Received Request:** 11 / 27 / 06

**This Request has been processed by:** _____ Dillon _____ **C.R.W.**

*Summary of Request:*

Detainee is questioning the prohibition of being sold the Reebok Gym shoes or the Nike high top running shoe.

*Response and/or Action Taken:*

Be advised that those inmates with valid medical
documentation have been Re-issued their shoes.
Also there are now new shoes to be issued
to other detainees. Gym shoes will not be
placed on commissary.

Supt. C. Plaxico #7Y  *Supt. C. Plaxico* **Date:** 11 / 29 / 06  **Div./Dept.** X
(Print- name of individual responding)   (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _Clark_    First Name: _Robert_

ID#: _2004-0046333_  Div: _10_  Tier/LivingUnit: _2D_

Date of Request: _3 / 21 / 07_    Date C.R.W. Received Request: _3 / 22 / 07_

This Request has been processed by: _V Butler_ C.R.W.

**Summary of Request:**

_Detainee request that officer treat them (high side) fairly._

**Response and/or Action Taken:**

_Please address your concern's with the sergeant of your area. If that Sergeant can't address your concerns then the shift command or myself will conduct follow up._

_Supt. C. Plexico #14_    _Dept. C. Plax_  Date: _03/23/07_  Div./Dept. _X_
(Print- name of individual responding)    (Signature of individual responding)

Part – B / Control #: 2007 X 0483

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Clark          First Name: Robert          ID#: 2007-1096333

Is This Grievance An Emergency?     YES ☐          NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges he has been denied his Skin medications.

C.R.W. Referred Griev. To: Cermak          Date Referred: 3/14/07

Response Statement: Referred to Divisional Physician + Patient Care Services

| | | |
|---|---|---|
| C. Smith | Smith | Date: 3/15/07    Div./Dept. CHS |
| (print- name of individual responding to this griev.) | (signature of individual responding to this griev.) | |
| Supt. C. Plaxico #14 | Supt. C. Plaxico | Date: 03/16/07    Div./Dept. 10 |
| (print - name of Supt. / Designee / Dept. Admin.) | (signature of Supt. / Designee / Dept. Admin.) | |
| C. Whitlow | Whitlow | Date: 3/15/07 |
| (print - name of Prog. Serv. Admin./ Asst. Admin.) | (signature of Prog. Serv. Admin./ Asst. Admin.) | |

Date Detainee Received Response: 3/14/07          Detainee Signature: Robert Clark

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _____/_____/_____

Detainee's Basis For An Appeal: _____

_____

Appeal Board's Acceptance Of Detainee's Request:     YES ☐          NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: _____/_____/_____ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _2007_ X _0218_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Clark_    First Name: _Robert_    ID#: _2004-1090__

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges lack of medical_
_attention_

C.R.W. Referred Griev. To: _Cermak_    Date Referred: _02/06/07_

Response Statement: _Referred to Patient Care Services & Medical_
_Services_

_C Smith_  _C___   Date: _2/8/07_  Div./Dept. _CHS_
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_Supt C. Plaxico #14_  _Supt C Plaxico_  Date: _02/07/07_  Div./Dept. _X_
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____  _____  Date: _2/12/07_
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: ___/___/ _7_    Detainee Signature: _Robert Clark_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ___/___/___

*Detainee's Basis For An Appeal:* _____

*Appeal Board's Acceptance Of Detainee's Request:*    **YES** ☐    **NO** ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

_____

*Appeal Board's Signatures / Dates:*

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___ Detainee Signature: _____

GRIEVANCE CODE(S): (___) (___) (___) (___)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY  C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _266_ X1204

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _____  First Name: Robert  ID#: _____-____-__

Is This Grievance An **Emergency**?     YES ☐     NO ☒

C.R.W.'S Summary Of The Complaint: _____
_____

C.R.W. Referred Griev. To: _____ Date Referred: __/__/__

Response Statement: _____
_____
_____
_____
_____
_____

_____ **Date:** __/__/__ **Div./Dept.** _____
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____ **Date:** 10/30/06 **Div./Dept.** X
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____ **Date:** 10/27/06
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: ____/____/____ Detainee Signature: _____

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ____/____/____

*Detainee's Basis For An Appeal:* _____
_____
_____

*Appeal Board's Acceptance Of Detainee's Request:*     YES ☐     NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*
_____
_____
_____

*Appeal Board's Signatures / Dates:*
_____

Date Detainee Rec'd the Appl. Bd.'s Response: ____/____/____ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____  **First Name:** _____  **ID#** _____

**Is This Grievance An Emergency?**     YES ☐     NO ☑

**C.R.W.'S Summary Of The Complaint:** _____

_____

**C.R.W. Referred Griev. To:** _____  **Date Referred:** ___ / ___ / ___

**Response Statement:** _____

Refferal to Dental Services

_____

_____

_Smith_                    _____  **Date** 4/4/0  **Div./Dept** CHS
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

_____                    _____  **Date** 4 / / **Div./Dept**
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_____                    _____  **Date** 4 / 5 / 07
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** ___ / ___ / ___  **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___ / ___ / ___

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**     YES ☐     NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

_____

**Appeal Board's Signatures / Dates:**

_____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___ / ___ / ___ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _____

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____  **First Name:** _____  **ID#:** _____

**Is This Grievance An Emergency?**    YES ☐    NO ☒

**C.R.W.'S Summary Of The Complaint:** _____

**C.R.W. Referred Griev. To:** _____  **Date Referred:** ____/____/____

**Response Statement:** _____

Referred to Medical Services

| | Date: 3/25/07 | Div./Dept. CH S |
|---|---|---|
| (print- name of individual responding to this griev.) | (signature of individual responding to this griev.) | |

| | Date: ____/____/____ | Div./Dept. |
|---|---|---|
| (print - name of Supt. / Designee / Dept. Admin.) | (signature of Supt. / Designee / Dept. Admin.) | |

| | Date: 3/29/07 |
|---|---|
| (print - name of Prog. Serv. Admin./ Asst. Admin.) | (Signature of Prog. Serv. Admin./ Asst. Admin.) |

**Date Detainee Received Response:** ____/____/____  **Detainee Signature:** _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ____/____/____

*Detainee's Basis For An Appeal:* _____

*Appeal Board's Acceptance Of Detainee's Request:*    YES ☐    NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

_____

*Appeal Board's Signatures / Dates:*

_____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ____/____/____ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY  C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

*Express mail*
*is next day mail*
*not Priority mail*

*2-20-07*
*Envelopes*
*returned*

**GRIEVANCE PROCESSED AS A REQUEST**

*processed as a request, PART – B is not applicable.* *

_____ K _____  First Name: _Robert_

_91l333_ Div: _10_  Tier/LivingUnit: _2D_

Date C.R.W. Received Request: _2/15/07_

This Request has been processed by: _____V. Butler_____ C.R.W.

**Summary of Request:**

Detainee request to receive his Priority mail
Once it reaches the Jail.

**Response and/or Action Taken:**

Mailroom receives & delivers mail on the daily basis
Priority Mail does not come in next day only. Express
mail does. Mailroom Delivers mail to all the Divisions
on the daily basis and has no control over The Time or
manner the mail is distributed. A package (Ramada) received
2-20-07 was sent back to sender (Envelopes inside)

_George Baeeen_ - _____  Date: _3/6/07_ Div./Dept. _6_
(Print- name of individual responding)   (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: Clark          First Name: ROBERT

ID#: 2004 - 0096353   Div: 10   Tier/LivingUnit: 2D

Date of Request: 11 / 7 /06      Date C.R.W. Received Request: 11 / 14 /06

This Request has been processed by: S. Allen                    C.R.W.

**Summary of Request:**

Detainee would like to have an explanation regarding detainees not receiving ethnic magazines.

**Response and/or Action Taken:**

Unfortunatly the Magazines Mailroom processes have a hgh content of Sexual Advertising Nudity, pictures of Drugs or Guns or Gang Signs. these Items violates CCDOC Regulation. Any Magazines containing these irregularites will be returned to Sender.

George Barren                          Date: 11 /28 /06   Div./Dept. 6
(Print- name of individual responding)    (Signature of individual responding)

PART – C

---

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: CLARK          First Name: ROBERT

ID#: 2004 - 0096333 Div: 10 Tier/LivingUnit: 2D

Date of Request: 11 / 7 / 06          Date C.R.W. Received Request: 11 / 14 / 06

This Request has been processed by: S. Allen          C.R.W.

**Summary of Request:**

Detainee requests who is to know who is responsible for commissary for ccdoc and why detainees can no longer buy a toothbrush.

**Response and/or Action Taken:**

Per CCDOC inmates are not allow to purchase tooth brushes from Commissary. CCDOC supplies all inmates with this

Niesha Chalmer - Rc-Rex          Date: 11 / 16 / 06 Div./Dept. 2 in
(Print- name of individual responding)          (Signature of individual responding)

PART – C

| C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST |
|---|

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** C lark            **First Name:** Bon T

**ID#:** ___-0096___   **Div:** 10   **Tier/LivingUnit:** 1A

**Date of Request:** 2 / 10 /07       **Date C.R.W. Received Request:** ___/___/___

**This Request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

Detainee requests for clean conditions. Detainee Complaint
that conditions, on Tier 1A is not adequate.

**Response and/or Action Taken:**

Be Advised that on Aug 2, 2007, Div. 10
Engineer went Tier to Tier and cleaned
All UGW and Adjusted the climate.
To my knowledge this matter has been
properly Addressed.

Dept. C. Carco #141   Dept. C. Cla___ **Date:** 02 /03/07   **Div./Dept.** 10
(Print- name of individual responding)   (Signature of individual responding)

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Clark_____    First Name: _Robert___    ID#: _204-11903__

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges he is being_
_denied his laundry service._

C.R.W. Referred Griev. To: _Laundry Service___    Date Referred: _2/19/07_

Response Statement: _Detainee allegations are groundless there is_
_____
_____
_____

_____ - _____ Date: _4/0/07_ Div./Dept. _10___
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_CHIEF D. MORECI #6_ - _____ #6    Date: _04/03/07_ Div./Dept. _10___
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_V. Alexander_____ - _V. Alexander____    Date: _4/12/07_
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _4/14/07_ Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _4/14/07_

Detainee's Basis For An Appeal: _____
_____
_____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_Response to Clark - if detainee feels he_
_is still being denied - Regrieve the issue._

Appeal Board's Signatures / Dates:
_____ 5-8-7 _____ 5/8/07 _____

Date Detainee Rec'd the Appl. Bd.'s Response: ___/___/___ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: __Ribat__    First Name: __Clark__

ID#: __204 - 0096333__ Div: __10__  Tier/LivingUnit: __2D__

Date of Request: __3 / 13 / 07__    Date C.R.W. Received Request: __3 / 14 / 07__

This Request has been processed by: __V. Butler__ C.R.W.

*Summary of Request:*

Detainee request to go to the Law Library more often

*Response and/or Action Taken:*

_____ (illegible handwritten text)

_____ , March 13, 2007 _____ are scheduled

_____

_____ - _____ Date: __/ 5 /__ Div./Dept. _____
(Print- name of individual responding)    (Signature of individual responding)

Part - B / Control #: 2007 X 1237

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Clark ___ First Name: _____ ID#: 2004-09___

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges Lack of access to _____
_____ law library _____

C.R.W. Referred Griev. To: _____ Date Referred: 6 / 19 / 07

Response Statement: _____
_____
_____
_____
_____

_____ - _____ Date 7 / 23 / 0 Div./Dept. _____
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____ - _____ Date 7 / __ / 7 Div./Dept. _____
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____ - _____ Date 7 / 31 / 07
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: ___ / ___ / 07 Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ___ / ___ / 07

*Detainee's Basis For An Appeal:* _____
_____
_____

*Appeal Board's Acceptance Of Detainee's Request:*    YES ☐    NO ☒

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*
Original Response to stand - CCDOC has
all evidence documentation per program services

*Appeal Board's Signatures / Dates:*
_____ 7-10-7    _____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___ / ___ / ___ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY - DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

REQUEST

Part-A / Control #: _____X_____

Referred To: COMMISSARY

11-21-06

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE ~~GRIEVANCE~~ REQUEST

Detainee Last Name: **Clark**          First Name: **Robert**

ID #: 2004 - 0096333  Div.: 10  Living Unit: 30  Date: 11 / 17 / 06

BRIEF SUMMARY OF THE COMPLAINT: _So ___ mus _____

_____

Since August 1, 2005 female ___ lost revenue per cigarette

Sales. They also ___ gouging detainees on sold

_____. The Commissary _____

through Aramark is unprofessional they ___ always missing

something in your bags _____ a order that you

did not order _____ to get your Commissary

back it takes three to four weeks _____ months.

I also I through Similar problems with the company

with my diet. I was told through they grievance

that this was a county issue Not a Commissary

_____ allow to _____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I would like to know who responsible for this commissary

ACTION THAT YOU ARE REQUESTING:

_____

_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: S. Allen          DATE C.R.W. RECEIVED: 11 / 14 / 06

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: MAILROOM

11-21-06

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE ~~GRIEVANCE~~ REQUEST

Detainee Last Name: CLARK          First Name: RobeRT

ID #: 2004 - 0096533 Div.: 10    Living Unit: 20  Date: 11 / 7 /06

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 11 / 14 /06

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _REQUEST_

Referred To: _Mail rmm Supervisor_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _CLARK_          First Name: _Robert_

ID #: _2004-0076355_ Div.: _10_   Living Unit: _20_   Date: _2/14/07_

BRIEF SUMMARY OF THE COMPLAINT: _My Mother Sends me priority mail but I never get my mail until weeks later. The United States Postal Service guarantees that if you are sent priority mail it get it over night. George Burrero who runs the mail room does not take the time to make sure detainees that are sent priority mail gets it the next day. All George Burrero has to do is seperate regular mail from priority mail then make sure detainees that is sent priority mail get it the next day._

_All detainees and staff_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_I would like to get my priority mail over night like it suppose to be. Thank you._

ACTION THAT YOU ARE REQUESTING:

## DETAINEE SIGNATURE: _Robert Clark._

C.R.W.'S SIGNATURE: _V Butler_          DATE C.R.W. RECEIVED: _2/15/07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY   PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: 2007X 0049

Referred To: CERMAK

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: CLARK                    First Name: Robert

ID #: 2004-0086333   Div.: 10   Living Unit: 2D   Date: 3/29/07

BRIEF SUMMARY OF THE COMPLAINT: I had a tooth pulled over a
month ago I had two bad teeth at the time but the dentist
only pulled one of them. She told me that she would call
me over back over to see her for a check-up in two weeks
and that she would pull the other tooth then that had been
about two months now My cellie has been to see the dentist
four time in the last month Just for a check-up for a
tooth he got pulled two months ago. I have a bad tooth
that hunts REAl bad + needs to be pulled I had officer
ZALESKI to call over there for me eight time in the last
month And I would told that I was scheduled for the next
                                          EACH TIME
week but never was called on 3-2407 I was told that I was scheduled for
~~next week but the next time there is no longer a dentist~~
        officer  ZALESKI

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I need my tooth pulled is hurts real bad
ACTION THAT YOU ARE REQUESTING:


**DETAINEE SIGNATURE:** robert clark

C.R.W.'S SIGNATURE:                         DATE C.R.W. RECEIVED: 4/2/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY   DETAINEE)   (GOLDENROD COPY   DIVISION/SUPT. OFFICE)

Part-A / Control #: 2607X 0473

Referred To: Ceymak

<div style="border:2px solid">

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

</div>

Detainee Last Name: CIARK                First Name: Robert MY

ID #: 2004-0096333  Div.: 10   Living Unit: 20   Date: 3 /3 /-07

BRIEF SUMMARY OF THE COMPLAINT: I HAVE been complaining About not getting my skin medication For A year and this in my Forth grievance ms tate And maxine refuses to order them For me. I see several detanies here on my wing that gets the same skin creams but I do not have a problem with getting theres. All you have to do is check my medical cart and you will see I have not been getting my skin medications I am tired of writing grievances I wish someone to do something about ms tate and maxine on ordering my skin medications. Check my cart For the last three.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
I would like For another nurse to give me my

ACTION THAT YOU ARE REQUESTING:
medication I now been going through this with mstate And maxine For a year

**DETAINEE SIGNATURE:** Robert Clark

C.R.W.'S SIGNATURE: V. Billa          DATE C.R.W. RECEIVED: 3 /4 /07

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2117 X 1218

Referred To: Cermak

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: CLARK       First Name: Robert

ID #: 2004-0016333  Div.: 10   Living Unit: 20   Date: 12 12 07

BRIEF SUMMARY OF THE COMPLAINT: Everytime I turn in a
medical form to this tate or makine to
see the doctor they never turn it in they turn in
the ones they think who should see the doctor I do
not put in medical form for no reason. my knee has
been hurting for over seven month. I was told
by the doctor that he was going to send me to
a bone specialist but I still have not
seen one yet. I think I have a blood clot in
my left leg I need it scanned to see if
I have a blood clot in it, it hurt real bad
sometimes I can't walk

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I would like to _____

ACTION THAT YOU ARE REQUESTING:

See a doctor _____

## DETAINEE SIGNATURE: Robert Clark

C.R.W.'S SIGNATURE: Vernon Betts   DATE C.R.W. RECEIVED: 02 16 17

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 267 X C612

Referred To: Cermak

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: CLARK          First Name: Robert

ID #: 2004-0076333   Div.: 10   Living Unit: 20   Date: 3/23/07

BRIEF SUMMARY OF THE COMPLAINT: I have a severe pain in my left

leg running down my thigh, hip and down to my

calf. I have been complaining about this pain for

over a year and I have wrote ten grievance and

still I have not got any medical attention for my left

leg and no way in the world I suppose to

be in this much pain for over a year all you have

to do is look at my medical records and see how long

I have been complaining all I have been receiving

for my condition is all types of pain medication.

I think I have a blood clog in it I've told the

doctor this twice.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Doctor nurses

ACTION THAT YOU ARE REQUESTING:
I want someone to do my whats wrong with my leg

DETAINEE SIGNATURE: Robert Clark

C.R.W.'S SIGNATURE: V. Buller          DATE C.R.W. RECEIVED: 3/27/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _207 X C4/4/_

Referred To: _Supt Maxi_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Robert_          First Name: _Clark #14_

ID #: _2004-0096333_  Div.: _10_  Living Unit: _20_  Date: _3 / 13 / 07_

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____


### DETAINEE SIGNATURE: _Robert clark_

C.R.W.'S SIGNATURE: _V Butler_          DATE C.R.W. RECEIVED: _3-14-07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY  PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY  DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _KCX11C5T_

Referred To: _Supt Div 10_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __Clark__          First Name: __Robert__

ID #: _2004_ - _0094333_ Div.: _10_ Living Unit: _20_ Date: _4/25/07_

BRIEF SUMMARY OF THE COMPLAINT: _We are not allow to clean our cells I have had this problem since I have been here at the Cook County jail. Being since they will search this cell a half & half will we really not able to clean our cell cause it smells like we try to do it by hand on our hand and knees they have stoped putting this stuff in the cell the cells too no ventilation. They are dirty nasty and not with dirt everywhere._

_PLEASE. and new inmates in 20_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_That we are allow to clean our cells and we_

ACTION THAT YOU ARE REQUESTING:

_need ventalation_

## DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V. Butler_     DATE C.R.W. RECEIVED: _5/1/07_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY - PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Plant Clerk_ _____ First Name: _____

ID #: _9004 296223_ Div.: _10_ Living Unit: _I-11_ Date: _7/19/2007._

BRIEF SUMMARY OF THE COMPLAINT: _Mr. Plant is cold all day till 12AM_
_23 hour a day been to hot for confinement thirty with out any_
_De titled on, It is so cold the low side of the 2 min_
_at 90 degrees and while so it's get to be 110 degree in_
_plantiff's cell. Plant tell the C/O that he Sgt. no two_
_and several others, grieves and complaints, he ask if the_
_engineers could be out to feel about this problem._
_Plant tell him also informed Sgt. no two that he has high_
_blood pressure._

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

_____

### DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___ /3/ /0

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY   DIVISION/SUPT. OFFICE)

Part-A / Control #: _2007_X _04161_
Referred To: _Supt Plasico_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Clark_                    First Name: _Robert_

ID #: _2004-0096353_ Div.: _10_ Living Unit: _2D_ Date: _3_/_18_/_07_

BRIEF SUMMARY OF THE COMPLAINT: _On march 1, 07 there was a_
_man pulling a trigger & I got sprayed on a bad_
_on a bed. We was only allowed out of the cell the_
_Tier on a Thursday the laundry was sent in the_
_lock down_____ but I am being lock up_
_lock up at 1:30 pm and cuffed in Tier cell 26 to 27 &_
_18-1C-2A and it does not start to lock up_
_to 3pm or so I was 45 mn too late in my_
_____ it is unfair to T. _____ a policy_
_____ I am _____ I should _____
_no and _____ Day to _____ to_
_____ it _____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _V Butler_          DATE C.R.W. RECEIVED: _3/19/07_

*Please note; Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY - C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _Request_

Referred To: _Supt_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE _do not treat as request_

Detainee Last Name: _Clark_ First Name: _Robert_

ID #: _2004-_____ Div.: _6_ Living Unit: _20_ Date: _3/21/07_

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V Butler_ DATE C.R.W. RECEIVED: _3 22 07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

Part-A / Control #: _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _E. CLARK_    First Name: _ROBERT_

ID #: _2004-0076333_ Div.: _10_ Living Unit: _20_ Date: _3/3/07_

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

_____

### DETAINEE SIGNATURE: _Robert Clark_

C.R.W.'S SIGNATURE: _V. Butler_    DATE C.R.W. RECEIVED: _3/29/07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2007 X 1237

Referred To: Program Services

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Clark          First Name: Boosted

ID #: 2004 - 0096333 Div.: 10  Living Unit: 2D  Date: 9/11/07

BRIEF SUMMARY OF THE COMPLAINT: I have been putting in forms
to go to the law library every other ___ day but
ms. Canada Refuses to call me to the law library
but I see the same guys on my wing going every
way week. Ever since I wrote her up the first time
she has been purposely denying me access to the
law library. She also made up a bogus attendance
card to Justify my first grievance and when she
do call me to the law library she purposely gives
me copies of cases that I did not Request I truely hope
Someone will look into this matter every time I put in
a grievance there nothing is being ___ this ___

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
I would like to go to the library and if ms. Canada
ACTION THAT YOU ARE REQUESTING:
___ a bad Attitude she should not be working ___

## DETAINEE SIGNATURE: Robert Clark

C.R.W.'S SIGNATURE: V Butler          DATE C.R.W. RECEIVED: 6/18/17

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _REQUEST_

Referred To: _Law - Library_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Robert_     First Name: _Clark_

ID #: _____ - _____ Div.: _____ Living Unit: _____ Date: __/__/__

BRIEF SUMMARY OF THE COMPLAINT: _____ #14

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _V. Butler_     DATE C.R.W. RECEIVED: _____

_Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form._
_All appeals must be made in writing and directly submitted to the Superintendent._

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: CLARK        First Name: Robert

ID #: 2004-0096333 Div.: 10  Living Unit: 2D  Date: 5 /22/ 06

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: 5/25/06

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY - PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY - DETAINEE)    (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X

Referred To: SUPERINTENDENT

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE REQUEST

Detainee Last Name: ROBERT CLARK          First Name: CLARK

ID #: 2004 - 0096333    Div.: 10    Living Unit: 2D    Date: 10 / 10 / 06

BRIEF SUMMARY OF THE COMPLAINT: ON 8/16/06 THERE WAS A MEMO PLACED ON ALL WING BY SUPERINTENDENT PLAXICO STATING THAT DETAINEES WILL NOT BE ALOUD TO HAVE CLOTHES LINES IN THIER CELLS ANYMORE AND DETAINEES ALSO ARE NOT ALOUD TO HANG THIER CLOTHES IN THE DAYROOM. EVERY MORNING DETAINEES ARE INFORMED THIS BY THE C/O THAT IS ASIGNED TO OUR WING. THIS DOES NOT MAKE ANY SENCE BECAUSE WERE WE SUSPOSE TO HANG OUR WET UNDERWEAR, T-SHIRTS, AND SOCK WHEN WE WASH THEM. THE COUNTY JAIL DOES NOT PROVIDE ANY MEANS OF WASHING AND DRYING DETAINEES UNDERCLOTHES. WE ARE ALSO NOT ALOUD TO BRING PAPER BAGS, PALES ECT. OUT OF OUR CELLS DETAINEES USED TO BRING THIER BAGS OR PALES OUT TO CARRY THIER PERSONAL HYGIENE ITEMS TO THE SHOWER ITEMS LIKE SOAP, DEODERANT, LOTION, TOOTH PASE AND TOOTH BRUSH, TOWEL FACE TOWEL, CLEAN UNDERCLOTHES. HOW ARE WE SUSPOSE TO CARRY ALL OUR STUFF TO THE SHOWER WE ARE LOCKED OUT OF OUR CELLS ALL DAY. WHEN I ASKED PLAXICO ABOUT THESE ISSUED HE TOLD US THAT WE CAN PUT OUR STUFF ON THE FLOOR, AND WE CAN TAKE CARE OF OUR PERSONAL HYGIENES IN OUR CELLS.
ALL ADMINASTRATIVE PERSONEL ANDDDETAINEES HOUSED IN DIX-10.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
DETAINEES WOULD LIKE TO BE ABLE TO HANG THIER CLOTHES SOME WHERE WITHOUT BEING HARRASSED

ACTION THAT YOU ARE REQUESTING:
OR THE COUNTY TO PROVIDE MEANS OF WASHING AND DRYING DETAINEES CLOTHES. WE WOULD ALSO LIKE TO BE ABLE TO CARRY OUR PERSONAL HYGIENE STUFF TO THE SHOWER IN A BAG OR PALE OR A LAUNDRY BAG PROVIDE BY THE COOK COUNTY JAIL OR ON COMMISSARRY THANK YOU.

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: ____ Allen          DATE C.R.W. RECEIVED: 10 / 19 / 06

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part A Controls

Referred To: _Supervisor_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _CLARK_        First Name: _Robert_

ID #: _2004-0096333_  Div.: _10_  Living Unit: _2-D_  Date: _5/17/06_

BRIEF SUMMARY OF THE COMPLAINT: _I WAS THROWN IN SEG FOR NO REASON And every SINCE I HAVE been out of Seg my wing AS been Shook down 4 times in one WEEK MY PERSONAL belonging AS been thrown All on THE Floor I HAVE personal Items missing WE ARE told THAT WE CAN Not have brown PAPER bags or Clothes lines & WHEN THE Officer shake down our Cells They Take our garbage bags or if we have something in A bag They Take our personal belonging or threw them on THE Floor And if we have A line up in our Cell to hang up our Clothes on They Tare it down And Set + throw our CLEAN Clothes ON THE Floor By Tary are Doing All over Again They dont want us hanging Clothes in The dayroom or where are we suppose to hang our wet Clothes. They are not Shaking down Cell ___ ___ ___ Doing Things Around St. And everyone in 2-D St 1A, eson_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Clark          First Name: Robert

ID #: 2004-0096333   Div.: 10   Living Unit: 2-D   Date: 5-17-06

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

## DETAINEE SIGNATURE: Robert Clark

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _____

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _CLARK_    First Name: _Robert_

ID #: _2004-0096333_  Div.: _10_  Living Unit: _30_  Date: _4/26/06_

BRIEF SUMMARY OF THE COMPLAINT: ON 4-25-06 I WAS MOVED
FROM 2D the over 40 wing At 10 o'clock pm. For
KNOW REASON At All. I WAS IN the LINE to SEE the nurse
when it WAS my turn I went into the ENTER lock officer
Cat CArter Told me to get out his ENTER lock for no
REASON I told him I waited to SEE the nurse After I
spoke to the nurse off. cer CArter said he WAS going
to write me up After I left the ENTEr Clock I had
a few words with A1 inmate name John taler he went
into the ente lock Talk to officer CArter Sgt Collen
came to talk ask me Did I have a problem with John I Say
no Sgt Collen said he left and that was that on till the
next Sgt At 12 o'clock I WAS move for know reason since that
Thirty minutes. The nurse on that Shift, Sgt Collen the inmate on the
                 counselor                                              wing

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
I would like to know why I WAS move and I would like

ACTION THAT YOU ARE REQUESTING:
To be placed back in 2D over 40 wing in Cell 14 Im the
very clean person I cleaned that Cell from Top to bottom.

**DETAINEE SIGNATURE:** _Robert Clark_

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: ___/___/___

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2006 X 1204

Referred To: CERMAK

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **CLARK**          First Name: **ROBERT**

ID #: **2004** - **0096333**     Div.: **10**     Living Unit: **2D**     Date: **10** / **11** / **06**

BRIEF SUMMARY OF THE COMPLAINT:

ON SEVERAL ACCASION I ASKED MS. TATE TO ORDER MY SKIN MEDICATION, AND SHE ALWAYS SEEMS

TO GET A ATTITUDE ABOUT IT, AND TELLS ME WHEN THEY SEND IT I WILL GET IT, BUT I NEVER

RECIEVE MY SKIN MEDICATION. I WAS TOLD BY THE DOCTOR HERE IN DIV-10 AND THE DERMOTOLIGIST

AT CERMAK AND SEVERAL OTHER NURSES THAT THESE SKIN CREAMS AS TO BE ORDERED BY THE NURSE

AS NEEDED. I ALSO ASKED MS.JEFFERSON, AND THE TWO MALE NURSES BUT I STILL HAVE NOT GOT

MY SKIN CREAMS EVERYONE KEEP TELLING TO TELL MY ASIGN NURSE MS.TATE BUT SHE REFUSES TO

ORDER THEM. SHE ALSO REFUSES TO TURN IN MY MEDICAL FORMS I HAVE TURNED IN THREE FORMS IN

TH

THE LAST MONTH AND I STILL HAVE NOT SEEN THE DOCTOR. I HAVE BEEB GOING THROUGH THIS WITH

MS. TATE FOR OVER A YEAR.

THE DOCTOR, MS.JEFFERSON. THE TWO MALE NURSES NAMES UNKNOWN, AND THE DERMOTOLIGIST.

I WOULD LIKE TO RECIEVE MY SKIN CREAMS ON TIME. THANK YOU. I TOLD ALL OF THEM ABOUT THIS.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I WOULD LIKE TO RECIEVE MY SKIN CREAMS ON TIME AND I WOULD LIKE FOR MS. TATE TO ORDER

ACTION THAT YOU ARE REQUESTING:

THEM ON TIME. THANK YOU.

## DETAINEE SIGNATURE: _R_____

C.R.W.'S SIGNATURE: _X Allen_          DATE C.R.W. RECEIVED: _10 / 19 / 06_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)     (YELLOW COPY – C.R.W.)     (PINK COPY – DETAINEE)     (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

Detainee's Last Name: CLARK          First Name: ROBERT

ID#: 2004 - 0096333    Div: 10    Tier/LivingUnit: 2D

Date of Request: 10 /10 /06          Date C.R.W. Received Request: 10 /19 /06

This Request has been processed by: S. Allen          C.R.W.

**Summary of Request:**

Detainee requests a mean of hanging clean clothes to dry and to be able to carry personal hygiene products to shower.

**Response and/or Action Taken:**

Be Advised that M Supt. instructed detainees that they could hang wet clothing on their bunk or the shower wall. No clothing can be hung on walls in the dayroom or clotheslines that block the clear view in the cell. Detainees are permitted to bring hygiene gel to shower in their towel.

Supt. C. Plaxice #M Dept. C 20 _____ Date: 10/30/06 Div./Dept. X
(Print- name of individual responding)    (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

Detainee's Last Name: _____    First Name: _____

ID#: _____ Div: _____ Tier/LivingUnit: _____

Date of Request: _____/_____/_____    Date C.R.W. Received Request: _____/_____/_____

This Request has been processed by: _____ **C.R.W.**

**Summary of Request:**

_____

_____

_____

**Response and/or Action Taken:**

_____

_____

_____

_____

_____

_____    _____    Date: _____/_____/_____ Div./Dept. _____
(Print- name of individual responding)    (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** _____     **First Name:** _____

**ID#:** _____ **Div:** _____ **Tier/LivingUnit:** _____

**Date of Request:** ___/___/___     **Date C.R.W. Received Request:** ___/___/___

**This Request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

_____

_____

_____

**Response and/or Action Taken:**

During searches, officers are instructed to place any and all items on detainee's bunk and go through said items. Clothes lines are not allowed in cells and are to be removed by officers, however any clothes are also to be placed on detainee's bunk. A Sgt is assigned to oversee all tier searches to assure compliance of the search procedure.

Capt. Arce _____ - _Capt. Arce #65_ **Date:** 6 / 11 / 06 **Div./Dept.** 10
(Print- name of individual responding)     (Signature of individual responding)

Superintendent

Dear Superintendent

I'm appealing my disciplinary charges 110 verbally or physically demonstrating distress to a staff member. 202 Being in a unauthorize area. 203 Disobey to another person. I was found guilty on 4-28-06 for something I did not do I was lied on by one of your staff members an officer carter #1169. I tryed to explain to Sgt. Collins, Sgt. Helms and Capt. Scops #10 on the second shift and Chief morri #76 but no one cared to look into my situation or investigate my charges. On 4-25-06 I was the last one in line to see the nurse I was also called to the inter lock by counsler gray there was one guy in front of me, I went to use the washroom when I got finish the guy in front of me was finish seeing the nurse jefferson and left out when I got to the inter lock I had just caught nurse jefferson as she was leaving out the other door. I open the inner door to ask her about my medication and thats when officer carter #1169 just snapped on me telling me to get out of "his" inter-lock I told him that I want to see the nurse and how was he just going to deny me of seeing the nurse at that time nurse jefferson asked me want I wanted I explain to her about my medication and she said she would take care of it. all the time this was going on counsler gray was standing there and another nurse I guess

nurse Jefferson was training her. so nurse Jefferson walked out to leave I turned around and officer carter said that I was going to get a ticket I ask him for what that I haven't done anything, then officer carter stated well you will read about it, that was all said between officer carter and me. counsler gray then started talking to me about a grievance I wrote about my diet tray. She gave me my reply and after that I left. I was thinking to myself why officer carter snapped on me like that, until another inmate told me that John Taylor another inmate and officer carter's friend and worker was out in the inter lock with carter earlyer talking about me John Taylor told officer carter that I was the one talking about him and calling him names when we was a lock-down that monday 4-24-06. I guess that's why officer carter had a attitude with me officer carter never acted that way with me until that day nor have I ever been disrespectful to officer carter or any other staff member since I've been here outside by all rules an regulations you can ask any officer that I've come in contact with me since I've been here and that's just about all of them. after I found out what John had told officer carter that's when I confronted John Taylor and just told him to keep my name out of his mouth I went back to playing cards while John went back into the inter lock to talk to officer carter. at lunch lock-up I went into my cell and went to sleep I did not come back I don't even

come out of my cell in the morning and officer
carter knows that the only reason I come out of my
cell that day was to see the nurse. Srt. collins came
to see me he never said anything to me about verbally
disrespecting officer carter all he ask me about is that
did I have a problem with john taylor I said no
and collins said o.k. if he and carter went home was
he going to have a problem out of me and john I told
collins that I did not have a problem with john
ask long as he did not have a problem with me.
Srt. collins said o.k. and left. I went back to sleep
and left it at that. when shift changed carter when
down stairs Srt. collins did find any reason to
walk me to the hole and talk to the chief and
Srt. Helms and capt. seigl. at around 10. o.clock p.m.
that night I was told by officer martin to pack my
stuff that I was going to the holding cage. I asked
him for what and he said he did not know. I went
down stair thinking that I was going to the hole. but
officer anderson told me that I was going to 3D I
ask her why I had to go to 3D because I haven't
done anything. I started to go to the hole that night
but I said I would wait and talk to collins in the
morning. when Srt. collins came up on 3D he saw me
and said so they move anyway I ask him why I
was moved he said he did not know why I was moved
but he would check it out I asked him can he move
me back and he said that the only one that can move

COOK COUNTY DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information                                                          04POPA01DS

| SECTION I    DISCIPLINE REPORT | Division: 10 | Date of Infraction: 4/25/06 |
|---|---|---|

Detainee's Name: BLANK Robert G.    ID#: 2004-0063 3    Date of Birth: 11/20/1962

Detainee's Living Unit: 2D    Place of Incident: SAFETY CAGE    Time: 07:30AM HRS

| ☑ Category I | ☑ Category II | ☑ Category III | ☐ Category IV | ☐ Category V | ☐ Category VI |
|---|---|---|---|---|---|

Description of Charge(s) & Code(s): 110 Verbally or physically Demonstrating distress to a Staff Member, 202 Being in Unauthorized Area 214 Verbal Threat to Another Person

Detainee Injuries: ☐ Yes  ☑ No    Medical Attention: ☐ Yes  ☐ No    Name(s): N/A
Staff Injuries:     ☐ Yes  ☑ No    Medical Attention: ☐ Yes  ☐ No    Name(s): N/A
Victim Report:      ☐ Yes          ☐ No    Reported to Internal Investigation: ☐ Yes  ☑ No

Material Confiscated /Evidence Bag # (attach photocopy of evidence):

NONE

Description of Incident: Inmate Robert Clark was directed by R/O Carter Not to come into the interlock because there was already one inmate seeing the Nurse, However he pushed by R/O Carter And said Fuck you I need to see the Nurse, AND became Verbally Assaultive to Inmate John Taylor for No reason, His statement was Fuck ants Bo Carter, So O/C reported this action.

Disciplinary Report Delivered to Detainee By (Name and Star #):    Date and Time Delivered:
_____    26 / APR / 2006    17 : 65 HRS
Detainee's Signature: _____

Reporting Employee's Signature & Star #: _____ #164    Personnel Who Witnessed Infraction: _____

Reviewing Supervisor /Signature & Star #: _____ #76    Name and Star (printed): CHIEF A. MORECI #76

Superintendent or designee's Signature: _____ #76    Name and Star (printed): CHIEF A. MORECI #76

| SECTION II    DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: 1/26/06 |
|---|---|

Detainee Requested Witnesses ☐ Yes  ☐ No    Waive 24 Hr. Notice ☐ Yes  ☐ No    Representative/Interpreter ☐ Yes  ☐ No
Detainee Witness:                         Living Unit:    Detainee Witness:                         Living Unit:

Detainee's Plea to Charge    ☐ Guilty As Charged    ☒ Not Guilty    Detainee Status While Awaiting Hearing: ____
Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)
_____
_____
_____
                                        DETAINEE SIGNATURE _____

Testimony of Witnesses: (Use Continuation Sheet If Necessary) _____

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:    ("X" APPLICABLE BOX)

| ☑ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ INVALID REPORT | ☐ 72 HOURS EXPIRED | ☐ 7 DAY EXPIRED |
|---|---|---|---|---|

Disciplinary Hearing Board's Finding is Based On The Following Information:
☑ DETAINEE REPLY/DISCIPLINARY REPORT    ☐ OTHER _____

Disciplinary Hearing Board Recommends/The Following Action: _____

Start Date of Action: 4/25/06    End Date: 4/29/06

| Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date |
|---|---|---|
| ____ 4/28/6 | ____ 4-28-06 | J. ____ 04/28/06 |

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy                         Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing                         Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

COOK COUNTY DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information                                                    04POPA01DS

| SECTION I   DISCIPLINE REPORT | | Division: 10 | Date of Infraction: 26 JULY 2006 |
|---|---|---|---|
| Detainee's Name: CLARK ROBERT G | | ID#: 2004 0803 331 | Date of Birth: |
| Detainee's Living Unit: 3D 1A | Place of Incident: 3D DAYROOM | | Time: 5:11 HRS |

| ☐ Category I | ☑ Category II | ☑ Category III | ☐ Category IV | ☐ Category V | ☐ Category VI |
|---|---|---|---|---|---|

Description of Charges(s) & Code(s): 305 DISOBEYING VERBAL REGISTRATION GIVEN
OFF. 27 BE IN IN UNAUTHER. 2ND AREA.

| Detainee Injuries: ☐ Yes ☑ No | Medical Attention: ☐ Yes ☑ No | Name(s): |
|---|---|---|
| Staff Injuries: ☐ Yes ☑ No | Medical Attention: ☐ Yes ☐ No | Name(s): |
| Victim Report: ☐ Yes | ☐ No | Reported to Internal Investigations: ☐ Yes ☐ No |

Material Confiscated /Evidence Bag # (attach photocopy of evidence):
NONE

Description of Incident:
AT 5:11 HRS C/O JONES AND ROBERT C. SERVED AN
RULE 305 FOR C/O HELMS NOTIFIED
DETAINEE CLARK WAS TRANSFERRED TO TIER IA
PENDING HEARING BOARD FINDINGS.

| Disciplinary Report Delivered to Detainee By (Name and Star #): | Date and Time Delivered: 1/1/1 11 : 40 HRS |
|---|---|
| Detainee's Signature: | |

| Reporting Employee / Signature & Star #: Kenny Kelly #7109 | CCDOC Personnel Who Witnessed Infraction: McKadyunik #8836 |
|---|---|
| Reviewing Supervisor / Signature & Star #: #97 | Name and Star (printed): LT. D. MARTINEZ #97 |
| Superintendent or designee's Signature: | Name and Star (printed): Aire #10 |

SECTION II   DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: 7/30/06

| Detainee Requested Witnesses: ☐ Yes ☑ No | Waive 24 Hr. Notice: ☐ Yes ☑ No | Representative/Interpreter: ☐ Yes ☐ No |
|---|---|---|
| Detainee Witness: | Living Unit: | Detainee Witness: | Living Unit: |

| Detainee's Plea to Charge: ☑ Guilty As Charged ☐ Not Guilty | Detainee Status While Awaiting Hearing: |
|---|---|

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)

Testimony of Witnesses: (Use Continuation Sheet If Necessary)

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:   ("X" APPLICABLE BOX)

| ☑ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ INVALID REPORT | ☐ 72 HOURS EXPIRED | ☐ 7 DAY EXPIRED |
|---|---|---|---|---|

Disciplinary Hearing Board's Finding is Based On The Following Information:
☑ DETAINEE REPLY/DISCIPLINARY REPORT   ☐ OTHER

Disciplinary Hearing Board Recommends The Following Action:

| Start Date of Action 5/1/29/06 | End Date 30 OF 06 |
|---|---|
| Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date 4-3-06 | Disciplinary Hearing Board Member Signature/Title/Date 01/28/06 |

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy          Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing               Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

# Cook County Department Of Corrections
## Notice of Mail Return

Detainee's Name: _____ Date: _____

Detainee Identification Number: _____

Mail Returned To: _____

_____

_____

The Cook County Department of Corrections will not accept the following item(s) from detainee family members, detainee visitors or any other outside source.

____ Underwear
____ Gym Shoes
____ Jewelry
____ Clothing
____ Aerosol Cans
____ Bar Soap
____ Candy
____ Posters
____ Adhesive
____ Weapons
____ Batteries
____ Credit cards
____ Paint brushes or Solvents
____ Cigarettes or cigars
____ Playing Cards or Puzzles
____ Stickers, decals or patches
____ Dental floss, paste, or powder
____ Personal checks or cash
____ Money Orders in access of $100.00 will not be accepted
____ Money Orders that are not properly filled in or have been altered will not be accepted
____ Plastic sentiment, musical cards or very large cards
____ Polaroid instant pictures with double backing
____ Hairbrushes, combs or picks
____ Rollers, boobie pins, clips or plastic bags
____ Glass, wood or metal objects
____ Twine, wire or any other binding material
____ Paperback books, magazines, newspapers limit of three (3) per mailing
____ Correspondences from inmates from other correctional institutes without prior approval from both institutions
____ any magazines or pictures showing drugs, weapons, nudity both male and female, or contain sexually explicit materials or actions. These types of items will be returned to you.
____ Other: _____

____ Socks
____ Stamped Envelopes
____ Towels
____ Cosmetics
____ Postage Stamps
____ Envelopes
____ Food
____ Leather Cover Books
____ Nail File or Clippers
____ Pictures showing weapons, money or gang signs
____ Marking Pens
____ Identification Cards
____ Pencils, pens or sharpeners
____ Cigarette lighter or matches
____ Radios, tape player or television sets
____ Foreign or illegal Substances
____ Medicine or medical supplies

## COOK COUNTY DEPARTMENT OF CORRECTIONS

2

RESIDENT'S NAME _____

ID NUMBER _____  DATE _____

MAIL RETURNED TO _____

_____

_____

WE ARE RETURNING THE ENCLOSED MAIL FOR THE FOLLOWING REASON.
"NOT PERMITTED PER INSTITUTIONAL REGULATIONS" SEE ITEM CHECK BELOW:

_____ADHESIVE TAPE
_____AEROSOL CANS
_____BAR SOAP
_____BATTERIES
_____CANDY
_____CIGARETTES OR CIGAR
_____CIGARETTE LIGHTER OR MATCHES
_____COSMETICS
_____CREDIT CARDS
_____DENTAL FLOSS, PASTE OR POWDER
_____FOOD
_____FOREIGN OR ILLEGAL SUBSTANCE ENCLOSED
_____GLASS, WOOD OR METAL OBJECTS
_____GLUE
_____HAIR BRUSH, COMB OR PICK
_____IDENTIFICATION CARDS
_____JEWELRY
_____KEYS
_____MAPS
_____MARKING PEN
_____MEDICINE OR MEDICAL SUPPLIES
_____NAIL FILE OR CLIPPERS
_____PAINT, BRUSHES OR SOLVENT
_____PENCILS, PEN OR SHRPENER
_____PICTURES SHOWING WEAPON, MONEY OR GANG SIGN
_____PLAYING CARDS OR PUZZLES
_____PLASTIC SENTIMENT, MUSICAL CARDS OR VERY LARGE CARDS
_____POLOROID INSTANT PICTURES WITH DOUBLE BACKING
_____POSTERS
_____RADIOS, TAPE PLAYER OR TELEVISION SETS
_____STICKERS, DECALS OR PATCHES
_____ROLLERS, BOBBIE PINS, CLIPS OR PLASTIC CAPS
_____TWINE, WIRE OR OTHER BINDING MATERIALS
_____INMATE ARE NOT PERMITTED TO CORRESPOND WITH OTHER INMATES OF OTHER
     CORRECTIONAL INSTITUTIONS WITHOUT THE PRIOR APPROVAL FROM BOTH WARDENS
_____PERSONAL CHECK OR CASH
_____MONEY ORDER IN EXCESS OF $100.00 WILL NOT BE ACCEPTED
_____MONEY ORDER NOT PROPERLY FILLED IN OR ALTER MONEY ORDER WILL NOT BE
     ACCEPTED
_____CLOTHING FOR JURY TRIAL ONLY. MUST BE POSTMARKED MORE THE 50 MILES
     OUTSIDE OF COOK COUNTY.
_____PAPERBACK BOOK, MAGAZINES, ▰▰▰▰▰▰ LIMIT OF 3 PER MAILING
_____OTHER

| | |
|---|---|
| PLAYboy | PLAYGIR |
| MAXIM | Stun |
| FEDS | MAD |
| FHM | Murder Do |
| Don Diva | Black Man |
| Swinsuit | Smooth |
| Black Tail | Black Bu |
| Complex | High Rider |
| Black Gold | STUFF |
| Penthouse | Blender |
| H. | Loft |
| Curves | Source |
| Vibe | XXL |
| Lyric | King |

MR-W-004

## Cook County Department of Corrections
## Notice of Mail Return

Detainee's Name: _Robert Clark_    Date: _2. 07_

Detainee Identification Number: _2004. 0076 333_    _10.2 D_

Mail Returned To: _Mildred Burt_

_424 w 119 pc.  Chgo Il. : 60628_

The Cook County Department of Corrections will not accept the following item(s) from
detainee family members, detainee visitors or any other outside source.

| | |
|---|---|
| ___ Underwear | ___ Socks |
| ___ Gym Shoes | ___ Stamped Envelopes |
| ___ Jewelry | ___ Towels |
| ___ Clothing | ___ Cosmetics |
| ___ Aerosol Cans | ___ Postage Stamps |
| Bar Soap | X Envelopes |
| Candy | ___ Food |
| Posters | Leather Cover Books |
| Adhesive | Nail File or Clippers |
| Weapons | Pictures showing weapons, money or gang signs |
| Batteries | Marking Pens |
| Credit Cards | Identification Cards |
| Paint Brushes or Solvents | Pencils, pens or sharpeners |
| Cigarettes or Cigars | Cigarette lighter or matches |
| Playing Cards or Puzzles | Radios, Tape player or Television sets |
| Stickers, Decal's or Patches | Foreign or Illegal Substances |
| Dental floss, paste, or power | Medicine or Medical Supplies |

Personal checks or cash
Money Orders in access of $100.00 will not be accepted
Money Orders that are not properly filled in or have been altered will not be accepted
Plastic sentiment cards, musical cards or very large cards
Polaroid instant pictures with double backing
Hairbrush, combs or picks
Rollers, bobbie pins, clips or plastic bags
Twine, wire or any other binding material
Paperback books, magazines, newspapers limit of three (3) per mailing
Correspondences from inmates from other correctional institutes without prior
approval from both institutions
Any magazines or pictures showing drugs, weapons, nudity both male and female, or
contain sexually explicit materials or actions. These types of items will be returned to you.
Other

| Playboy | H | Blender | Swim Suit | Onnozoa M'A |
|---|---|---|---|---|
| PlayGirl | Murder Dog | XXL | Black Tail | Slam |
| Maxim | Lyric | Don Diva | Black Gold | Fox |
| Stun | Sing | Curves | Smooth | Cheri |
| EEDS | Source | Loft | High Rider | Sex Life |
| EHM | Complex | Vibe | Blackman | Vixen |
| MAD | Stuff | Pent House | Men's Health | As Is |

ONE-CUP SERVING  ONE-CUP SERVING  ONE-CUP

CHERRY
DRINK MIX
63046A



rich & smooth
COFFEE
CREAMER

**NOT FOR INDIVIDUAL SALE**

*Non-Dairy Creamer*

INGREDIENTS: CORN SYRUP SOLIDS, PARTIALLY HYDROGENATED SOYBEAN OIL, SODIUM CASEINATE (A MILK DERIVATIVE), DIPOTASSIUM PHOSPHATE, SODIUM SILICOALUMINATE, ARTIFICIAL COLOR, MONO-AND DIGLYCERIDES, SOY LECITHIN, ARTIFICIAL FLAVOR.

**Distributed by**
VISTAR Corporation
Centennial, CO 80112

CAUTION: LIKE ALL POWDERED PRODUCTS THIS PRODUCT SHOULD NOT BE STORED OR USED NEAR AN OPEN FLAME OR HIGH HEAT SOURCE.

Sugar
Net Wt 0.1 oz (3g)
Distributed by VISTAR Corporation
Centennial, CO 80112

ORANGE
DRINK

BREAKFAST
27805



Cool Off!
Lemonade
Flavor Drink Mix
WITH VITAMIN C
SUGAR-FREE

# ★ ARAMARK

**COOK COUNTY**     **SPENDING LIMIT $100.00 PER WEEK**

**INMATE NUMBER**

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |

**LAST NAME** _____     **FIRST NAME** _____     **MI** _____

**UNIT** _____

**I Authorize The Sheriff To Charge My Account:** _____

(ORDER MUST BE SIGNED)

Prices are subject to change without notice. Substitutions will not be made. Orders will be adjusted if there is not enough money available in account. Fill in quantity column only. Prices include tax

**MARKING INSTRUCTIONS**
• Make dark marks that fill the oval completely.
• Make no stray marks.     WRONG ● Ⓧ ⊘ ◑   RIGHT ●

## HEALTH & BEAUTY          PRICE

| Code | Item | Price |
|---|---|---|
| 1001 | Conditioner - Balsam  14 oz | $1.46 |
| 1002 | Conditioner - Balsam  4 oz | $0.80 |
| 1003 | Shampoo - Balsam  14 oz | $1.46 |
| 1004 | Shampoo - Balsam  4 oz | $0.80 |
| 1005 | Shampoo VO5 | $2.20 |
| 1006 | Shampoo - Dandruff  11 oz | $2.02 |
| 1009 | Hair Relaxer/Perm | $7.26 |
| 1010 | Hair Food | $2.05 |
| 1011 | Coconut Oil Conditioner | $2.55 |
| 1012 | Pomade | $2.45 |
| 1014 | Deodorant - Generic Men's | $1.85 |
| 1015 | Deodorant - Generic Ladies | $1.85 |
| 1016 | Deodorant - Ladies (Mennen) | $2.45 |
| 1017 | Deodorant - Men's (Mennen) | $2.45 |
| 1018 | Deodorant - Roll On 1.5 oz | $0.80 |
| 1019 | Baby Powder | $1.70 |
| 1020 | Lotion - Cocoa Butter | $1.85 |
| 1022 | Lotion - Hand / Body | $1.85 |
| 1023 | Medicated Skin Cream | $1.95 |
| 1024 | Anti-Fungal Cream | $2.25 |
| 1025 | Lip Balm Conditioner | $0.97 |
| 1026 | Magic Cream Shave Depilatory | $3.00 |
| 1027 | After Shave  4 oz | $1.50 |
| 1028 | Soap - Irish Spring | $0.90 |
| 1030 | Soap - Tone | $1.00 |
| 1031 | Soap - Jergens | $0.90 |
| 1032 | Soap - Like Dial | $0.90 |
| 1033 | Soap Dish | $0.60 |
| 1034 | Mouthwash - Mint | $1.50 |
| 1065 | Toothpaste - Freshmint 4.6oz | $1.50 |
| 1036 | Toothpaste - Colgate 2.7oz | $1.87 |
| 1037 | Toothbrush - medium | $0.97 |
| 1038 | Efferdent Denture Cleanser 40 Ct | $2.75 |
| 1039 | Effergrip 2.5 oz | $3.75 |
| 1040 | Acetaminophen 2 pk | $0.45 |
| 1041 | Ibuprofen 2pk | $0.45 |
| 1042 | Rolaids (Original) | $0.80 |
| 1043 | Halls Cough Drops | $0.97 |
| 1044 | Daily Vitamin with Iron | $2.95 |
| 1045 | Saline Solution | $2.15 |
| 1046 | Douche - Sweet n Fresh | $1.50 |
| 1047 | Super Maxi Pad | $1.53 |
| 1048 | Foot Powder | $1.75 |
| 1049 | Comb 9" - Dress | $0.40 |
| 1050 | Palm Brush | $0.45 |
| 1051 | Shower Cap | $0.27 |
| 1068 | Metamucil 2 pk Sugar Free | $1.25 |
| 1089 | Vaseline 5gm packet | $0.17 |
| 1070 | Hydrocortisone Ointment | $3.00 |
| 1060 | Reading Glasses +1.0 | $6.00 |
| 1061 | Reading Glasses +1.25 | $6.00 |
| 1053 | Reading Glasses +1.5 | $6.00 |
| 1054 | Reading Glasses +1.75 | $6.00 |
| 1055 | Reading Glasses +2.00 | $6.00 |
| 1056 | Reading Glasses +2.25 | $6.00 |
| 1057 | Reading Glasses +2.50 | $6.00 |
| 1058 | Reading Glasses +2.75 | $6.00 |
| 1059 | Reading Glasses +3.00 | $6.00 |
| 1062 | Reading Glasses +3.25 | $6.00 |
| 1063 | Reading Glasses +3.5 | $6.00 |

## HEALTH & BEAUTY          PRICE

### CHIPS

| Code | Item | Price |
|---|---|---|
| 3050 | Chips - Regular - 1.5 oz | $0.78 |
| 3051 | Chips - BBQ (spicy) - 1.5 oz | $0.78 |
| 3055 | Corn Chips - Chili Cheese - 2 oz | $0.78 |
| 3056 | Doritos - Nacho - 1.75 oz | $0.78 |
| 3058 | Cheese Popcorn - 1 oz | $0.78 |
| 3059 | Cheetos - Crunchy - 2 oz | $0.78 |
| 3060 | Cheetos - Hot - 2 oz | $0.78 |
| 3063 | Baconettes - 1 oz | $0.78 |
| 3064 | Flamin' Hot Trail Mix - 2 oz | $0.78 |
| 3023 | Doritos - Fiery Habanero | $0.78 |
| 3016 | Peanuts - Salted - 1 oz | $0.45 |
| 3017 | Saltines - 16 oz | $1.90 |
| 3019 | Snack Crackers - 2 oz | $2.30 |
| 3021 | Sunflower Kernels | $0.60 |

### DRINKS

| Code | Item | Price |
|---|---|---|
| 5001 | Coffee - Decaf -10 pk | $2.75 |
| 5002 | Coffee - Regular -10 pk | $2.50 |
| 5003 | Sugar - 10 pk | $0.40 |
| 5004 | Creamer - 10 pk | $0.40 |
| 5005 | Sugar Substitute - 10 pk | $0.17 |
| 5007 | Lemon Drink - Sugar Free 10 pk | $2.20 |
| 5008 | BL Cherry Drink - Sugar Free 10 pk | $2.20 |
| 5010 | Orange Breakfast Drink 6oz packet | $1.40 |
| 5011 | Lemonade 6oz packet | $1.40 |
| 5012 | Fruit Punch 6oz packet | $1.40 |
| 5013 | Cherry Drink 6oz packet | $1.40 |
| 5015 | Hot Chocolate - 10Ct box | $2.30 |
| 5019 | Tea - 100 ct | $2.50 |

### GENERAL MERCHANDISE

| Code | Item | Price |
|---|---|---|
| 6001 | Envelopes #10 White | $0.03 |
| 6002 | Legal Pad - White | $0.75 |
| 6003 | Writing Pen | $0.28 |
| 6004 | Greeting Card - Birthday | $1.00 |
| 6005 | Greeting Card - Juvenile BDay | $1.00 |
| 6006 | Greeting Card - Get Well | $1.00 |
| 6007 | Greeting Card - Friendship | $1.00 |
| 6008 | Greeting Card - Anniversary | $1.00 |
| 6009 | Greeting Card - Thank You | $1.00 |
| 6010 | Greeting Card - Holiday | $1.00 |
| 6011 | Greeting Card - Birthday (Spanish) | $1.00 |
| 6016 | Greeting Card - Love | $1.00 |
| 6013 | Tumbler - Plastic w/Lid | $0.50 |
| 6014 | Envelopes - 9 X 12 | $0.15 |
| 6015 | Laundry Detergent | $0.60 |
| 6012 | Playing Cards | $1.30 |

Mark Reflex® forms by Pearson NCS MM255995-8   321   Printed in U.S.A.

## PASTRIES

| | Item | PRICE |
|---|---|---|
| 1 2 3 4 5 10 15 20 | 7002 Cinnamon Roll - Texas - 4.25 oz | $0.85 |
| 1 2 3 4 5 10 15 20 | 7003 Peanut Butter Bars - Box - 12 oz | $1.65 |
| 1 2 3 4 5 10 15 20 | 7004 Oatmeal Sandwich Cakes - Box - 9.25 oz | $1.65 |
| 1 2 3 4 5 10 15 20 | 7005 Dunking Sticks - Box - 10 oz | $1.65 |
| 1 2 3 4 5 10 15 20 | 7006 Swiss Rolls - Box - 12 oz | $1.75 |
| 1 2 3 4 5 10 15 20 | 7008 Cupcake - 4 oz | $1.00 |
| 1 2 3 4 5 10 15 20 | 7009 Honey Buns - 6 oz | $1.00 |

## FOOD

| | Item | PRICE |
|---|---|---|
| 1 2 3 4 5 10 15 20 | 7102 Jalapeno Cheese Spread - 8 oz | $2.00 |
| 1 2 3 4 5 10 15 20 | 7105 Sliced Jalapeno Peppers - .7 oz | $0.45 |
| 1 2 3 4 5 10 15 20 | 7106 Hot Sauce - 6 oz | $1.25 |
| 1 2 3 4 5 10 15 20 | 7107 BBQ Sauce - 18 oz | $2.40 |
| 1 2 3 4 5 10 15 20 | 7108 Squeeze Ketchup - 24 oz | $1.50 |
| 1 2 3 4 5 10 15 20 | 7109 Mayonnaise - 11.5 oz | $2.20 |
| 1 2 3 4 5 10 15 20 | 7110 6 Gun Beef Stick - 1.125 oz | $0.60 |
| 1 2 3 4 5 10 15 20 | 7112 Sliced Pepperoni - 3 oz | $2.25 |
| 1 2 3 4 5 10 15 20 | 7113 Summer Sausage - Beef - 5 oz | $2.25 |
| 1 2 3 4 5 10 15 20 | 7114 Summer Sausage - Hot Beef - 5 oz | $2.25 |
| 1 2 3 4 5 10 15 20 | 7115 Tuna - 3 oz | $1.50 |
| 1 2 3 4 5 10 15 20 | 7116 Dill Pickle - 1 oz | $1.00 |
| 1 2 3 4 5 10 15 20 | 7117 Tortillas - 6 pk | $0.95 |
| 1 2 3 4 5 10 15 20 | 7118 Peanut Butter - Single - 1.12 oz | $0.43 |
| 1 2 3 4 5 10 15 20 | 7120 Strawberry Jelly - 12 oz | $2.20 |
| 1 2 3 4 5 10 15 20 | 7121 Grape Jelly - 12 oz | $2.20 |
| 1 2 3 4 5 10 15 20 | 7122 Honey - 8 oz | $1.95 |
| 1 2 3 4 5 10 15 20 | 7123 Granola Bar - Ch Chip - 1.3 oz | $0.40 |
| 1 2 3 4 5 10 15 20 | 7124 Strawberry Cereal Bar 1.3 oz | $0.50 |
| 1 2 3 4 5 10 15 20 | 7131 Sardines - 3.53 oz | $1.74 |
| 1 2 3 4 5 10 15 20 | 7137 Salsa Medium - 4 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 7135 Refried Beans - 4 oz | $1.99 |
| 1 2 3 4 5 10 15 20 | 7136 Spicy Refried Beans/Precooked Rice - 4.4 oz | $2.15 |
| 1 2 3 4 5 10 15 20 | 7140 Spicy Meat and Cheese Snack - 1.125 oz | $0.65 |
| 1 2 3 4 5 10 15 20 | 7145 Pizza Combos | $1.19 |
| 1 2 3 4 5 10 15 20 | 7146 Corn Nuts | $0.89 |
| 1 2 3 4 5 10 15 20 | 7147 Hot Pickle | $1.00 |
| 1 2 3 4 5 10 15 20 | 7148 Red Hot Sausage | $0.59 |
| 1 2 3 4 5 10 15 20 | 7149 Sweet and Hot Snack Mix | $0.91 |

## CANDY

| | Item | PRICE |
|---|---|---|
| 1 2 3 4 5 10 15 20 | 8001 Butterscotch Buttons - Bag - 4.5 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8002 Jolly Rancher - Assorted Bag - 4 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8004 Starlight Mints - Bag - 4.5 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8005 Atomic Fire Balls - Bag - 4 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8006 Sugar Free Wild Fruit - Bag - 2 oz | $0.97 |
| 1 2 3 4 5 10 15 20 | 8007 M&M Peanuts - 1.74 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8008 Baby Ruth - 2.1 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8009 Snickers - 2.07 oz. | $0.80 |
| 1 2 3 4 5 10 15 20 | 8012 Reese Peanut Butter Cup - 1.5 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8013 Skittles - 2.17 oz | $0.80 |
| 1 2 3 4 5 10 15 20 | 8020 Cherry Sours | $1.99 |
| 1 2 3 4 5 10 15 20 | 8021 Orange Slices | $1.99 |

## COOKIES

| | Item | PRICE |
|---|---|---|
| 1 2 3 4 5 10 15 20 | 9005 Strawberry Crème - 8 oz | $1.58 |
| 1 2 3 4 5 10 15 20 | 9006 Chocolate Chip - 7.5 oz | $1.58 |
| 1 2 3 4 5 10 15 20 | 9007 Butterfinger - 7.5 oz | $1.58 |
| 1 2 3 4 5 10 15 20 | 9011 Peanut Butter - 2.75 oz | $0.60 |
| 1 2 3 4 5 10 15 20 | 9015 Chocolate Pecan | $1.58 |
| 1 2 3 4 5 10 15 20 | 9016 Chocolate and Creme | $1.58 |

## STAMPS

| | Item | PRICE |
|---|---|---|
| 1 2 3 | 9201 Book of Stamps - 10 | $4.10 |
| 1 2 3 4 5 10 15 20 | 9203 Stamped Envelope w/paper | $0.60 |

## CLOTHING

| | Item | PRICE |
|---|---|---|
| 1 2 3 | 9100 Men's Briefs - Small | $2.75 |
| 1 2 3 | 9101 Men's Briefs - Medium | $2.75 |
| 1 2 3 | 9102 Men's Briefs - Large | $2.75 |
| 1 2 3 | 9103 Men's Briefs - XL | $2.75 |
| 1 2 3 | 9104 Men's Briefs - 2XL | $3.75 |

## CLOTHING

| | Item | PRICE |
|---|---|---|
| 1 2 3 | 9105 Men's Briefs - 3XL | $3.75 |
| 1 2 3 | 9106 Men's Briefs - 4XL | $4.65 |
| 1 2 3 | 9107 Men's Briefs - 5XL | $4.65 |
| 1 2 3 | 9108 Women's Panties - Small | $2.75 |
| 1 2 3 | 9109 Women's Panties - Medium | $2.75 |
| 1 2 3 | 9110 Women's Panties - Large | $2.75 |
| 1 2 3 | 9111 Women's Panties - XL | $2.75 |
| 1 2 3 | 9112 Women's Panties - 2XL | $2.75 |
| 1 2 3 | 9113 Women's Panties - 3XL | $2.75 |
| 1 2 3 | 9114 Women's Panties - 4 XL | $3.75 |
| 1 2 | 9115 Sports Bra (34 A, 34B, 34C) | $10.00 |
| 1 2 | 9116 Sports Bra (36B, 36C) | $10.00 |
| 1 2 | 9117 Sports Bra (38B, 38C) | $10.00 |
| 1 2 | 9119 Sports Bra (40C, 42C) | $12.50 |
| 1 2 | 9121 Sports Bra (44 D) | $12.50 |
| 1 2 | 9122 Socks - One Size | $1.25 |

### Unisex Canvas Shoes (Women's 2 sizes down)

| | Item | PRICE |
|---|---|---|
| 1 2 | 9281 Unisex Canvas Shoes (Sz 4) | $16.00 |
| 1 2 | 9282 Unisex Canvas Shoes (Sz 5) | $16.00 |
| 1 2 | 9283 Unisex Canvas Shoes (Sz 6) | $16.00 |
| 1 2 | 9284 Unisex Canvas Shoes (Sz 7) | $16.00 |
| 1 2 | 9285 Unisex Canvas Shoes (Sz 8) | $16.00 |
| 1 2 | 9286 Unisex Canvas Shoes (Sz 9) | $16.00 |
| 1 2 | 9287 Unisex Canvas Shoes (Sz 10) | $16.00 |
| 1 2 | 9288 Unisex Canvas Shoes (Sz 11) | $16.00 |
| 1 2 | 9289 Unisex Canvas Shoes (Sz 12) | $16.00 |
| 1 2 | 9290 Unisex Canvas Shoes (Sz 13) | $16.00 |
| 1 2 | 9191 Unisex Canvas Shoes (Sz 14) | $16.00 |
| 1 2 | 9123 Shower Shoes - Cross Small | $1.00 |
| 1 2 | 9124 Shower Shoes - Cross Medium | $1.00 |
| 1 2 | 9125 Shower Shoes - Cross Large | $1.00 |
| 1 2 | 9126 Shower Shoes - Deluxe Medium | $3.25 |
| 1 2 | 9127 Shower Shoes - Deluxe Large | $3.25 |
| 1 2 | 9128 Shower Shoes - Deluxe XL | $3.25 |
| 1 2 | 9129 Wash Cloth | $1.65 |
| 1 2 | 9130 Bath Towel | $6.00 |
| 1 2 | 9131 Boxers - Small | $3.50 |
| 1 2 | 9132 Boxers - Medium | $3.50 |
| 1 2 | 9133 Boxers - Large | $3.50 |
| 1 2 | 9134 Boxers - XL | $3.50 |
| 1 2 | 9135 Boxers - 2XL | $4.85 |
| 1 2 | 9136 Boxers - 3XL | $6.25 |
| 1 2 | 9137 Boxers - 4XL | $6.25 |
| 1 2 | 9138 Boxers - 5 XL | $6.25 |
| 1 2 | 9139 Boxers - 6XL | $6.25 |
| 1 2 | 9140 Thermal Pants - Small | $5.95 |
| 1 2 | 9141 Thermal Pants - Medium | $5.95 |
| 1 2 | 9142 Thermal Pants - Large | $5.95 |
| 1 2 | 9143 Thermal Pants - XL | $5.95 |
| 1 2 | 9144 Thermal Pants - 2XL | $5.95 |
| 1 2 | 9145 Thermal Pants - 3XL | $5.95 |
| 1 2 | 9146 Thermal Pants - 4 XL | $5.95 |
| 1 2 | 9147 Thermal Top - Small | $5.95 |
| 1 2 | 9148 Thermal Top - Medium | $5.95 |
| 1 2 | 9149 Thermal Top - Large | $5.95 |
| 1 2 | 9150 Thermal Top - XL | $5.95 |
| 1 2 | 9151 Thermal Top - 2XL | $5.95 |
| 1 2 | 9152 Thermal Top - 3XL | $6.80 |
| 1 2 | 9153 Thermal Top - 4 XL | $6.80 |
| 1 2 | 9154 T-Shirt - Small | $3.00 |
| 1 2 | 9155 T-Shirt - Medium | $3.00 |
| 1 2 | 9156 T-Shirt - Large | $3.00 |
| 1 2 | 9157 T-Shirt - XL | $3.08 |
| 1 2 | 9158 T-Shirt - 2XL | $3.48 |
| 1 2 | 9159 T-Shirt - 3XL | $3.73 |
| 1 2 | 9160 T-Shirt - 4XL | $3.98 |
| 1 2 | 9161 T-Shirt - 6XL | $4.63 |

## SPECIALS

| | Item |
|---|---|
| 1 2 3 4 5 10 15 20 | 4025 Special 1 |
| 1 2 3 4 5 10 15 20 | 4026 Special 2 |
| 1 2 3 4 5 10 15 20 | 4027 Special 3 |
| 1 2 3 4 5 10 15 20 | 4028 Special 4 |
| 1 2 3 4 5 10 15 20 | 4029 Special 5 |
| 1 2 3 4 5 10 15 20 | 4030 Special 6 |
| 1 2 3 4 5 10 15 20 | 4031 Special 7 |
| 1 2 3 4 5 10 15 20 | 4032 Special 8 |
| 1 2 3 4 5 10 15 20 | 4033 Special 9 |
| 1 2 3 4 5 10 15 20 | 4034 Special 10 |



*2D*

## MEMORANDUM

(To: Superintendent Staff)          (From:  Holly  Demske)

Subject: **Thanksgiving Schedule**          Date:  November 14, 2006

For the upcoming Thanksgiving holiday, the delivery process will be changing.

## SCAN FORMS WILL BE DISPERSED ON SATURDAY, NOVEMBER 18, 2006.

## SCAN FORMS WILL BE PICKED UP ON TUESDAY MORNING, NOVEMBER 21, 2006 AT 8AM.

### The delivery schedule for the holiday week is as follows:

Tuesday, November 21 - 3:30pm:          Division 11
Wednesday, November 22 – 3:30pm:          Divisions 5, 10 and 9
Thursday, November 23:          NO DELIVERY
Friday, November 24 – 9:30am:          Divisions 3, 4, 8, 14, 17
Friday, November 24 – 3:00pm:          Division 1, 2, 6
Saturday, November 25 – 8am:          Reroutes

**Please post the following approved memo to the detainee population.**

If you have any questions or concerns, please contact the commissary office at 869-5217 or 847-0297.

Thank you,

Holly Demske
Cook County Commissary



**COOK COUNTY DEPARTMENT OF CORRECTIONS**

# RESTRICTED DIET ORDER FORM

Date Diet Begins:_____          Cancellation Date: 9 26 .S

Detainee's Name: Clarki Robert          ID# 2KK 2. 9633 3

Housing Unit: X-2D          DOB: 11 20 62

### DIET ORDER (CHECK ONLY ONE DIET AT A TIME PLEASE)
*All DIETS ARE PORK FREE*

**Diet Code:**          **Type of Diet:**

___Q          CHOLESTEROL/FAT RESTRICTED/LOW SALT BLAND (30% FAT, 4 GM NA,)

___S          DENTAL/ MECHANICAL (FOR DENTAL PROBLEMS)

___H          NUTRITION SUPPORT DIET WITH H.S. SNACK ( + 400 CALORIES )

___7          NO CONCENTRATED SWEETS WITH H.S. SNACK ( TYPE II DIABETES/Wt Control)

___K          2400 ADA WITH H.S. SNACK

___M          2800 ADA WITH H.S. SNACK

___N          3200 ADA WITH H.S. SNACK

___P          PREGNANCY WITH H.S. SNACK

___1          Long Term/High Protein Full Liquid  (Broken jaw diet; 6 weeks only)

___2          Pureed Diet  (No teeth or Dysphagic )

___F          Full Liquid ( 3 Days Only )

___C          Clear Diet ( 2 Days Only)

___R          Renal Diet (Impaired Renal Function Approx. 95 gms Protein)

___L          No Milk Diet ( Intolerance for milk as a beverage)

___3          Low Fiber/Low Residue (Acute Gastroenteritis/post GI surgery)

___4          Acute Hepatitis/Cirrhosis (Non Acute Encephalopathy)

Physician's Signature          Date entered in CMIS          Entered By:
To contact the food service department or Aramark Site Dietitian, please call 523-3385 Fax -523-2565
*White Copy- Patient Chart          Yellow copy; Retain 30 days.*



**ARAMARK** ™

Detainee Request Response

ID#:        2004-009-633
Living Area: Division 10 2D
Date:        2-26-06

Concern: My diet was discontinued on September 9. 2005. I continue to receive this diet. I would like to be taken off the diet.
Response: Your name still is listed on the current special diet order roster. You may want to follow up with your medical provider to request that this order be discontinued and properly entered into the facility computer system.

Thank you for making us aware of your concerns