## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 158 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Robert Clark (#2004-0096333) vs. Miceal Shiehan, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff having paid the required filing fee on 03/07/08, the Plaintiff is directed to serve summons and complaint on all Defendants pursuant to Federal Rules of Civil Procedure 4. Plaintiff is warned that failure to properly serve summons and complaint on all Defendants will result in a dismissal of the action and/or a dismissal of that Defendant not properly served pursuant to Federal Rules of Civil Procedure 4. Plaintiff is further warned that failure to file with the Clerk of Court, the appropriate returns of service and/or waiver of service of summons and complaint as to each Defendant will result in a dismissal of the action and/or a dismissal of that defendant where no such evidence of service was filed. Status hearing set for 07/22/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|