UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



# FILED

PLAINTIFF: ROBERT CLARK

JUL 1 6 2008

Jul 16, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO: 08C 158

-VS-

DEFENDANT: SHERIFF MICHEAL SHIEHAM, ET, AL

JUDGE: SAMUEL DER-YEGHIAYAM

## MOTION TO RECONSIDER APPOINTMENT OF COUNSEL

NOW COMES, ROBERT CLARK, PLAINTIFF IN ABOVE TITLED CAUSE AND MOTION THIS COURT TO RECONSIDER APPOINTMENT OF COUNSEL IN SUPPORT THEREOF, PLAINTIFF STATES THE FOLLOWING:

1) ON 1-11-08 I RECEIVED THE COURT ORDER, INFORMING ME THAT MY MOTION FOR APPOINTMENT OF COUNSEL WAS DENIED FOR FAILING TO INCLUDE MONEY THAT PLAINTIFF HAD RECEIVED INTO HIS ACCOUNT.

2) PLAINTIFF HAS BEEN DIRECTED TO SERVE SUMMONS AND COMPLAINTS TO ALL DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE (4).

3) PLAINTIFF HAS BEEN UNSUCCESSFUL IN HIS EFFORTS TO SERVE SUMMONS AND COMPLAINTS TO DEFENDANTS DO TO HIS INCARCERATION.

4) PLAINTIFF IS INDIGENT AND HAS NO STEADY SOURCE OF INCOME, AND THEREFORE, CAN NOT AFFORD TO MAKE PAYMENT FEES FOR THE SUMMONS AND COMPLAINTS TO BE SERVED, NOR DO HE HAS ANYONE TO SERVE THEM.

5) Plaintiff has written numerous law firms and attorneys trying to obtain assistance on the matter.

6) Plaintiff has thus forwarded copies of law firms and attorneys he has contacted and is requesting from the courts to reconsider it's previous decision on appointment of counsel.

7) In the alternative, Plaintiff is requesting an additional 90 days from the time in which was given by the court 7-22-08 in an attempt to obtain someone's assistance to serve the summons and complaints to defendants.

Respectfully Submitted

Robert Clark

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

June 12, 2008

**LEGAL MAIL - CONFIDENTIAL**

Mr. Robert Clark
#20040096333
P.O. Box 089002
Chicago, IL 60608

Re:   *Pro Bono Representation*

Dear Mr. Clark:

This is in response to your recent letter to Kirkland & Ellis LLP seeking *pro bono* representation. Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to assist you in this matter. Due to the number of requests we receive, we can necessarily only accept a small percentage of requests for *pro bono* assistance. As such, this decision should not be taken as reflecting on the merits of your matter in any way.

However, legal service organizations may be available to assist you in your search for legal advice. The Coordinated Advice and Referral Program for Legal Services ("CARPLS") provides legal advice for many matters and can refer you to the appropriate legal service organization if they are unable to provide assistance. The CARPLS hotline can be reached at 312-738-9200, and is open Monday through Friday from 9:00AM to 4:30PM and on Wednesday evenings until 7:30PM. You should also visit www.illinoislegalaid.org. This informative website can answer many legal questions and will list legal aid organizations appropriate for your legal issue.

Because we will not be assisting you, we are returning your letter to you, and any supporting materials you sent. I wish you the best of luck in seeking representation.

Sincerely,

